Berube.Scott - userlog - 69615899.txt
Log for User at address 68.226.87.27:6348 generated on 6/20/2005 3:29:24 PM EDT (-0400 GMT)
Total Files: 1991
------------------------------
Total Audio Files: 1675
Total Video Files: 2
Total Software Files: 17
Total Document Files: 3
------------------------------
Total Matched Files: 74
Total Distinct Matches: 42

FileName: DJ Green Lantern - Fat Joe, Eminem, 50 Cent, & Nas - Many Men (remix).mp3 (4,434,105 bytes)
FileName: Dirty Harry, Dj Vlad And Green Lantern - Rap Phenomenom Pt.2 - 06 - 2pac feat. Bounty Killer, Wayne Marshall - 2 Glocks.mp3 (6,981,890 bytes)
FileName: DJ GREEN LANTERN - SHADE 45 - 01-eminem-intro-sut.mp3 (832,153 bytes)
FileName: DJ GREEN LANTERN - SHADE 45 - 04-game-westside_story_remix_ft._busta-sut.mp3 (2,628,021 bytes)
FileName: DJ Green Lantern - 50 cent and brooklyn (aftermath)-the hood.mp3 (3,591,483 bytes)
FileName: DJ GREEN LANTERN - SHADE 45 - 05-stat_quo-sirius_bizness_ft._slim_thug-sut.mp3 (2,549,876 bytes)
FileName: DJ Green Lantern-16-Beanie_Segal-If I Die Tonight.mp3 (2,799,616 bytes)
FileName: DJ Green Lantern feat. Jadakiss, Sheek, Styles P, J Hood - 2 Gunz Up.mp3 (4,201,412 bytes)
FileName: Jeff Buckley & Patti Smith - Beneath The Southern Cross.mp3 (4,412,920 bytes)
FileName: Jeff Buckley - The Other Woman (Nina Simone).mp3 (1,011,712 bytes)
FileName: vanilla sky soundtrack - 12 - jeff buckley - last goodbye.mp3 (4,417,536 bytes)
FileName: The OC Mix 1 - Jeff Buckley - Hallelujah.mp3 (6,626,181 bytes)
FileName: Jeff Buckley - Dream Brother.mp3 (5,220,352 bytes)
FileName: Jeff Buckley & Shudder To Think - I Want Someone Badly (extended edit by Lambchops).mp3 (3,524,944 bytes)
FileName: Jeff Buckley - Morning Theft.mp3 (3,516,416 bytes)
FileName: Dream Brother.mp3 (5,220,352 bytes)
FileName: Lover, You Should've Come Over.mp3 (6,459,634 bytes)
FileName: 01 Mojo Pin.wma (2,767,269 bytes)
FileName: 07 Lover, You Should've Come Over.wma (3,265,621 bytes)
FileName: Lilac Wine.mp3 (4,355,903 bytes)
FileName: 09 Eternal Life.wma (2,367,987 bytes)
FileName: 05 So Real.wma (2,304,965 bytes)
FileName: Eminem - Just Lose It.mp3 (4,950,016 bytes)
FileName: Respect (Unreleased) ft snoop ludacris jayz cassidy r kelly wu tang redman eminem nate dogg 50 cent g unit b2k beyonce britney spears christina aguilera missy elliott outkast a.mp3 (3,452,471 bytes)
FileName: Eminem - The Real Slim Shady.mp3 (6,886,588 bytes)
FileName: Terror Squad ft. Eminem, Mase and Lil Jon - Lean Back Remix.mp3 (4,583,411 bytes)
FileName: eminem - encore - just lose it.mp3 (5,341,312 bytes)
FileName: 8 mile (Eminem) - sweet home alabama freestyle.mp3 (1,712,219 bytes)
FileName: Eminem - Just Lose It (Video).wmv (10,149,824 bytes)
FileName: D12 feat eminem - purple pills (full dirty version).mp3 (7,292,119 bytes)
FileName: Eminem - Cleaning Out My Closet.mp3 (7,149,119 bytes)
FileName: eminem-mosh.mp3 (7,583,177 bytes)
FileName: Gavin Degraw - One tree hill theme song.mp3 (3,402,358 bytes)
FileName: Gavin DeGraw - More Than Anyone.mp3 (4,820,033 bytes)
FileName: Gavin DeGraw - I Don't Wanna Be.mp3 (3,402,156 bytes)
FileName: Gavin DeGraw - Follow Through.mp3 (3,848,320 bytes)
FileName: Gavin DeGraw - Chariot.mp3 (3,905,627 bytes)
FileName: Gavin DeGraw - Nice to Meet You Anyway.mp3 (2,405,138 bytes)

FileName: Gavin DeGraw - I Don't Wanna Be (The WB One Tree Hill Theme Song).mp3 (3,402,358 bytes)
FileName: Gavin DeGraw - Just Friends.mp3 (3,357,970 bytes)
FileName: Gavin DeGraw - Chemical Party.mp3 (2,192,888 bytes)
FileName: Gavin DeGraw - Jealous Guy (1).mp3 (2,475,989 bytes)
FileName: Gavin DeGraw - Chariot Stripped - 04 - Nice To Meet You Anyway.mp3 (6,770,099 bytes)
FileName: Gavin DeGraw-Chemical Party.wma (3,659,543 bytes)
FileName: Gavin DeGraw - Belief.mp3 (2,908,444 bytes)
FileName: Gavin DeGraw - Chariot (Live).mp3 (5,722,365 bytes)
FileName: Gavin Degraw - Chariot (live acoustic).mp3 (3,500,133 bytes)
FileName: Eminem -13- Superman.mp3 (8,408,630 bytes)
FileName: No Doubt - Hella Good.mp3 (5,827,795 bytes)
FileName: No Doubt - It's My Life.mp3 (3,620,584 bytes)
FileName: no doubt-it's my life.mp3 (3,620,241 bytes)
FileName: No Doubt - Hey Baby [New Song!] (1).mp3 (3,205,978 bytes)
FileName: No Doubt - Don't Speak.mp3 (4,217,754 bytes)
FileName: No Doubt - Spiderwebs.mp3 (4,294,948 bytes)
FileName: No Doubt - I Want You to Want Me - Cheap Trick cover.mp3 (4,114,964 bytes)
FileName: No Doubt - Im Just A Girl.mp3 (3,407,074 bytes)
FileName: No Doubt - Underneath It All.mp3 (7,271,008 bytes)
FileName: Punk Covers - No Doubt -Come on Eileen (80's cover).mp3 (3,970,080 bytes)
FileName: No Doubt - Simple Kind Of Life.mp3 (6,175,844 bytes)
FileName: no doubt(live)-racist friend.html (178,221 bytes)
FileName: Jeff Buckley & Chris Cornell - Lilac Seasons (Live in Dublin) (So Rare It Bleeds).mp3 (1,534,790 bytes)
FileName: Chris Cornell + Jeff Buckley - Spoonman (acoustic).mp3 (3,423,921 bytes)
FileName: Jeff Buckley & Chris Cornell - Mingle .mp3 (1,574,057 bytes)
FileName: jeff buckley & chris cornell - spoonman (acoustic).mp3 (3,424,305 bytes)
FileName: Audioslave - 05 - Like a Stone.mp3 (4,647,834 bytes)
FileName: Jeff Buckley - Dancing In The Moonlight.mp3 (4,128,768 bytes)
FileName: Puddle Of Mudd - She Fucking Hates Me.mp3 (5,192,798 bytes)
FileName: puddle of mudd - Blurry (Incubus).mp3 (4,915,200 bytes)
FileName: Live - I Alone (1).mp3 (3,693,923 bytes)
FileName: Whitesnake - Slow and easy.mp3 (5,912,996 bytes)
FileName: Ronnie James Dio - Last in Line.mp3 (5,558,985 bytes)
FileName: Ronnie James Dio - Holy Diver.mp3 (7,091,964 bytes)
FileName: BonJovi - Wanted Dead or Alive.mp3 (4,924,034 bytes)
FileName: 10-dj_green_lantern-blend_03-fua.mp3 (4,348,556 bytes)
FileName: BTO - Taking Care of Business.mp3 (4,710,400 bytes)
FileName: Jeff Buckley - Last Goodbye (1).mp3 (4,417,640 bytes)
FileName: Lit-my own worst enemy.wma (2,757,998 bytes)
FileName: Puddle Of Mud - Blurry.mp3 (7,232,570 bytes)
FileName: sun king.mp3 (5,910,528 bytes)
FileName: U2 - How To Dismantle An Atomic Bomb - 05 - City Of Blinding Lights.mp3 (3,960,877 bytes)
FileName: u2 - How To Dismantle An Atomic Bomb - 11 yahweh.mp3 (6,903,942 bytes)
FileName: U2_How_to_Dismantle_an_Atomic_Bomb_Track_10_By_OBL.mp3 (4,667,032 bytes)
FileName: U2 Vertigo How to Dismantle an Atomic Bomb.mp3 (4,486,722 bytes)
FileName: U2_How_to_Dismantle_an_Atomic_Bomb_Track_13_By_OBL.mp3 (5,550,169 bytes)
FileName: 2Pac - Loyal To The Game - Deadly Combination (Phat Azz S.mp3 (2,032,113 bytes)
FileName: Eminem - Just Loose It.mp3 (4,950,016 bytes)
FileName: 01-2pac-uppercut_(produced_by_eminem)_(explicit)-TS2.mp3 (5,486,559 bytes)
FileName: Eminem - Guess Whos Back.mp3 (4,700,915 bytes)
FileName: U2_How_to_Dismantle_an_Atomic_Bomb_04_Love_and_Peace_or_Else.mp3 (5,317,288 bytes)
FileName: Jay-Z and R. Kelly - Big Chips (DIRTY).mp3 (6,830,080 bytes)
FileName: R. Kelly and Jay-Z - Shake Ya Body (feat Lil Kim).mp3 (5,520,390 bytes)
FileName: Jay-Z ft, R. Kelly - Dont Let Me Die.mp3 (8,485,794 bytes)
FileName: R. Kelly and Jay-Z - Take You Home With Me (The Best Of Both Worlds).mp3 (4,327,324 bytes)
FileName: tupac - loyal to the game - thugz get lonely too ft nate dogg (produced by

eminem).mp3 (6,840,197 bytes)
FileName: R Kelly & Jay-Z - Unfinished Business - 03 - We Got Em Goin featuring Memphis Bleek.mp3 (4,769,792 bytes)
FileName: 11 - R Kelly And Jay-Z - The Return (Remix) (Feat. Slick Rick & Doug E. Fresh)-easymp3s.mp3 (4,287,633 bytes)
FileName: R Kelly & Jay-Z - Unfinished Business - 04 - Shes Coming Home With Me.mp3 (5,690,274 bytes)
FileName: r. kelly & jay-z - Break Up To Make Up.mp3 (5,054,573 bytes)
FileName: 07 - Mo Money (Feat Twista) - Unfinished Business (The Return Of The Best Of Both Worlds) - R. Kelly And Jay-Z.mp3 (4,975,576 bytes)
FileName: 03 - We Got Em Goin' (Feat. Memphis Bleek) - Unfinished Business (The Return Of The Best Of Both Worlds) - R. Kelly And Jay-Z.mp3 (4,816,144 bytes)
FileName: 08-r_kelly_and_jay-z-pretty_girls-rns.mp3 (5,220,594 bytes)
FileName: R.Kelly feat. Jay-Z & Fabolous - Don't Let Me Die (RW-Remix).mp3 (7,065,472 bytes)
FileName: 10 - Dont Let Me Die - Unfinished Business (The Return Of The Best Of Both Worlds) - R. Kelly And Jay-Z.mp3 (3,814,684 bytes)
FileName: U2_How_to_Dismantle_an_Atomic_Bomb_Track_12_By_OBL.mp3 (4,986,969 bytes)
FileName: Blur - Woohoo Song.mp3 (3,899,392 bytes)
FileName: Offspring - Keep 'Em Seperated.mp3 (3,160,151 bytes)
FileName: Toadies - Possum Kingdom.mp3 (4,952,653 bytes)
FileName: Fuel - Shimmer.mp3 (3,420,018 bytes)
FileName: Sugar Ray - Fly.mp3 (4,678,217 bytes)
FileName: Sublime - What I Got.mp3 (2,737,632 bytes)
FileName: Fuel - Shimmer (Acoustic).mp3 (3,244,845 bytes)
FileName: Marylin Manson - The Beautiful People.mp3 (3,449,928 bytes)
FileName: R Kelly & Jay-Z - Unfinished Business - 11 - The Return (remix) featuring Slick Rick & Doug Fresh.mp3 (3,872,768 bytes)
FileName: jay-z & r kelly - the best of both worlds unfinished business - addicted 2 the game.mp3 (2,422,160 bytes)
FileName: r kelly & jay-z - unfinished business - feelin' you in stereo.mp3 (5,566,657 bytes)
FileName: 02-2pac-loyal_to_the_game_ft._treach__riddler-2pacmp3.mp3 (6,607,507 bytes)
FileName: R Kelly & Jay-Z - Unfinished Business 2004 - 09 - break_up_(thats_all_we_do)-rns.mp3 (5,853,716 bytes)
FileName: R Kelly & Jay-Z - Unfinished Business - 07 - Mo Money featuring Twista.mp3 (5,850,753 bytes)
FileName: Jay-Z and R.Kelly - The Return (Unfinished Business).mp3 (6,412,330 bytes)
FileName: 04 - Shes Coming Home With Me - Unfinished Business (The Return Of The Best Of Both Worlds) - R. Kelly And Jay-Z.mp3 (4,597,948 bytes)
FileName: R Kelly & Jay-Z - The Return (remix) featuring Slick Rick & Doug Fresh (Unfinished Business).mp3 (3,872,768 bytes)
FileName: 05 - Feelin You In Stereo - Unfinished Business (The Return Of The Best Of Both Worlds) - R. Kelly And Jay-Z.mp3 (4,456,075 bytes)
FileName: R Kelly & Jay-Z - Unfinished Business - 06 - Stop featuring Foxy Brown.mp3 (5,755,579 bytes)
FileName: R Kelly & Jay-Z - Unfinished Business 2004 - 03 - We Got Em Goin (Ft.Memphis Bleek).mp3 (4,769,792 bytes)
FileName: R Kelly And Jay-Z - The Best of Both Worlds Unfinished Business - Big Chips.mp3 (6,515,881 bytes)
FileName: DJ Kay Slay And Big Mike - Unfinished Business - 02 - Jadakiss feat Styles - Kiss of Death.mp3 (4,695,999 bytes)
FileName: Gwen Stefani - What Are You Waiting For.mp3 (5,326,976 bytes)
FileName: Walt Disney World - Pirates of The Carribean - Yo Ho (A Pirate's Life For Me) .mp3 (1,043,892 bytes)
FileName: Walt Disney - The Spectrum Song (Walt Disney's Wonderful World of Color).mp3 (1,160,040 bytes)
FileName: Disney-The Spectrum Song (Walt Disney's Wonderful World of Color).mp3 (1,552,384 bytes)
FileName: Walt Disney World - Epcot - Mexican Hat Dance.mp3 (3,039,864 bytes)
FileName: Walt Disney World - Carousel Of Progress - There's A Great Big Beautiful Tomorrow.mp3 (2,633,728 bytes)

FileName: Walt Disney World - Epcot - Tapestry Of Nations - Medley.mp3 (5,536,990 bytes)
FileName: Elton John - Can You Feel the Love Tonight - Walt Disney Pictures - The Lion King Soundtrack.mp3 (3,829,760 bytes)
FileName: Walt Disney World - The Haunted Mansion Ride Dialog (9879772,walt disney world mp3).mp3 (1,323,008 bytes)
FileName: Walt Disney World - Epcot - Test Track Medley.mp3 (894,519 bytes)
FileName: 06 - Fantasmic! Exit Music.mp3 (2,886,844 bytes)
FileName: Walt Disney World Millennium Celebration - Various Artists - Promise.mp3 (3,184,759 bytes)
FileName: Walt Disney - Le Roi Lion - Hakuna Matata - Francais.mp3 (3,419,870 bytes)
FileName: The Main Street Electrical Parade (Magic Kingdom Version)-Walt Disney World.mp3 (10,717,396 bytes)
FileName: 15 - Walt Disney World - Magic Kingdom - Main Street - Disneyland Band - Mickey Mouse Club March.mp3 (911,902 bytes)
FileName: (Walt Disney World) Remember the Magic (25th Anniversary) Parade.mp3 (6,750,336 bytes)
FileName: Soundtracks - Disney - Cinderella - So This Is Love - Waltz (Instrumental).mp3 (1,427,040 bytes)
FileName: Green Day - Time Of Your Life.mp3 (2,467,479 bytes)
FileName: Green Day - American Idiot - Letterbomb.mp3 (2,136,602 bytes)
FileName: Green Day - Sassafras Roots.mp3 (2,527,119 bytes)
FileName: walt disney world - MGM Studios- Tower of Terror Ride.mp3 (4,364,039 bytes)
FileName: Green Day - Welcome To Paradise.mp3 (3,594,927 bytes)
FileName: 07-green_day-give_me_novocaine-ice.mp3 (6,229,742 bytes)
FileName: Green Day - Minority (album version).mp3 (4,056,952 bytes)
FileName: Green Day - Longview.mp3 (3,821,538 bytes)
FileName: green day- give me novocaine.mp3 (2,434,620 bytes)
FileName: green day - superman.mp3 (3,612,799 bytes)
FileName: Green Day - Minority.mp3 (2,713,819 bytes)
FileName: Green Day - When I Come Around.mp3 (2,851,370 bytes)
FileName: Green Day - Basket Case.mp3 (2,936,291 bytes)
FileName: DJ GReeN LaNTeRN...THe CHoSeN oNe - CaPoNe, STYLeS, NoReaGa, JaDaKiSS & PRoDiGY...GReeN LaNTeRN BeaTS.mp3 (5,078,308 bytes)
FileName: DJ Green Lantern - Rocafella Freestyles.mp3 (3,440,188 bytes)
FileName: Eminem - DJ GREEN LANTERN INVASION SHADY RECORDS MIXTAPE - 50 Cent & G-Unit - Like This N That - Ja Rule Diss.mp3 (4,039,662 bytes)
FileName: DJ Green Lantern - Invasion Part. 3 (Countdown_To_Armageddon)-2004 03-eminem-freestyle-whoa.mp3 (4,925,456 bytes)
FileName: Green Lantern - Just Lose It (Remix).mp3 (5,045,955 bytes)
FileName: DJ Green Lantern - Invasion Pt. 2 (Conspiracy Theory) - 07 - Eminem, D12, Obie Trice - Doe Ray Me.mp3 (7,469,397 bytes)
FileName: Shyne, DJ Green Lantern - Gangsta Shit.mp3 (3,786,905 bytes)
FileName: DJ Green Lantern - Shady Records Mixtape - 23 - Eminem - Enough - Exclusive Ludacris & Cash Money Diss.mp3 (3,235,550 bytes)
FileName: 02-dj_green_lantern-intro-whoa.mp3 (2,637,385 bytes)
FileName: 50 Cent - Like This N That (Ja Rule Diss) - DJ Green Lantern - Shady Records Mixed Tape.mp3 (4,039,662 bytes)
FileName: Dj Green Lantern - Conspiracy Theory - 09 - Dj Muggs ft. Eminem, 50 Cent Lloyd Banks, Tony Yayo, Obie Trice - We All Die 1 Day.mp3 (7,931,776 bytes)
FileName: Eminem 50 Cent Tony Yayo Lloyd - DJ Green Lantern-Invasion Part - Bump Heads.mp3 (6,649,972 bytes)
FileName: Terror Squad feat. Jadakiss & LL Cool J - Still Leanin [Lean Back DJ Green Lantern Remix].mp3 (4,448,049 bytes)
FileName: Green Day - Wake Me Up When September Ends.mp3 (4,573,396 bytes)
FileName: Dj green lantern - the realist killaz.mp3 (3,517,631 bytes)
FileName: 03-tupac_with_eminem-one_day_at_a_time_(ems_version)_(feat_the_outlawz)-rns.mp3 (5,394,432 bytes)
FileName: Green Day - She.mp3 (2,150,400 bytes)
FileName: Green Day - Pulling Teeth.mp3 (2,414,678 bytes)
FileName: green day - chump.mp3 (2,784,572 bytes)

Berube.Scott - userlog - 69615899.txt
FileName: eminem ft dj green lantern - shade 45 (sirius bizness) ft - shade 45 invasion (freestyle).mp3 (1,491,223 bytes)
FileName: Dirty Harry, Dj Vlad And Green Lantern - Rap Phenomenom Pt.2 - 05 - 2pac feat. Busta Rhymes - Gunz On My Side.mp3 (3,805,655 bytes)
FileName: Green Day - Homecoming.mp3 (8,938,979 bytes)
FileName: DJ Green Lantern - Public Enemy Number One - 25 - Beanie Sigel - I'm A G.A.N.G.S.T.A..mp3 (1,117,889 bytes)
FileName: Notorious B.I.G. & Styles P. - Watch The Hit (Green Lantern mix).mp3 (3,325,884 bytes)
FileName: DJ Green LANTERN - SHADE 45 - 08-lloyd_banks-freestyle-sut.mp3 (2,799,170 bytes)
FileName: DJ Green Lantern - Rap Phenomenon - 22 - 2Pac ft. Scarface - On My Block.mp3 (4,019,556 bytes)
FileName: Lil' Flip & Cassidy - DJ Green Lantern - Invasion Pa - Straight Riderz.mp3 (2,995,111 bytes)
FileName: Dirty Harry Dj Vlad And Green Lantern - Rap Phenomenon Pt.2 - 04 - 2pac-ft.jadakiss,dmx & cassidy-homeboyz.mp3 (4,119,913 bytes)
FileName: 50 cent ft Jay-Z - If i cant (remix) (dj green lantern).mp3 (8,281,362 bytes)
FileName: Dirty Harry Dj Vlad And Green Lantern - Rap Phenomenon Pt.2 - 13 - 2pac-ft.bun b & brooklyn-me against the world.mp3 (3,546,217 bytes)
FileName: DJ Green Lantern - The Best Of In The Lab Vol.1 - 16 - Pharell ft. Jay-Z, Lloyd Banks, Rah Digga & Memphis Bleek - Frontin (GL Mix).mp3 (3,917,018 bytes)
FileName: va-dj_green_lantern-shade_45_(sirius_bizness)_ft._eminem-2004-11-2pac-chips_are_down_ft._biggie_(gl_mix)-sut.mp3 (3,774,851 bytes)
FileName: Young Buck & Xzibit - DJ Green Lantern - Invasion Pa - Your Hood.mp3 (3,847,121 bytes)
FileName: Blink 182 - First Date.mp3 (4,117,861 bytes)
FileName: Blink 182 - Girl At The Rock Show.mp3 (2,688,313 bytes)
FileName: Blink 182 - I Miss You.mp3 (5,457,629 bytes)
FileName: Blink 182- Down.mp3 (4,415,171 bytes)
FileName: Blink 182 - Dammit.mp3 (2,640,228 bytes)
FileName: Blink 182 - Feeling This.mp3 (4,169,728 bytes)
FileName: Blink-182 - Adams Song.mp3 (4,025,492 bytes)
FileName: Blink 182 - 06 - Down.mp3 (4,415,171 bytes)
FileName: Blink 182 - Rollercoaster.mp3 (2,682,172 bytes)
FileName: Blink-182-All-the-Small-Things.mp3 (4,031,568 bytes)
FileName: Lil'kim ft. 50 Cent - Magic Stick (Green Lantern Remix) [Ahhhmp3s.com].mp3 (3,393,726 bytes)
FileName: DJ Quick feat Hi-C - Let Me Know.mp3 (6,013,608 bytes)
FileName: DJ Quick - Tonite.mp3 (5,199,540 bytes)
FileName: DJ Quick, Eazy-E & AMG - Trust No Bitch .mp3 (4,874,240 bytes)
FileName: DJ Quick - 03 - Born and Raised In Compton.mp3 (3,289,884 bytes)
FileName: Sugar Free, DJ Quick - If You Stay Ready.mp3 (3,862,528 bytes)
FileName: DJ Quick - sweet black pussy.mp3 (4,175,412 bytes)
FileName: Dr Dre and DJ Quick - Put It On Me.mp3 (4,913,385 bytes)
FileName: DJ Green Lantern - Rap Phenomenon - 03 - 2Pac ft. Xzibit - Fight Music.mp3 (3,854,713 bytes)
FileName: 06 - Stop (Feat Foxy Brown) - Unfinished Business (The Return Of The Best Of Both Worlds) - R. Kelly And Jay-Z.mp3 (5,249,635 bytes)
FileName: Dj Quick - Ho In You.mp3 (4,404,236 bytes)
FileName: Kurupt, Tupac & Daz - Ride With Us .mp3 (3,939,944 bytes)
FileName: Dr. Dre abd DJ Quick - Put It On Me.mp3 (4,913,385 bytes)
FileName: Tupac Daz & Kurupt - Crip Walk.mp3 (3,854,733 bytes)
FileName: Tha Dogg Pound - Lets Play House.mp3 (3,262,131 bytes)
FileName: Shyne - Godfather Buried Alive - 04 - Behind the Walls (East Coast Gangsta Mix ft. Kurupt, Nate Dogg).mp3 (5,992,588 bytes)
FileName: 13 - Busta Rhymes, Cam'ron & Jadakiss - DJ Green Lantern - The Best Of In The Lab Vol.1 - Never Scared (DJ Green Lantern Mix).mp3 (6,010,880 bytes)
FileName: dj green lantern - Lox -- Training Day.mp3 (3,440,640 bytes)
FileName: Three Six Mafia - Outlawz - Oh No (Gangsta Boo feat 3-6 Mafia, Hussien Fatal)(1).mp3 (6,357,120 bytes)

FileName: Three Six Mafia - Slob on my Knob 3-6.mp3 (1,903,069 bytes)
FileName: Dj Green Lantern - Eminem, 50 Cent Lloyd Banks, Tony Yayo, Obie Trice - We All Die 1 Day.mp3 (7,931,776 bytes)
FileName: Three Six Mafia Ft Young Buck - Straight Outta Cashville - M E M P H I S.mp3 (4,008,861 bytes)
FileName: Three Six Mafia - Where is Da Bud.mp3 (3,789,232 bytes)
FileName: Three Six Mafia and Twista - Smoked Out.mp3 (3,809,280 bytes)
FileName: 3 6-Three Six Mafia - Ridin' Spinners (feat. Lil' Flip).mp3 (6,602,894 bytes)
FileName: 2pac-the_tupac_shakur_story-the_remixes_(aus_import)-1997-uel.zip (24,576 bytes)
FileName: DJ Bling- 2004 The Ultimate Rap and Hip Hop Remix of All Remixes (Old School, New School, Eminem, Tupac, Method Man, Nas, Jay Z, Big Pun, DMX).mp3 (10,352,525 bytes)
FileName: 80's Dance Disco MegaMix - Retro Disco Mix 80s.mp3 (12,337,152 bytes)
FileName: Club Mixes - Hip Hop Rap & R&B Megamix.mp3 (18,051,072 bytes)
FileName: 2pac - Makaveli Remixes Master Mix.mp3 (8,937,472 bytes)
FileName: Joe Cocker - Feeling Alright.mp3 (4,084,007 bytes)
FileName: walk_around_in_circles.wmv (109,300 bytes)
FileName: Soul Coughing - Walk Around in Circles.mp3 (5,992,596 bytes)
FileName: Rap Remix - Nelly, Wu Tang Clan, Snoop Dogg, Outkast, Xzibit, Eminem, Three 6 Mafia (1).mp3 (2,187,264 bytes)
FileName: Rkelly-Thoia Thong(gunit remix).mp3 (2,612,942 bytes)
FileName: Usher ft. Shyne, Kanye West, Twista, Jermaine Dupri-Confessions Part 2 (remix).mp3 (3,157,682 bytes)
FileName: Usher Confessions Part 2 remix.mp3 (3,159,858 bytes)
FileName: busta_rhymes_sean_paul_spliff-make_it_clap_(remix.mp3 (1,928,592 bytes)
FileName: Snoop Dogg,50 Cent - P.I.M.P Remix..mp3 (3,268,945 bytes)
FileName: Tu Pac & Dre - Ghetto Fabulous (Remix).mp3 (3,313,596 bytes)
FileName: Snoop Dogg ft Pharrell - Drop It Like Its Hot.mp3 (6,480,040 bytes)
FileName: Van Hallen-Eddie Van Halen - Eruption (live, rare).mp3 (2,741,784 bytes)
FileName: Van Halen - Right now - (Live Acoustic).mp3 (4,474,880 bytes)
FileName: Van Halen - Right now-Live Acoustic.mp3 (4,472,684 bytes)
FileName: Van Halen - Mississippi Queen (Live).mp3 (5,488,768 bytes)
FileName: Van Halen - Eddie solo from Mean Street - Live Buenos Aires .mpg (21,531,982 bytes)
FileName: Van Halen - Eruption (Live).mpg (31,092,418 bytes)
FileName: Van Halen- Poundcake (live MTV Awards 1991).mpg (37,527,552 bytes)
FileName: 217-van_halen-jump_(live)-rtb.mp3 (7,594,271 bytes)
FileName: jay-z & r kelly - the best of both worlds unfinished business - don't let me die.mp3 (8,487,842 bytes)
FileName: 01 - The Return - Unfinished Business (The Return Of The Best Of Both Worlds) - R. Kelly And Jay-Z.mp3 (4,658,774 bytes)
FileName: 215-van_halen-aint_talkin_bout_love_(live)-rtb.mp3 (8,307,677 bytes)
FileName: R_Kelly_And_Jay-Z-Unfinished_Business-07-mo_money_(feat_twista)-rns.mp3 (5,850,241 bytes)
FileName: 09 - Break Up (Thats All We Do) - Unfinished Business (The Return Of The Best Of Both Worlds) - R. Kelly And Jay-Z.mp3 (5,420,880 bytes)
FileName: r kelly & jay z - fiesta remix.mp3 (5,305,911 bytes)
FileName: Jay-Z - Guilty Until Proven Innocent (Feat. R. Kelly).mp3 (4,735,895 bytes)
FileName: Dave Matthews Band - In My Life (The Beatles cover live).mp3 (2,394,809 bytes)
FileName: Dave Matthews Band - Tangerine (live Led Zeppelin cover).mp3 (2,479,461 bytes)
FileName: dave matthews band - live at red rocks disc 2 - lover lay down.mp3 (5,415,079 bytes)
FileName: Bare Naked Ladies - Brian Wilson (live).mp3 (4,571,765 bytes)
FileName: dave matthews band & phish - Two Step, Live at Red Rocks.mp3 (8,183,936 bytes)
FileName: AlbumArt_{258ED739-A3AE-4145-A752-39CEFAB7F00B}_Small.jpg (2,858 bytes)
FileName: Dave Matthews Band - Stir It Up (Bob Marley cover live 4 Aug 98).mp3 (3,504,248 bytes)

FileName: 11 Stay (Wasting Time).wma (3,344,815 bytes)
FileName: dave matthews band - recently (live-best version ever!!!).mp3 (6,042,312 bytes)
FileName: Dave Matthews Band with Phish - Ants Marching (live).mp3 (6,647,188 bytes)
FileName: Dave Matthews Band - Stay (live in chicago).mp3 (7,838,534 bytes)
FileName: Van Halen - Superstition (Live Stevie Wonder Cover with Sammy Hagar).mp3 (3,502,208 bytes)
FileName: r_kelly_and_jay-z-unfinished_business-2004-05-r_kelly_and_jay-z-feelin_you_in_stereo-rns.mp3 (5,566,657 bytes)
FileName: 07 Deed Is Done.wma (4,712,805 bytes)
FileName: Stay (Wasting Time) (Live).mp3 (10,071,621 bytes)
FileName: Dave Mathews Band - Stay (Wasting time) (live).mp3 (4,972,404 bytes)
FileName: AlbumArt_{258ED739-A3AE-4145-A752-39CEFAB7F00B}_Large.jpg (15,884 bytes)
FileName: r kelly, jay-z - the best of both worlds unfinished business - the return.mp3 (6,414,378 bytes)
FileName: 02 Proudest Monkey.wma (6,141,141 bytes)
FileName: 04 Jimi Thing.wma (7,957,795 bytes)
FileName: Dave Matthews Band - Stay (Wasting Time) (Live) - The Central Park Concert.wma (6,761,591 bytes)
FileName: r_kelly_and_jay-z-unfinished_business-2004-06-stop_(feat_foxy_brown)-rns.mp3 (5,759,163 bytes)
FileName: Dave Matthews Band - Stay (Live) (MTV Video Music Awards).mp3 (5,137,568 bytes)
FileName: 02 Stream.wma (5,645,037 bytes)
FileName: 01 Typical Situation.wma (6,816,381 bytes)
FileName: 10 Minarets.wma (6,798,447 bytes)
FileName: 08 Lover Lay Down.wma (5,394,073 bytes)
FileName: 06 Recently.wma (6,678,967 bytes)
FileName: 12 Dancing Nancies.wma (7,013,597 bytes)
FileName: 10 Granny.wma (3,278,567 bytes)
FileName: 08 Stay (Wasting Time).wma (7,545,491 bytes)
FileName: 10 Ants Marching.wma (7,658,965 bytes)
FileName: 216-van_halen-panama_(live)-rtb.mp3 (11,312,117 bytes)
FileName: 07 Ants Marching.wma (5,274,565 bytes)
FileName: 03 Recently.wma (4,079,339 bytes)
FileName: 01 One Sweet World.wma (5,543,501 bytes)
FileName: Van Halen - So This Is Love (Live '81).mpg (37,833,156 bytes)
FileName: 05 Satellite.wma (4,527,569 bytes)
FileName: 07 Lie in Our Graves.wma (6,804,481 bytes)
FileName: 03 Warehouse.wma (8,979,677 bytes)
FileName: 04 The Christmas Song.wma (5,244,695 bytes)
FileName: 07 The Space Between.wma (4,850,291 bytes)
FileName: 06 Say Goodbye.wma (5,172,969 bytes)
FileName: 05 What Would You Say.wma (4,748,663 bytes)
FileName: 03 Satellite.wma (6,182,841 bytes)
FileName: 01 Angel.wma (14,017,459 bytes)
FileName: Dave Matthews Band - Stay Live At Boulder.mp3 (7,479,296 bytes)
FileName: 08 Dancing Nancies.wma (6,726,669 bytes)
FileName: 04 Two Step.wma (6,834,223 bytes)
FileName: 06 Crash into Me.wma (5,382,145 bytes)
FileName: Adrenalin Sky.jpg (42,639 bytes)
FileName: Dave Matthews Band - Redemption Song (Live - Bob Marley Cove.mp3 (3,509,688 bytes)
FileName: Aerosmith - Dream On.mp3 (4,282,409 bytes)
FileName: Aerosmith - Seasons Of Wither.mp3 (6,776,960 bytes)
FileName: Aerosmith - Jaded.mp3 (3,313,546 bytes)
FileName: Aerosmith - Crying.mp3 (4,967,849 bytes)
FileName: Aerosmith - Crazy.mp3 (5,023,032 bytes)
FileName: 06 Back in the Saddle.wma (2,287,609 bytes)
FileName: 02 Same Old Song and Dance.wma (1,501,095 bytes)
FileName: 05 Last Child.wma (1,690,203 bytes)

FileName: Aerosmith - Janie's Got a Gun.mp3 (5,289,273 bytes)
FileName: aerosmith - girls of summer.mp3 (3,120,566 bytes)
FileName: Aerosmith-Dream On(Live).mp3 (4,102,144 bytes)
FileName: Aerosmith - Jesses Girl.mp3 (3,146,932 bytes)
FileName: Aerosmith - Livin' On The Edge.mp3 (5,154,743 bytes)
FileName: Aerosmith - Back In The Saddle.mp3 (4,500,294 bytes)
FileName: Aerosmith - Cryin'.mp3 (4,947,382 bytes)
FileName: Aerosmith - Pink.mp3 (3,287,771 bytes)
FileName: rollercoaster tycoon 3.zip (5,779,656 bytes)
FileName: Dream Theater - Mean Street (Van Halen cover live).mp3 (1,082,128 bytes)
FileName: Van Halen - Sammy Hagar - Rockin' In The Free World (LIVE).mp3 (3,791,064 bytes)
FileName: Van Halen - Unchained(live).mp3 (3,077,958 bytes)
FileName: Van Halen - Eddie Live.mp3 (11,141,248 bytes)
FileName: Aerosmith & Led Zeppelin - Sweet Emotion (Live).mp3 (8,161,280 bytes)
FileName: Van Halen - Mississippi Queen (Live Mountain Cover with Sammy Hagar).mp3 (5,488,768 bytes)
FileName: Guitar Solos - Eddie Van Halen (Live).mp3 (8,351,928 bytes)
FileName: van halen - wild thing (live unreleased).mp3 (4,915,584 bytes)
FileName: Van Halen - Girl Gone Bad (Live Montreal '84).mpe (50,142,448 bytes)
FileName: Billy Idol & David Lee Roth - Hot For The Teacher (live bootleg Dallas '99).mp3 (4,806,656 bytes)
FileName: Van Halen with David Lee Roth - Dance the Night Away (LIVE-1979).mp3 (3,028,012 bytes)
FileName: david lee roth - Panama (live).mp3 (6,133,589 bytes)
FileName: 90's Old School Rap - Naughty By Nature - OPP.mp3 (3,767,658 bytes)
FileName: jeff buckley lover, you should have come over.mp3 (6,462,947 bytes)
FileName: Jeff Buckley - Last Goodbye.mp3.mp3 (4,417,536 bytes)
FileName: Jeff Buckley - Hallelujah.mp3 (6,621,573 bytes)
FileName: Jeff Buckley - Lost Highway.mp3 (4,183,280 bytes)
FileName: Jeff Buckley - Best of Me.mp3 (3,350,656 bytes)
FileName: Jeff Buckley - I Never Asked To Be Your Mountain (Tim Buckley).mp3 (8,445,952 bytes)
FileName: Jeff Buckley-I Want Someone Badly.mp3 (3,126,334 bytes)
FileName: Jeff Buckley & Depeche Mode - The Boy With The Thorn In His Side (live Smiths cover)).mp3 (6,295,552 bytes)
FileName: u2 - how to dismantle an atomic bomb - heaven and hell.mp3 (6,433,394 bytes)
FileName: Old School Rap- Tag Team -- Whoop There It Is.mp3 (5,625,984 bytes)
FileName: AlbumArt_{3C4D6747-7761-4196-9237-423B5DF90DED}_Small.jpg (2,258 bytes)
FileName: U2 - How To Dismantle An Atomic Bomb - 02 - Miracle Drug.mp3 (4,523,392 bytes)
FileName: U2 Neon Lights (new single for How To Dismantle An Atomic Bomb Vertigo).mp3 (3,959,832 bytes)
FileName: U2 - How To Dismantle An Atomic Bomb [2004] [www.pctorrent.com] - 04 love and peace or elses.mp3 (7,303,326 bytes)
FileName: Ice Cube & DMX - We Be Clubbin' (Eye Of The Tiger Remix).mp3 (3,585,581 bytes)
FileName: Ice Cube - Ghetto Bird.mp3 (3,671,364 bytes)
FileName: Dr. Dre and Ice Cube - Natural Born Killers.mp3 (4,649,592 bytes)
FileName: Zapp and Roger - More Bounce To The Ounce.mp3 (3,876,864 bytes)
FileName: Roger & The Zapp Band - I Can Make You Dance(1).mp3 (3,847,860 bytes)
FileName: Roger & The Zapp Band - I Can Make You Dance.mp3 (3,848,116 bytes)
FileName: NWA - Straight Outta Compton (feat. Dr. Dre, Ice Cube, DJ Y.mp3 (4,281,701 bytes)
FileName: Ice Cube - War and Peace Vol. 2 (the peace disc) - 02 - Pimp .mp3 (606,208 bytes)
FileName: Ice Cube - War and Peace vol 2 - You Can Do It.mp3 (4,134,580 bytes)
FileName: Ice Cube - War and Peace Vol. 2 (the peace disc) - 15 - Recor.mp3 (4,622,336 bytes)
FileName: Ice Cube - War And Peace Vol.2 - 08 - Until We Rich.mp3 (4,128,768 bytes)
FileName: U2 - How To Dismantle An Atomic Bomb [2004] -03-sometimes you cant make it on your own.mp3 (7,325,876 bytes)

FileName: Ice Cube - War and Peace Vol. 2 (the peace disc) - 01 - Hell .zip (22 bytes)
FileName: Ice Cube - War and Peace Vol. 2 (the peace disc) - 16 - Waiti.mp3 (3,504,128 bytes)
FileName: Ice Cube - War and Peace Vol. 2 (the peace disc) - 03 - You a.mp3 (3,971,072 bytes)
FileName: Ice Cube - War and Peace Vol. 2 (the peace disc) - 05 - Supre.mp3 (4,265,984 bytes)
FileName: 2Pac - Uppercut Produced By Eminem.mp3 (3,702,785 bytes)
FileName: 2Pac - Uppercut.mp3 (5,486,559 bytes)
FileName: 2pac - Above The Rim Soundtrack - Loyal To The Game.mp3 (4,339,382 bytes)
FileName: 2pac ft. g-unit - loyal to the game(dj).mp3 (1,882,208 bytes)
FileName: 2Pac - Loyal To The Game - My Block.mp3 (7,455,162 bytes)
FileName: Westside 4Life - 2pac f. dre, snoop, xzibit, kurupt, tash, ice cube, mc ren, tha outlawz & nate dogg.mp3 (1,501,184 bytes)
FileName: 2pac-213-they_dont_give_a_fuck_about_us_(feat_outlawz)-rns.mp3 (7,395,270 bytes)
FileName: Tupac-Makaveli - Unreleased -4 - 09 - Down with it -w DPG and Outlawz.mp3 (3,272,748 bytes)
FileName: 2pac-211-this_life_i_lead_(feat_outlawz)-rns.mp3 (7,714,381 bytes)
FileName: Tupac - Loyal To The Game.mp3 (4,341,430 bytes)
FileName: Unreleased Makaveli - 2Pac - Cause I Had To.mp3 (5,809,598 bytes)
FileName: Outlawz - World Wide (Remix).mp3 (5,017,392 bytes)
FileName: 2Pac - Tupac - Makaveli - Heaven Aint Hard To Find.mp3 (5,718,935 bytes)
FileName: Scarface The Ultimate Tony Montana Remix feat. Redman, Biggie, 2pac, Mobb Deep, Raekwon, AZ, NAS, Kool G.mp3 (2,931,500 bytes)
FileName: 2Pac - Tupac - Makaveli - In The Air Tonight (Phill Collins) (Unreleased)(1)(1).mp3 (7,690,742 bytes)
FileName: Tupac - Eminem, Outlawz - One Day At A Time.mp3 (5,394,432 bytes)
FileName: Dirty Harry, Dj Vlad And Green Lantern - Rap Phenomenon Pt.2 - 05 - 2pac feat. Busta rhymes - Gunz on my side.mp3 (3,805,143 bytes)
FileName: Dirty Harry Dj Vlad And Green Lantern - Rap Phenomenon Pt.2 - 12 - 2pac ft. left eye - If You Really Want It.mp3 (4,141,182 bytes)
FileName: Dirty Harry Dj Vlad And Green Lantern - Rap Phenomenon Pt.2 - 06 - 2pac feat bounty killer & wayne marshall.mp3 (6,981,890 bytes)
FileName: Tupac feat. Jon B - R U Still Down - Dirty Harry, Dj Vlad, n Green Lantern (Rap Phenomenon Pt.2 - 26) .mp3 (1,565,258 bytes)
FileName: Tupac feat. Xzibit - Fight Music - Dirty Harry, DJ Vlad, n Green Lantern (Rap Phenomenon Pt.2 - 03).mp3 (3,846,777 bytes)
FileName: Dirty Harry, Dj Vlad And Green Lantern - Rap Phenomenom Pt.2 - 07 - 2Pac feat. Wyclef Jean - Baby Don't Cry II.mp3 (5,136,134 bytes)
FileName: 2 Pac - Uppercut (ft-outlawz).mp3 (3,293,296 bytes)
FileName: unreleased - tupac and mac dre.mp3 (6,019,200 bytes)
FileName: Tupac feat. 50 Cent - High All The Time - Dirty Harry, DJ Vlad, n Green Lantern (Rap Phenomenon Pt.2 - 15).mp3 (2,421,374 bytes)
FileName: Tupac - Reputations - Dirty Harry, DJ Vlad, n Green Lantern (Rap Phenomenon Pt.2 - 18).mp3 (2,931,817 bytes)
FileName: DJ Green Lantern - Rap Phenomenon - 24 - 2Pac ft. Butch Cassidy - Keep On Pressin' On.mp3 (3,553,114 bytes)
FileName: TuPac feat. Wyclef Jean - Baby Don't Cry - Dirty Harry, DJ Vlad, n Green Lantern (Rap Phenomenom Pt.2 - 07).mp3 (5,136,646 bytes)
FileName: DJ Green Lantern - Rap Phenomenon - 23 - 2Pac - Pray For Better Dayz.mp3 (2,751,259 bytes)
FileName: DJ Green Lantern - Rap Phenomenon - 02 - 2Pac ft. Busta Rhymes - Revolution.mp3 (4,538,034 bytes)
FileName: DJ Madacc remix (Eminem, Sisqo, Dre, DMX, 2Pac, Ice Cube, Notorious BIG) - Juicy .mp3 (4,631,114 bytes)
FileName: Tupac feat. J. Phoenix - Thugz Mansion (Slippin) - Dirty Harry, DJ Vlad, n Green Lantern (Rap Phenomenon Pt.2 - 20).mp3 (1,637,074 bytes)
FileName: Tupac feat. Mary J. Blige, Jay-Z - Beautiful Hustle - DJ Green Lantern (The Best Of In The Lab Vol.1 - 17).mp3 (4,878,336 bytes)
FileName: Tupac feat. Nappy Roots - One Day - Dirty Harry, DJ Vlad, n Green Lantern (Rap Phenomenon Pt.2 - 28).mp3 (6,246,699 bytes)

FileName: 08 LastOnesLeft Feat Outlawz.mp3 (5,746,688 bytes)
FileName: Tupac feat. Lisa 'Left-Eye' Lopes - If You Really Want It - Dirty Harry, DJ Vlad, n Green Lantern (Rap Phenomenon Pt.2 - 12).mp3 (4,141,438 bytes)
FileName: Tupac feat. Jadakiss, DMX, Butch Cassidy - Homeboyz - Dirty Harry, DJ Vlad, n Green Lantern (Rap Phenomenon Pt.2 - 04).mp3 (4,120,169 bytes)
FileName: 2pac - Pac's New Life (Unreleased).mp3 (2,457,600 bytes)
FileName: (Oldies) CCR - Brown Eyed Girl.mp3 (4,427,970 bytes)
FileName: Third Eyed Blind - Semi-Charmed Life.mp3 (4,300,382 bytes)
FileName: Puddle In The Mudd - Control (1).mp3 (3,697,232 bytes)
FileName: Ricky Martin-Shake your bon-bon.mp3 (3,077,312 bytes)
FileName: Poison - Talk Dirty to Me.mp3 (3,970,891 bytes)
FileName: Joan Jett - I Love Rock and Roll.mp3 (2,796,530 bytes)
FileName: AlbumArt_{3C4D6747-7761-4196-9237-423B5DF90DED}_Large.jpg (8,302 bytes)
FileName: Prince - Kiss.mp3 (3,620,908 bytes)
FileName: 2 Many DJs - Britney Spears vs. Prince - Slave For Your Kiss Soulwax(DJ Que Remix).mp3 (6,195,704 bytes)
FileName: Story Of The Year - Sidewalks.mp3 (3,438,218 bytes)
FileName: Story of the Year - Anthem of our Dying Day.mp3 (3,487,161 bytes)
FileName: Story of the year - Until the Day I Die.mp3 (2,691,367 bytes)
FileName: Story Of The Year- And the Hero Will Drown.mp3 (4,625,733 bytes)
FileName: Story of the Year - Dive Right In.mp3 (4,647,932 bytes)
FileName: Story of The Year - Falling Down.mp3 (3,653,607 bytes)
FileName: Taking Back Sunday - Cute Without The E (Cut From The Team).mp3 (3,423,085 bytes)
FileName: Story Of The Year - So Far So Good.mp3 (3,253,198 bytes)
FileName: Taking Back Sunday - The Blue Channel.mp3 (2,607,775 bytes)
FileName: Story Of The Year - Swallow The Knife.mp3 (3,470,401 bytes)
FileName: Taking back Sunday - The Thing's We'll Never Know.mp3 (3,459,072 bytes)
FileName: Yellow Card - Ocean Avanue.mp3 (4,760,525 bytes)
FileName: Taking Back Sunday - Falling For You.mp3 (2,735,629 bytes)
FileName: Taking back Sunday - Cute Without the E.mp3 (3,423,469 bytes)
FileName: Taking Back Sunday - Set Phasers to Stun.mp3 (5,519,775 bytes)
FileName: Taking back Sunday - Your Own Disaster.mp3 (4,606,456 bytes)
FileName: taking back sunday - number 5 with a bullet.mp3 (6,211,480 bytes)
FileName: Taking Back Sunday - Great Romances of the 20th Century.mp3 (5,172,761 bytes)
FileName: Taking Back Sunday- Decade Under The Influence.mp3 (4,362,439 bytes)
FileName: Taking Back Sunday - Number Five With a Bullet.mp3 (6,211,480 bytes)
FileName: Taking Back Sunday - Little Devotional.mp3 (5,443,547 bytes)
FileName: Taking back Sunday - Cute Without The E Cut From The Team.mp3 (3,423,469 bytes)
FileName: Taking Back Sunday- A Decade Under the Influence.mp3 (6,772,494 bytes)
FileName: Video - Story of the Year - Anthem of our Dying Day.mpeg (38,342,660 bytes)
FileName: Story Of The Year - Light Years Away.mp3 (3,067,489 bytes)
FileName: Story Of The Year - Until The Day I Die (Music Video).mpg (40,421,332 bytes)
FileName: Snoop Dogg ft. Pharrell - Drop It Like It's Hot.wma (1,109,364 bytes)
FileName: Goo Goo Dolls - Give A Little Bit.mp3 (3,436,675 bytes)
FileName: taking back sunday - Slowdance On the Inside.mp3 (6,888,468 bytes)
FileName: Gwen Stefani - What Are You Waiting For (studio).mp3 (5,345,784 bytes)
FileName: taking_back_sunday-i_am_fred_astaire-ksi.mp3 (6,645,543 bytes)
FileName: Christmas - Christina Aguilara - Oh Holy Night.mp3 (6,955,008 bytes)
FileName: Christmas Songs Harry Connick Jr.- Let It Snow.mp3 (3,130,119 bytes)
FileName: Harry Connick, Jr & Branford Marsalis - This Christmas (A Jazzy Wonderland).mp3 (3,436,544 bytes)
FileName: Harry Connick, Jr. - When My Heart Finds Christmas.mp3 (4,376,589 bytes)
FileName: Christmas music - Harry Connick, Jr. - Let It Snow! Let It Snow! Let It Snow!.mp3 (2,521,676 bytes)
FileName: Christmas - Harry Connick Jr. & Lee Ann Womack - Baby It's Cold Outside.mp3 (7,234,542 bytes)
FileName: Christmas - Harry Connick Jr - Frosty The Snowman - 01 - Harry For The Holidays.mp3 (3,436,965 bytes)

FileName: Harry Connick Jr - And So This Is Christmas - Silver Bells.mp3 (3,264,512 bytes)
FileName: Harry Connick Jr - Winter Wonderland - Christmas - Jazzy Instrumental .mp3 (4,456,448 bytes)
FileName: Christmas Music - Harry Connick Jr. - Let It Snow 2.mp3 (2,469,888 bytes)
FileName: Jazz - Harry Connick Jr. - Christmas Dreaming.mp3 (2,555,904 bytes)
FileName: Christmas - Harry Connick Jr. - The Little Drummer Boy.mp3 (4,505,964 bytes)
FileName: Harry Connick, Jr - 03 - The Christmas Waltz.mp3 (4,825,088 bytes)
FileName: Jazz Christmas - Harry Connick Jr. - Sleigh Ride.mp3 (4,522,112 bytes)
FileName: 09 I'll Be Home For Christmas.mp3 (4,299,402 bytes)
FileName: Harry Connick, Jr. - Harry For The Holidays - 14 - This Christmas.mp3 (5,411,404 bytes)
FileName: Christmas Harry Connick Jr. - What Child Is This.mp3 (3,002,368 bytes)
FileName: harry connick, jr.-harry for the holidays-blue christmas.mp3 (7,867,312 bytes)
FileName: Harry Connick Jr. - Christmas Dreaming.mp3 (2,587,449 bytes)
FileName: harry connick, jr.-i'll be home for christmas-harry for the holidays-12.mp3 (4,338,329 bytes)
FileName: Christmas-Harry Connick, Jr.-Ave Maria.mp3 (4,433,337 bytes)
FileName: Xmas Jazz - Harry Connick, Jr. - Swingin' Into Christmas - Winter Wonderland(1).mp3 (3,216,997 bytes)
FileName: Christmas-Harry Connick, Jr. - Ave Maria.mp3 (4,407,858 bytes)
FileName: Christmas- Harry Connick Jr - What Are You Doing New Year's Eve.mp3 (6,946,944 bytes)
FileName: Christmas - Harry Connick Jr. - Carol Of The Bells - Jazzy Instrumental.mp3 (3,558,477 bytes)
FileName: (Christmas Songs)Harry Connick Jr.- Let It Snow.mp3 (3,130,375 bytes)
FileName: Harry Connick, Jr. - I'll Be Home For Christmas.mp3 (3,396,656 bytes)
FileName: christmas - leeann womack - Baby It's Cold Outside (w Harry Connick Jr.).mp3 (3,641,723 bytes)
FileName: Nate King Cole - Christmas Song 1946 .mp3 (1,519,616 bytes)
FileName: AlbumArt_{0DC1005B-BE0F-495C-B3E6-747D5A285588}_Small.jpg (2,249 bytes)
FileName: Christmas-Songs-Nate King Cole Chesnuts Roasting.mp3 (2,977,792 bytes)
FileName: Polar Express - Rockin' On Top Of The World.mp3 (3,734,343 bytes)
FileName: 03 - Rockin' On Top of the World.mp3 (2,492,335 bytes)
FileName: Dropbox - Wishbone.mp3 (5,644,288 bytes)
FileName: AlbumArt_{0DC1005B-BE0F-495C-B3E6-747D5A285588}_Large.jpg (8,641 bytes)
FileName: Dropbox - Nobody Cares.mp3 (3,283,365 bytes)
FileName: Dropbox - Take Away The Sun.mp3 (3,744,165 bytes)
FileName: Godsmack - 03 Touche (feat Lee Richards and John Kosco of Dropbox)-rns.mp3 (6,211,971 bytes)
FileName: Godsmack Live RARE!.mp3 (2,150,400 bytes)
FileName: AlbumArt_{B0E8AEAF-17EC-4B99-BBCF-DD613C325345}_Small.jpg (2,076 bytes)
FileName: Dropbox - Forgotten Song.mp3 (3,581,369 bytes)
FileName: Godsmack-Running_Blind_Live_On_Leno-SniperKilla.wmv (17,867,116 bytes)
FileName: Godsmack_-_whatever_(live_-_ozzfest_2k)-wezvidz-mpv.mpeg (46,442,348 bytes)
FileName: Dropbox - End of Days.mp3 (3,354,418 bytes)
FileName: Dropbox - End of Days_0919075621.mp3 (3,354,418 bytes)
FileName: Dropbox - Fall Away_0919080010.mp3 (3,576,354 bytes)
FileName: Dropbox - Fall Away.mp3 (3,566,114 bytes)
FileName: Dropbox - Forgotten Song_0919075706.mp3 (3,581,369 bytes)
FileName: Dropbox - I Feel Fine_0919075454.mp3 (3,550,023 bytes)
FileName: Dropbox - Nobody Cares_0919080139.mp3 (3,283,365 bytes)
FileName: Dropbox - Nowhere Man.mp3 (7,673,574 bytes)
FileName: Dropbox - I Feel Fine.mp3 (3,539,783 bytes)
FileName: Godsmack - Straight Out Of Line (Live).mpeg (41,734,148 bytes)
FileName: Dropbox - Run_0919075841.mp3 (2,911,381 bytes)
FileName: Dropbox - I Told You.mp3 (3,071,668 bytes)
FileName: Dropbox - I Told You_0919080058.mp3 (3,081,908 bytes)
FileName: Dropbox - Unfold_0919075920.mp3 (3,683,769 bytes)
FileName: Godsmack - Moonbaby (Live at Woodstock 99).mpg (59,257,352 bytes)

FileName: Godsmack - Thunder Kiss 65 - (Rob Zombie Cover Live).mp3 (4,843,648 bytes)
FileName: Godsmack - Live - Full Set.mp3 (22,255,616 bytes)
FileName: Godsmack-Moon Baby (live).mp3 (4,963,920 bytes)
FileName: Twista & Tupac - Fuck Dre.mp3 (6,933,668 bytes)
FileName: Godsmack-Cause of you im alive (live).mp3 (5,632,128 bytes)
FileName: Godsmack-Whatever (live).mp3 (8,279,064 bytes)
FileName: godsmack - Alive (Live).mp3 (5,863,562 bytes)
FileName: AlbumArtSmall.jpg (2,754 bytes)
FileName: AlbumArt_{D7858D82-D3FA-49C0-832B-E02014F69C37}_Small.jpg (2,112 bytes)
FileName: Folder.jpg (10,260 bytes)
FileName: AlbumArt_{D7858D82-D3FA-49C0-832B-E02014F69C37}_Large.jpg (6,784 bytes)
FileName: AlbumArt_{B6704E8F-4507-430F-AFAA-E5944074BBBE}_Small.jpg (6,257 bytes)
FileName: AlbumArt_{B6704E8F-4507-430F-AFAA-E5944074BBBE}_Large.jpg (19,460 bytes)
FileName: AlbumArt_{D0BDCF00-F135-40F6-87AD-BBF4238DF378}_Small.jpg (1,273 bytes)
FileName: AlbumArt_{D0BDCF00-F135-40F6-87AD-BBF4238DF378}_Large.jpg (4,069 bytes)
FileName: AlbumArt_{982C9CAC-C5DC-4884-A304-13E69A364F02}_Small.jpg (2,391 bytes)
FileName: AlbumArt_{982C9CAC-C5DC-4884-A304-13E69A364F02}_Large.jpg (8,399 bytes)
FileName: AlbumArt_{A0540B9B-5392-440A-B2F0-C8B42BBA8EC7}_Small.jpg (2,373 bytes)
FileName: AlbumArt_{A0540B9B-5392-440A-B2F0-C8B42BBA8EC7}_Large.jpg (9,449 bytes)
FileName: AlbumArt_{4A2CCADD-67A4-4E99-8A2B-2E66AE39D62B}_Small.jpg (1,754 bytes)
FileName: AlbumArt_{4A2CCADD-67A4-4E99-8A2B-2E66AE39D62B}_Large.jpg (6,420 bytes)
FileName: AlbumArt_{1FC06FF0-72AE-4F87-8A70-9830FBB60E45}_Small.jpg (2,637 bytes)
FileName: AlbumArt_{1FC06FF0-72AE-4F87-8A70-9830FBB60E45}_Large.jpg (9,827 bytes)
FileName: AlbumArt_{722CC542-E749-4BDD-A4A4-649F127FD2EB}_Small.jpg (2,105 bytes)
FileName: AlbumArt_{722CC542-E749-4BDD-A4A4-649F127FD2EB}_Large.jpg (7,475 bytes)
FileName: AlbumArt_{0A3C8643-A01A-4B54-A043-42CCD1C1967E}_Small.jpg (3,999 bytes)
FileName: AlbumArt_{0A3C8643-A01A-4B54-A043-42CCD1C1967E}_Large.jpg (17,676 bytes)
FileName: AlbumArt_{5956F0D3-4FA5-40E5-BB92-97EA52CF43DA}_Small.jpg (3,033 bytes)
FileName: AlbumArt_{5956F0D3-4FA5-40E5-BB92-97EA52CF43DA}_Large.jpg (11,238 bytes)
FileName: AlbumArt_{DA885FB3-78C1-463D-B68A-D3C5BBD3C296}_Small.jpg (3,126 bytes)
FileName: AlbumArt_{DA885FB3-78C1-463D-B68A-D3C5BBD3C296}_Large.jpg (13,072 bytes)
FileName: AlbumArt_{F41A35BC-CE0D-4961-B41D-D6040135C77A}_Small.jpg (2,275 bytes)
FileName: AlbumArt_{F41A35BC-CE0D-4961-B41D-D6040135C77A}_Large.jpg (9,529 bytes)
FileName: AlbumArt_{395282DF-E8C6-43FA-A906-FA99275DDD31}_Small.jpg (2,646 bytes)
FileName: AlbumArt_{395282DF-E8C6-43FA-A906-FA99275DDD31}_Large.jpg (12,078 bytes)
FileName: AlbumArt_{DEE2F966-6F11-4EB9-8FE2-385A92B24890}_Small.jpg (2,587 bytes)
FileName: AlbumArt_{DEE2F966-6F11-4EB9-8FE2-385A92B24890}_Large.jpg (8,400 bytes)
FileName: AlbumArt_{B0E8AEAF-17EC-4B99-BBCF-DD613C325345}_Large.jpg (7,698 bytes)
FileName: AlbumArt_{24077A05-A72E-4B75-B888-F4277E6E3271}_Small.jpg (2,785 bytes)
FileName: AlbumArt_{24077A05-A72E-4B75-B888-F4277E6E3271}_Large.jpg (11,171 bytes)
FileName: AlbumArt_{1B60408D-8017-4827-848B-4C99CDB2E72C}_Small.jpg (2,496 bytes)
FileName: AlbumArt_{1B60408D-8017-4827-848B-4C99CDB2E72C}_Large.jpg (9,205 bytes)
FileName: AlbumArt_{25F1B9CF-4742-487C-B23B-7AB2DE36AB0E}_Small.jpg (2,460 bytes)
FileName: AlbumArt_{25F1B9CF-4742-487C-B23B-7AB2DE36AB0E}_Large.jpg (10,621 bytes)
FileName: AlbumArt_{39989855-F57A-4B56-A551-1262B2A01D3E}_Small.jpg (2,404 bytes)
FileName: AlbumArt_{39989855-F57A-4B56-A551-1262B2A01D3E}_Large.jpg (10,698 bytes)
FileName: Tupac - Loyal To The Game - Out On Bail.mp3 (5,631,343 bytes)
FileName: TuPac Ft. G-Unit - Loyal To The Game.mp3 (4,847,744 bytes)
FileName: Tupac - loyal to the game - black cotton feat eminem kast.mp3 (7,276,145 bytes)
FileName: TuPac - Loyal To The Game - Got 2 Survive ft Young Lay, M.mp3 (6,347,655 bytes)
FileName: Sweet Emotion (Rare Live).mp3 (7,809,152 bytes)
FileName: Tupac - Loyal To The Game - 09 - Who Do You Love (Prod by Emine.mp3 (5,011,610 bytes)
FileName: Tupac - Out On Bail - Loyal To The Game .mp3 (5,635,439 bytes)
FileName: 08-Tupac - Loyal To The Game - n.i.g.g.a._feat jadakiss(prod_by_eminem).mp3 (4,390,438 bytes)
FileName: 14-Tupac - Loyal To The Game Po Nigga Blues Ft. Ron Isley.mp3 (5,267,779 bytes)
FileName: 17 - Tupac Feat Big Syke & Dj Quik - Loyal to the game.mp3 (6,262,925 bytes)
FileName: Tupac - Loyal To The Game - Soldier Like Me(Return of the Soulja).mp3

(5,533,616 bytes)
FileName: Tupac- loyal to the game - dusted 'n' disgusted ft e-40,.mp3 (6,468,335 bytes)
FileName: Tupac ft. Eminem - Loyal To The Game - Soldier Like Me(return of the soulja).mp3 (5,533,872 bytes)
FileName: Tupac - Loyal To The Game - 11 - Don't You Trust Me (Prod. by Eminem).mp3 (7,089,644 bytes)
FileName: Tupac - Loyal To The Game - 10 - Skank wit You.mp3 (959,343 bytes)
FileName: Tupac - Above The Rim Soundtrack - Loyal To The Game.mp3 (4,339,382 bytes)
FileName: Tupac Ft Nate Dogg - Loyal To The Game - Thugs Get Lonely Too.mp3 (6,895,789 bytes)
FileName: 12-Tupac - Loyal To The Game Ft. Obie Trice - Hennesy.mp3 (3,347,954 bytes)
FileName: tupac ft outlawz - uppecut (loyal to the game - produced by Eminem).mp3 (3,293,740 bytes)
FileName: Tupac - Loyal To The Game [ft. G Unit] [Produced By Eminem].mp3 (4,368,986 bytes)
FileName: Tupac-loyal_to_the_game_feat._g-unit_(prod_by_eminem)-mob.mp3 (4,885,967 bytes)
FileName: Tupac - Loyal To The Game - 04 - Ghetto Gospel.mp3 (5,714,781 bytes)
FileName: 2Pac - Loyal To The Game - Hennesay Produced by Red Spyda.mp3 (4,079,849 bytes)
FileName: Gavin degraw - Jealous guy.mp3 (2,476,159 bytes)
FileName: Gavin DeGraw - Crush.mp3 (3,326,623 bytes)
FileName: Gavin DeGraw- I Don't Wanna Be.mp3 (4,423,599 bytes)
FileName: Gavin DeGraw - One Tree Hill Theme Song - I Don't Wana Be.mp3 (3,402,742 bytes)
FileName: Gavin DeGraw - Hallelujah.mp3 (3,489,664 bytes)
FileName: Gavin DeGraw - 08 - I Don't Want To be.mp3 (5,340,098 bytes)
FileName: Gavin Degraw - Dreams.mp3 (3,305,600 bytes)
FileName: Gavin DeGraw - Dancin' Shoes.mp3 (5,312,180 bytes)
FileName: Gavin DeGraw - Sexual Healing (Live).mp3 (2,715,776 bytes)
FileName: gavin degraw - live at wilson's - more than anyone.mp3 (4,820,033 bytes)
FileName: Gavin DeGraw- Walking IN memphis (live).mp3 (1,306,515 bytes)
FileName: Gavin DeGraw - Belief (live).mp3 (2,910,287 bytes)
FileName: Gavin DeGraw - 08 - I Don't Want to Be (One Tree Hill and Album version - I Don't Wanna Be).mp3 (5,340,098 bytes)
FileName: gavin degraw - gavin live at wilson's - get lost.mp3 (3,039,485 bytes)
FileName: Gavin DeGraw - Nice to Meet You Anyway (live).mp3 (2,405,138 bytes)
FileName: Gavin DeGraw - Live at Wilson's - Lay Me On The Water.mp3 (6,236,914 bytes)
FileName: Fuel - Hob Live In Vegas - Entire Album.mp3 (67,033,216 bytes)
FileName: Twista feat. Kanye West - Overnight Celebrity.mp3 (5,607,519 bytes)
FileName: Kanye West - All Falls Down.mp3 (5,660,375 bytes)
FileName: Kanye west-jesus walks.mp3 (5,043,274 bytes)
FileName: Janet Jackson feat. Kanye West - My Baby.mp3 (6,372,042 bytes)
FileName: 04-kanye_west-jesus_walks-jz.mp3 (1,691,818 bytes)
FileName: Kanye West - We dont care.mp3 (6,077,286 bytes)
FileName: Kanye West - workout plan.mp3 (5,178,128 bytes)
FileName: Slum Village w-Kanye West - Selfish.mp3 (3,977,756 bytes)
FileName: Kanye West - We Don't Care.mp3 (6,077,286 bytes)
FileName: Kanye West ft. John Legend - I Used To Love You.mp3 (3,726,280 bytes)
FileName: Kanye West - Last Call.mp3 (18,173,427 bytes)
FileName: Kanye West - Gimme the Light freestyle.mp3 (2,316,714 bytes)
FileName: Kanye West - The New Workout Plan.mp3 (8,698,822 bytes)
FileName: All fall down - Kanye West.mp3 (5,284,223 bytes)
FileName: B's Recorder GOLD5 v5.09.zip (783,843 bytes)
FileName:  Lloyd Banks & 50 Cent - Smile.mp3 (5,234,580 bytes)
FileName: ! NEW SHIT! - DJ JELLY RAP MEGAMIX.mp3 (16,204,119 bytes)
FileName: !-Paris Hilton Sex Tape the new one (color version) (real).wmv avi mpeg mp3 nude celebrity topless actress voyeur sex tits ass pussy blowjob naked anal sex porn sta.wmv (9,553,623 bytes)
FileName: #3 50 Cent - Disco Inferno (Dirty).mp3 (5,062,957 bytes)

Berube.Scott - userlog - 69615899.txt
FileName: (Entire Album) Rush - 2112.mp3 (74,834,048 bytes)
FileName: (Limp Bizkit) The Unquestionable Truth Part 1 [04] The Key.mp3 (2,501,432 bytes)
FileName: (Limp Bizkit) The Unquestionable Truth Part 1 [05] The Channel.mp3 (8,765,786 bytes)
FileName: (Limp Bizkit) The Unquestionable Truth Part 1 [07] The Surrender.mp3 (6,179,441 bytes)
FileName: (Unverified) Hair Bands 80's -Cinderella-Nobodysfool.mp3 (4,614,392 bytes)
FileName: 01 Dirty Cash (Money Talks).mp3 (4,855,808 bytes)
FileName: 01 Human Grain.wma (4,529,547 bytes)
FileName: 01 Rhymin & Stealin.wma (5,017,900 bytes)
FileName: 01-Joe Perry-Shakin My Cage.Mp3 (8,483,416 bytes)
FileName: 01-Rotten Apple.mp3 (10,062,395 bytes)
FileName: 02 Beastie Boys_The New Style.mp3 (2,759,272 bytes)
FileName: 02 Just One More.wma (5,629,135 bytes)
FileName: 02 Revelations.mp3 (7,357,903 bytes)
FileName: 02 The New Style.wma (5,555,446 bytes)
FileName: 02- Gwen stafani & Eve- Rich Girl.mp3 (5,679,104 bytes)
FileName: 02-Alice in Chains-Jar of Flies-Nutshell.mp3 (4,147,864 bytes)
FileName: 03 Don't Disturb This Groove (3).mp3 (5,235,025 bytes)
FileName: 03 I Stay Away.mp3 (4,073,299 bytes)
FileName: 03 Miseducation.wma (5,503,637 bytes)
FileName: 03-I Stay Away.mp3 (6,109,312 bytes)
FileName: 03-Joe Perry-Pray For Me.Mp3 (7,409,796 bytes)
FileName: 04 I Killed You.wma (8,718,725 bytes)
FileName: 04 Posse in Effect.wma (2,973,598 bytes)
FileName: 04 Sherri.wma (3,188,389 bytes)
FileName: 04-Alice in Chains-Jar of Flies-No Excuses.mp3 (4,089,590 bytes)
FileName: 04-beastie_boys-it_takes_time_to_build-cms.mp3 (4,692,360 bytes)
FileName: 05 - LL Cool J - Shut `Em Down.mp3 (4,802,800 bytes)
FileName: 05 This Is Gonna Hurt.wma (4,427,969 bytes)
FileName: 05 Whale and Wasp.mp3 (2,522,406 bytes)
FileName: 05-50_cent-gangster_interlude-c4.mp3 (823,719 bytes)
FileName: 05-Joe Perry-Lonely.Mp3 (9,861,247 bytes)
FileName: 05-Whale & Wasp.mp3 (3,772,544 bytes)
FileName: 06 Batter Up.wma (3,372,145 bytes)
FileName: 06 Don't Follow.mp3 (4,199,322 bytes)
FileName: 06 Dont Follow.mp3 (6,284,228 bytes)
FileName: 06 Every Time You Say Goodbye 1.mp3 (3,702,207 bytes)
FileName: 06 Push the Button.wma (5,957,819 bytes)
FileName: 06 Scream.wma (4,562,895 bytes)
FileName: 06-limp_bizkit-the_story.[www.mixermusic.net].mp3 (7,475,246 bytes)
FileName: 07 In An Empty Room.wma (5,664,997 bytes)
FileName: 07 Just Like Daddy.wma (2,493,377 bytes)
FileName: 07 Swing on This.mp3 (9,793,386 bytes)
FileName: 07 The Dream Is Over.m4a (3,180,667 bytes)
FileName: 07 What Would You Say.mp3 (5,406,806 bytes)
FileName: 07-Alice in Chains-Jar of Flies-Swing on This.mp3 (3,926,077 bytes)
FileName: 07-beastie_boys-hey_fuck_you-cms.mp3 (2,865,324 bytes)
FileName: 07-Swing On This.mp3 (5,869,696 bytes)
FileName: 08 - Audioslave - Man or Animal.mp3 (7,072,309 bytes)
FileName: 08 Hot in Herre.wma (1,825,835 bytes)
FileName: 08 Krazy.wma (2,568,405 bytes)
FileName: 08 Man Or Animal.mp3 (3,865,866 bytes)
FileName: 08 No Sleep Till Brooklyn.wma (4,980,890 bytes)
FileName: 08 Outcast.wma (5,354,227 bytes)
FileName: 08 Romeo's Waiting.wma (3,606,757 bytes)
FileName: 08 The Dream Is Over.mp3 (363,733 bytes)
FileName: 08-audioslave-man_or_animal.mp3 (7,069,737 bytes)
FileName: 08.mp3 (4,462,323 bytes)
FileName: 09 - Audioslave - Yesterday to Tomorrow.mp3 (7,613,522 bytes)
FileName: 09 Blade.wma (9,065,319 bytes)
FileName: 09 Grenade Jumper.mp3 (3,575,767 bytes)

FileName: 09 Inner City Blues.mp3 (6,290,062 bytes)
FileName: 09 Time for Livin'.mp3 (1,740,886 bytes)
FileName: 09-Joe Perry-Twilight.Mp3 (6,224,001 bytes)
FileName: 09.mp3 (4,744,445 bytes)
FileName: 1-02 The Radio Saved My Life Tonight.m4a (4,627,591 bytes)
FileName: 1-03 Tripping Billies (Live).m4a (5,658,427 bytes)
FileName: 1-04 Someday I'll Be Saturday Night.m4a (4,618,682 bytes)
FileName: 1-05 Satellite (Live).m4a (4,522,773 bytes)
FileName: 1-06 Crash Into Me (Live).m4a (5,404,402 bytes)
FileName: 1-06 Open All Night.m4a (5,415,110 bytes)
FileName: 1-07 Deed Is Done (Live).m4a (4,728,035 bytes)
FileName: 1-08 I Get A Rush.m4a (2,651,395 bytes)
FileName: 1-08 Lover Lay Down (Live).m4a (5,371,446 bytes)
FileName: 1-09 What Would You Say (Live).m4a (4,975,643 bytes)
FileName: 1-10 Thief Of Hearts.m4a (4,118,166 bytes)
FileName: 1-12 I Just WantTo Be Your Man.m4a (2,948,672 bytes)
FileName: 10 - Ll Cool J - Apple Cobbler-dot.mp3 (4,883,667 bytes)
FileName: 10 Hold It Now, Hit It.wma (4,167,526 bytes)
FileName: 10 How Long Can I Resist.wma (5,886,119 bytes)
FileName: 10 King's Highway.wma (2,678,377 bytes)
FileName: 10 Me and My Girldfriend.wma (2,505,389 bytes)
FileName: 10.mp3 (5,457,066 bytes)
FileName: 100 Kids Songs - Pat McGee - bedtime lulaby.mp3 (2,404,352 bytes)
FileName: 100 kids songs Barney - Me And My Teddy.mp3 (2,111,488 bytes)
FileName: 100 Songs for Kids - Me And My Teddy - Barney & Friends (6).mp3 (2,104,216 bytes)
FileName: 100 songs for kids - Rock A Bye Baby.mp3 (1,454,878 bytes)
FileName: 100 Songs for kids Barney - I Love You ... the Barney Theme Song .mp3 (1,001,482 bytes)
FileName: 11 When I Look Into My Eyes.wma (5,037,533 bytes)
FileName: 11.mp3 (5,552,674 bytes)
FileName: 112 feat The Notorious BIG, Mase - Only You (Bad Boy Remix).mp3 (5,824,512 bytes)
FileName: 12 - 3 Doors Down - Here By Me.mp3 (6,076,252 bytes)
FileName: 12 - audioslave - the Curse.mp3 (5,119,142 bytes)
FileName: 12 Air Force Ones.wma (2,510,347 bytes)
FileName: 12 Slow and Low.wma (4,406,354 bytes)
FileName: 12 What Kind Of Animal.wma (5,748,667 bytes)
FileName: 12-Tupac - Loyal To The Game Ft. Obie Trice - Hennesy.mp3 (3,347,954 bytes)
FileName: 12.mp3 (4,551,139 bytes)
FileName: 13-beastie_boys-crawlspace-cms.mp3 (4,023,217 bytes)
FileName: 13.mp3 (5,421,539 bytes)
FileName: 14 #1.wma (2,498,321 bytes)
FileName: 15-Tupac - Loyal To The Game Hennessey (Ft. Edi & Sleepy Brown) (Red Spyda Remix).mp3 (4,762,226 bytes)
FileName: 16 - The Game - The Documentary - Dreams.mp3 (6,891,153 bytes)
FileName: 16-Eminem - Mocking Bird.mp3 (5,412,669 bytes)
FileName: 2 Pac - Tupac - Makaveli - (Unreleased) - Don't Fall Asleep (Feat. Daz,Scarface)(1)(1).mp3 (7,440,384 bytes)
FileName: 2 Pac-As Soon as I Get Home (unreleased) (w Makaveli 5) {Tupac Shakur}.(3'00 96).mp3 (2,162,807 bytes)
FileName: 2-02 Starting All Over Again.m4a (3,355,279 bytes)
FileName: 2-03 Mayber Someday.m4a (4,528,997 bytes)
FileName: 2-04 Last Chance Train.m4a (4,082,024 bytes)
FileName: 2-06 Say Goodbye (Live).m4a (5,186,045 bytes)
FileName: 2-06 Say Goodbye (Live).mp3 (7,680,359 bytes)
FileName: 2-06 Say Goodbye.m4a (5,186,086 bytes)
FileName: 27 Don't Disturb This Groove Remix (featuring Jim Jones).wma (2,778,935 bytes)
FileName: 2pac - bust if we must.mp3 (5,206,570 bytes)
FileName: 2pac - in the air tonight (remix tupac & phil collins).mp3 (4,712,704 bytes)

FileName: 2Pac - Makaveli - 08 - Krazy.mp3 (3,791,725 bytes)
FileName: 2Pac - Tupac - Makaveli - !!!!!Exclusive Alive Evidence!!!!!.mp3 (832,043 bytes)
FileName: 2Pac - Tupac - Makaveli - (Unreleased) - Don't Fall Asleep (.mp3 (7,440,544 bytes)
FileName: 2Pac - Tupac - Makaveli - (Unreleased) - Don't Fall Asleep (Feat. Daz,Scarface).mp3 (7,440,384 bytes)
FileName: 2Pac - Tupac - Makaveli - 07 - Peep Game (Unreleased).mp3 (3,603,056 bytes)
FileName: 2Pac - Tupac - Makaveli - Fuck Mobb Deep (Unreleased).mp3 (5,040,560 bytes)
FileName: 2Pac - Tupac - Makaveli - Pray 4 Me (Dear Mama II) (Unreleased).mp3 (7,012,438 bytes)
FileName: 2pac -Life and death megamix (dj fluke).mp3 (5,767,168 bytes)
FileName: 2pac -Makaveli 5 (unreleased) - Tupac Shakur - My Closest Road Dogs.mp3 (2,765,554 bytes)
FileName: 2pac interviews - tupac interview about biggie.mp3 (1,703,020 bytes)
FileName: 2pac makaveli tupac hit em up III dissin snoop suge dmx dr dre eminem mase britney spears bill clinton .........mp3 (3,072,000 bytes)
FileName: 2pac- Makaveli - life of an outlaw .mp3 (4,706,348 bytes)
FileName: 2pac-Makaveli - Unreleased -4 - 02 - Monday Morning.mp3 (2,244,882 bytes)
FileName: 2pac-Makaveli 5 (unreleased) - Tupac Shakur - My Niggas.mp3 (2,252,800 bytes)
FileName: 3 Doors Down - Away From the Sun.mp3 (5,598,691 bytes)
FileName: 3 Doors Down - Be Like That (American Pie 2 Soundtrack).mp3 (3,787,606 bytes)
FileName: 3 Doors Down - Here Without You.mp3 (5,726,586 bytes)
FileName: 3 Doors Down - It's Not Me.mp3 (5,676,276 bytes)
FileName: 3 Doors Down - Let Me Go (New Single).mp3 (5,672,973 bytes)
FileName: 3 Doors Down - Let Me Go (You love me but you don't know who I am).mp3 (5,672,973 bytes)
FileName: 3 Doors Down - Let Me Go.mp3 (5,781,627 bytes)
FileName: 3 Doors Down - Loser.mp3 (4,239,232 bytes)
FileName: 3 Doors Down - Seventeen Days - 08 - Never Will I Break.mp3 (7,155,065 bytes)
FileName: 3 doors down - This Is The Story Of a Girl.mp3 (3,127,296 bytes)
FileName: 3 Doors Down - When I'm Gone.mp3 (6,129,027 bytes)
FileName: 3 Doors Down- I'm Here Without You.mp3 (5,727,098 bytes)
FileName: 3 Doors Down- When I'm Gone.mp3 (6,029,987 bytes)
FileName: 4-The Last Mile.MP3 (1,615,284 bytes)
FileName: 50 Cent - 21 Questions.mp3 (5,412,056 bytes)
FileName: 50 Cent & 2 Pac - America's Most Wanted Remixes.mp3 (6,592,640 bytes)
FileName: 50 Cent & G Unit - 50 cent Mixtapes - I'm Gonna Be Alright (Track Masters Remix).mp3 (3,734,969 bytes)
FileName: 50 Cent & G-Unit - I'm A Soldier (Remix).mp3 (5,425,183 bytes)
FileName: 50 Cent & Sean Paul - In the Club (BI Remix).mp3 (5,507,961 bytes)
FileName: 50 Cent (ft, G-Unit) - Fuck Murda Inc..mp3 (3,488,156 bytes)
FileName: 50 Cent - 21 Questions.mp3 (5,412,056 bytes)
FileName: 50 Cent - candy shop (dirty).mp3 (5,059,232 bytes)
FileName: 50 Cent - Candy Shop 3.mp3 (5,544,592 bytes)
FileName: 50 Cent - Candy Shop Remix (ft Notorious BIG).mp3 (6,051,738 bytes)
FileName: 50 Cent - Candy Shop.mp3 (5,055,136 bytes)
FileName: 50 Cent - Disco Inferno (Dirty).mp3 (5,064,874 bytes)
FileName: 50 Cent - Disco Inferno (Reggaeton Remix).mp3 (3,096,748 bytes)
FileName: 50 Cent - Disco Inferno.mp3 (5,064,874 bytes)
FileName: 50 Cent - feat. Notorious B.I.G. and Eminem - The Realest Niggas(remix).mp3 (7,328,415 bytes)
FileName: 50 Cent - feat. Notorious B.I.G. and Eminem - The Realist Niggas(remix).mp3 (7,328,415 bytes)
FileName: 50 Cent - Guess Who's Back (Underground Classics Freestyles) -04- That's What's Up (Feat. G Unit).mp3 (5,983,631 bytes)
FileName: 50 Cent - Hate It or Love It .mp3 (4,225,024 bytes)
FileName: 50 Cent - High All the Time.mp3 (6,465,747 bytes)

FileName: 50 Cent - I Smell Pussy (Ja Rule, Irv, Chuck B, Ashanti Diss.mp3 (6,660,099 bytes)
FileName: 50 Cent - In Da Club.mp3 (5,799,990 bytes)
FileName: 50 Cent - Just a Little Bit (Remix feat Fabolous).mp3 (6,497,976 bytes)
FileName: 50 Cent - Just a Little Bit.mp3 (6,027,022 bytes)
FileName: 50 Cent - Like My Style.mp3 (3,119,707 bytes)
FileName: 50 cent - Majic Stick.mp3 (3,383,296 bytes)
FileName: 50 Cent - P.I.M.P .mp3 (5,012,336 bytes)
FileName: 50 Cent - Pimp.mp3 (5,988,647 bytes)
FileName: 50 Cent - Shake That Ass Girl.mp3 (3,372,370 bytes)
FileName: 50 Cent - Shake That Ass.mp3 (3,370,763 bytes)
FileName: 50 Cent - The Massacre - 03 - This Is 50.mp3 (4,356,194 bytes)
FileName: 50 Cent - The Massacre - 05 - Piggy Bank (Produced By Needlz).mp3 (6,674,790 bytes)
FileName: 50 Cent - The Massacre - 12 - Gotta Love My Style(produced by needlz).mp3 (4,695,467 bytes)
FileName: 50 Cent - The Massacre - 12 - Ryder Music.mp3 (3,705,626 bytes)
FileName: 50 Cent - The Massacre - 14 - Just A Lil Bit.mp3 (3,806,023 bytes)
FileName: 50 Cent - The Massacre - 14 - Just a Little Bit.mp3 (6,027,022 bytes)
FileName: 50 Cent - The Massacre - 17 - Position Of Power.mp3 (3,079,192 bytes)
FileName: 50 Cent - The Massacre - 20 - Hate It or Love It (feat. The Game, Lloyd Banks, Tony Yayo, Young Buck) (G Unit Remix) 1.mp3 (4,225,024 bytes)
FileName: 50 Cent - The Massacre - 20 - Hate It or Love It (feat. The Game, Lloyd Banks, Tony Yayo, Young Buck) (G Unit Remix).mp3 (4,225,024 bytes)
FileName: 50 Cent - The Massacre - 20 - So Amazing (Feat. Olivia) (Produced By Jonathan 'J.R.' Rotem).mp3 (5,135,769 bytes)
FileName: 50 Cent - The Massacre - 22 - Hate It Or Love It (Remix).mp3 (4,225,024 bytes)
FileName: 50 cent - The Massacre - My toy soliders - 16.mp3 (3,592,445 bytes)
FileName: 50 Cent - The New Breed - 02 - 8 Mile Road (G-Unit remix) (ft. Lloyd Banks & Tony Yayo).mp3 (5,416,960 bytes)
FileName: 50 Cent - The Realest Niggaz (Ft. Biggie and Eminem).mp3 (7,641,088 bytes)
FileName: 50 Cent - This Is How We Do.mp3 (4,857,420 bytes)
FileName: 50 cent - Tipsy remix .mp3 (5,665,064 bytes)
FileName: 50 Cent - Valentine's Day Massacre - Swollen Members ft. Thirdrail Vic, Saafir & Big Nous.mp3 (5,013,504 bytes)
FileName: 50 Cent - Valentines Day Massacre - Fuckin' With Us.mp3 (3,736,561 bytes)
FileName: 50 cent - valentines day massacre - im an animal.mp3 (5,679,232 bytes)
FileName: 50 cent -ft DMX - Reliable.mp3 (4,456,448 bytes)
FileName: 50 cent 2pac disco inferno remix.mp3 (1,670,481 bytes)
FileName: 50 cent and tupac- realist killas.mp3 (3,515,583 bytes)
FileName: 50 CENT f OLIVIA - Candyshop(1).mp3 (5,055,136 bytes)
FileName: 50 CENT f OLIVIA - Candyshop.mp3 (5,055,102 bytes)
FileName: 50 Cent f. P. Diddy, Mary J. Blige, Bounty Killer & Beyonce In Da Club (Gee Money Remix).mp3 (12,763,136 bytes)
FileName: 50 cent feat Fabolous - just a little bit.mp3 (6,499,778 bytes)
FileName: 50 Cent feat Olivia - Candy Shop.mp3 (5,666,816 bytes)
FileName: 50 Cent feat Tego Calderon - P.I.M.P (reggaeton remix).mp3 (2,327,513 bytes)
FileName: 50 cent ft b.i.g. - nigga (dj spinelli).mp3 (5,099,775 bytes)
FileName: 50 Cent ft G Unit - My Buddy (5393054,my buddy,XMMARMXGE442H2AHR7CPS7CQYDRGNLPP).mp3 (1,342,464 bytes)
FileName: 50 cent ft Jay-Z - If i cant (remix).mp3 (8,281,618 bytes)
FileName: 50 Cent ft. Eminem - patiently waiting .mp3 (6,934,528 bytes)
FileName: 50 Cent ft. Olivia & Marques Houston - Candy Shop (Remix).mp3 (4,272,795 bytes)
FileName: 50 Cent Ft. Olivia - Candy Shop.mp3 (5,055,392 bytes)
FileName: 50 Cent ft. Snoop Dogg & G-Unit - PIMP(Remix).mp3 (6,930,387 bytes)
FileName: 50 Cent Ft. The Game, G-Unit - Where I'm From.mp3 (4,651,008 bytes)
FileName: 50 Cent vs 2 Pac - In Da Club & Still Ballin (DJ Jamie J Remix).mp3 (6,592,640 bytes)
FileName: 50 Cent vs. Beyonce vs. Mary J. Blige - In Da Club (remix).mp3 (7,534,592 bytes)

Berube.Scott - userlog - 69615899.txt
FileName: 50 Cent, Beyonce, Mary J. Blige & P. Diddy - In Da Club (Exclusive Remix Unreleased by DJ Geezy).mp3 (13,750,648 bytes)
FileName: 50 Cent, Busta Rhymes, & Eminem - Hail Mary (Ja Rule Diss).mp3 (7,632,763 bytes)
FileName: 50 Cent, LLoyd Banks - Smile.mp3 (5,234,068 bytes)
FileName: 50 Cent, Mary J. Blige & Young Buck - Ohh (Remix).mp3 (3,173,444 bytes)
FileName: 50 Cent, Nature & Nas - Projects Too Hot.mp3 (3,784,704 bytes)
FileName: 50 cent- 03- SHAKE THAT ASS GIRL.mp3 (3,370,763 bytes)
FileName: 50 Cent- Hate It or Love It (remix) feat.Game,Lloyd Banks Tony Yayo and Young Buck.mp3 (5,477,194 bytes)
FileName: 50 Cents - Get Rich Or Die Trying - 07 - Heat.mp3 (6,170,752 bytes)
FileName: 50 Cents - Rowdy Rowdy.mp3 (3,522,526 bytes)
FileName: 50 cents - Valentine's Day Massacre - Money By Any Means.mp3 (5,752,832 bytes)
FileName: 50 Cents- In da club.mp3 (5,290,288 bytes)
FileName: 50Cent ft. Tupac - Many Men (Tu Pac Remix).mp3 (3,631,545 bytes)
FileName: 50Cent_CandyShop.mp3 (5,056,616 bytes)
FileName: 50_cent - Valentine's Day Massacre - Piggy Bank (rns).mp3 (3,860,480 bytes)
FileName: 50_Cent_-_Disco_Inferno.mp3 (4,554,082 bytes)
FileName: 6-Long Cold Winter.MP3 (2,258,472 bytes)
FileName: 70's-80's-Rick Springfield - Jessie's Girl.mp3 (3,933,036 bytes)
FileName: 8 MILE FREESTYLES - Eminem Battles Rah Digga and Canibus Live on Stage, Rap Olympics(1).mp3 (3,997,362 bytes)
FileName: 8-Coming Home.MP3 (2,068,100 bytes)
FileName: 80's - Aha -Take on me.mp3 (3,686,444 bytes)
FileName: 80's - Billy Idol - White Wedding.mp3 (3,992,850 bytes)
FileName: 80's Billy Idol - Rock the Cradle of Love.mp3 (4,503,552 bytes)
FileName: 80's music - Tainted Love.mp3 (5,673,505 bytes)
FileName: 80's Slow Jams - The System - Dont Disturb This Groove.MP3 (3,508,224 bytes)
FileName: 80s - Billy Idol - You Spin Me Right Round.mp3 (4,284,544 bytes)
FileName: 80s big hair bands - Quiet Riot - Come On Feel The Noise.mp3 (5,800,356 bytes)
FileName: 80s big hair bands - Skid Row - 18 & Life.mp3 (3,711,059 bytes)
FileName: 80s big hair bands - Tesla - What You Give(1).mp3 (6,053,260 bytes)
FileName: 80s big hair bands - Whitesnake - Here I Go Again.mp3 (4,433,711 bytes)
FileName: 80s Rock Motley Crue - Smoking In The Boys Room.mp3 (3,307,724 bytes)
FileName: 80s-Patrick Swayze - Hungry Eyes (Dirty Dancing Soundtrack).mp3 (3,973,404 bytes)
FileName: A1Tech Alertwall Personal Firewall Spyware Blocker v2.6.0 by UCF.zip (783,843 bytes)
FileName: aaliyah ft missy elliot - - best friend.mp3 (4,012,032 bytes)
FileName: AC DC - Carry Me Home (unreleased rare Bon Scott - ACDC)_4.mp3 (4,612,553 bytes)
FileName: AC DC - Cold Hearted Man (Rare Bon Scott).mp3 (4,247,680 bytes)
FileName: AC DC - Have A Drink On Me.mp3 (3,825,205 bytes)
FileName: ac dc - High Voltage (LIVE- Bon Scott).mp3 (4,090,590 bytes)
FileName: AC-DC - Highway To Hell.mp3 (3,330,843 bytes)
FileName: AC-DC - Rock n' Roll Ain't Noise Pollution.mp3 (4,041,655 bytes)
FileName: AC-DC - Whole Lotta Rosie (rare live Bon Scott).mp3 (4,874,240 bytes)
FileName: AC-DC_ACDC - Given the Dog a Bone.mp3 (3,405,282 bytes)
FileName: ACDC (rare) TNT - Live Bootleg - 1976 Bon Scott.mp3 (4,280,184 bytes)
FileName: ACDC - Back In Black - Original (very rare) Bon Scott .mp3 (4,311,424 bytes)
FileName: ACDC - Back In Black - Original (very rare) Bon Scott -.mp3 (4,311,424 bytes)
FileName: ACDC - DC - TNT.mp3 (3,436,793 bytes)
FileName: ACDC.Baby, please don't go - BBC In concert (Bon Scott Live).mp3 (4,753,160 bytes)
FileName: Aces Texas Holdem No Limit Palm Treo 600 650.zip (502,093 bytes)
FileName: Acon ft. Styles P - Locked up (remix).mp3 (5,592,728 bytes)
FileName: Aerosmith - Amazing.mp3 (5,736,489 bytes)

FileName: Aerosmith - Back In The Saddle.mp3 (4,501,573 bytes)
FileName: Aerosmith - Crazy.mp3 (5,023,032 bytes)
FileName: Aerosmith - Cryin'.mp3 (4,947,408 bytes)
FileName: Aerosmith - Dream On (Live).mp3 (5,507,737 bytes)
FileName: Aerosmith - Dream On.mp3 (4,282,409 bytes)
FileName: Aerosmith - Girls Of Summer.mp3 (3,124,507 bytes)
FileName: Aerosmith - Hangman's jury(1).mp3 (5,307,772 bytes)
FileName: Aerosmith - I don't want to miss a thing.mp3 (4,743,044 bytes)
FileName: Aerosmith - Jaded.mp3 (3,313,290 bytes)
FileName: Aerosmith - Janie's Got A Gun.mp3 (5,289,273 bytes)
FileName: Aerosmith - Love In An Elevator.mp3 (5,150,093 bytes)
FileName: Aerosmith - Nine Lives - Hole in my Soul.mp3 (5,921,773 bytes)
FileName: Aerosmith - Sweet Emotions.mp3 (4,940,229 bytes)
FileName: Aerosmith - Walk This Way.mp3 (3,393,281 bytes)
FileName: AI4 - Constantine Maroulis - I Can't Make You Love Me.mp3 (1,595,392 bytes)
FileName: akon - Locked up - acon.mp3 (3,956,134 bytes)
FileName: akon feat biggie and 2 pac - ghetto remix - ghetto (remix).mp3 (6,493,522 bytes)
FileName: AlbumArtSmall.jpg (2,319 bytes)
FileName: AlbumArt_{00E45086-A4C9-4E43-AC8D-DF7B49B7593A}_Large.jpg (7,458 bytes)
FileName: AlbumArt_{00E45086-A4C9-4E43-AC8D-DF7B49B7593A}_Small.jpg (2,233 bytes)
FileName: AlbumArt_{0B47ABEF-1687-4B22-9264-5CA6F9D88C18}_Large.jpg (11,242 bytes)
FileName: AlbumArt_{0B47ABEF-1687-4B22-9264-5CA6F9D88C18}_Small.jpg (2,456 bytes)
FileName: AlbumArt_{0FB88DD1-1A35-4824-8598-3A75679DA195}_Large.jpg (7,001 bytes)
FileName: AlbumArt_{0FB88DD1-1A35-4824-8598-3A75679DA195}_Small.jpg (2,036 bytes)
FileName: AlbumArt_{102ABEEB-FEC3-4AA8-AEF2-5A4F0EF2058C}_Large.jpg (8,765 bytes)
FileName: AlbumArt_{102ABEEB-FEC3-4AA8-AEF2-5A4F0EF2058C}_Small.jpg (2,257 bytes)
FileName: AlbumArt_{1C2EA896-3F49-4A54-BC38-47733BCBB0D4}_Large.jpg (7,724 bytes)
FileName: AlbumArt_{1C2EA896-3F49-4A54-BC38-47733BCBB0D4}_Small.jpg (2,119 bytes)
FileName: AlbumArt_{1D00302B-11C8-4920-9FC8-23F48C95E5EC}_Large.jpg (10,120 bytes)
FileName: AlbumArt_{1D00302B-11C8-4920-9FC8-23F48C95E5EC}_Small.jpg (2,619 bytes)
FileName: AlbumArt_{1FF4D809-D3D1-4814-84EE-1E90AFEFAE94}_Large.jpg (6,735 bytes)
FileName: AlbumArt_{1FF4D809-D3D1-4814-84EE-1E90AFEFAE94}_Small.jpg (1,942 bytes)
FileName: AlbumArt_{24AD054E-949A-4291-BC05-95E1546C8940}_Large.jpg (10,685 bytes)
FileName: AlbumArt_{24AD054E-949A-4291-BC05-95E1546C8940}_Small.jpg (2,463 bytes)
FileName: AlbumArt_{27221C5C-AD9D-42DB-A434-77B059E8225C}_Large.jpg (7,852 bytes)
FileName: AlbumArt_{27221C5C-AD9D-42DB-A434-77B059E8225C}_Small.jpg (1,983 bytes)
FileName: AlbumArt_{3D4808B2-99A3-4112-8F87-77C662C61E79}_Large.jpg (9,899 bytes)
FileName: AlbumArt_{3D4808B2-99A3-4112-8F87-77C662C61E79}_Small.jpg (2,745 bytes)
FileName: AlbumArt_{41540138-49DC-497F-AF69-FA9C951317AD}_Large.jpg (3,864 bytes)
FileName: AlbumArt_{41540138-49DC-497F-AF69-FA9C951317AD}_Small.jpg (1,311 bytes)
FileName: AlbumArt_{4A30DC88-2EED-435C-A5DF-4EB705C1AB67}_Large.jpg (12,485 bytes)
FileName: AlbumArt_{4A30DC88-2EED-435C-A5DF-4EB705C1AB67}_Small.jpg (2,929 bytes)
FileName: AlbumArt_{55E282F7-5CF4-475D-B224-7AAA99156CEA}_Large.jpg (9,457 bytes)
FileName: AlbumArt_{55E282F7-5CF4-475D-B224-7AAA99156CEA}_Small.jpg (2,317 bytes)
FileName: AlbumArt_{5FD7001B-DC3E-457D-90C5-E186D570753F}_Large.jpg (8,520 bytes)
FileName: AlbumArt_{5FD7001B-DC3E-457D-90C5-E186D570753F}_Small.jpg (2,234 bytes)
FileName: AlbumArt_{62880624-85C6-49B7-AC98-E331F28419B4}_Large.jpg (7,417 bytes)
FileName: AlbumArt_{62880624-85C6-49B7-AC98-E331F28419B4}_Small.jpg (2,081 bytes)
FileName: AlbumArt_{68010DC8-A746-4AEF-A6D7-4D1F9F7BDB06}_Large.jpg (6,677 bytes)
FileName: AlbumArt_{68010DC8-A746-4AEF-A6D7-4D1F9F7BDB06}_Small.jpg (2,147 bytes)
FileName: AlbumArt_{76B1BF7F-8B64-4581-A9C8-4B555D5BD50F}_Large.jpg (13,032 bytes)
FileName: AlbumArt_{76B1BF7F-8B64-4581-A9C8-4B555D5BD50F}_Small.jpg (2,809 bytes)
FileName: AlbumArt_{8792034B-4220-4919-9A4E-0449829823FE}_Large.jpg (8,211 bytes)
FileName: AlbumArt_{8792034B-4220-4919-9A4E-0449829823FE}_Small.jpg (2,218 bytes)
FileName: AlbumArt_{8C8EFC2F-B37A-4765-B67F-A6DD475A1C05}_Large.jpg (13,625 bytes)
FileName: AlbumArt_{8C8EFC2F-B37A-4765-B67F-A6DD475A1C05}_Small.jpg (3,006 bytes)
FileName: AlbumArt_{9598667B-F31D-4CD9-8BAD-89765EFE59EC}_Large.jpg (10,006 bytes)
FileName: AlbumArt_{9598667B-F31D-4CD9-8BAD-89765EFE59EC}_Small.jpg (2,534 bytes)
FileName: AlbumArt_{991D83B0-D176-459A-B7F9-2AAA71467608}_Large.jpg (8,350 bytes)
FileName: AlbumArt_{994A3A00-1821-4ED5-A28C-63D1DC966B8E}_Large.jpg (9,460 bytes)
FileName: AlbumArt_{994A3A00-1821-4ED5-A28C-63D1DC966B8E}_Small.jpg (2,189 bytes)

FileName: AlbumArt_{9A905385-3229-408A-981B-AE5B42E378FD}_Large.jpg (13,605 bytes)
FileName: AlbumArt_{9A905385-3229-408A-981B-AE5B42E378FD}_Small.jpg (2,877 bytes)
FileName: AlbumArt_{9DE1C182-62AA-4692-BF66-6B8A55803817}_Large.jpg (10,342 bytes)
FileName: AlbumArt_{9DE1C182-62AA-4692-BF66-6B8A55803817}_Small.jpg (2,564 bytes)
FileName: AlbumArt_{A656F895-F50C-43C6-815D-1000CCE2C02C}_Large.jpg (9,771 bytes)
FileName: AlbumArt_{A656F895-F50C-43C6-815D-1000CCE2C02C}_Small.jpg (2,590 bytes)
FileName: AlbumArt_{B70AB677-7DEF-423C-A945-6117CD1EE3CF}_Large.jpg (9,842 bytes)
FileName: AlbumArt_{B70AB677-7DEF-423C-A945-6117CD1EE3CF}_Small.jpg (2,367 bytes)
FileName: AlbumArt_{CC12A390-9D98-4377-84FD-BE836470B830}_Large.jpg (11,789 bytes)
FileName: AlbumArt_{CC12A390-9D98-4377-84FD-BE836470B830}_Small.jpg (2,635 bytes)
FileName: AlbumArt_{D01F922A-CB06-474D-B149-A6E42154D151}_Large.jpg (11,829 bytes)
FileName: AlbumArt_{D01F922A-CB06-474D-B149-A6E42154D151}_Small.jpg (2,731 bytes)
FileName: AlbumArt_{E2EF8FB6-4C07-4A8F-84BE-EC7F17549C01}_Large.jpg (10,284 bytes)
FileName: AlbumArt_{E2EF8FB6-4C07-4A8F-84BE-EC7F17549C01}_Small.jpg (2,370 bytes)
FileName: AlbumArt_{E4C14FE8-AECD-472F-A080-EB8A00915F2C}_Large.jpg (13,041 bytes)
FileName: AlbumArt_{E4C14FE8-AECD-472F-A080-EB8A00915F2C}_Small.jpg (3,178 bytes)
FileName: AlbumArt_{E598022B-574F-46B4-8752-DCC25C735231}_Large.jpg (9,766 bytes)
FileName: AlbumArt_{E598022B-574F-46B4-8752-DCC25C735231}_Small.jpg (2,359 bytes)
FileName: AlbumArt_{F6AD3DD4-5656-40B6-8958-97EF179944DF}_Large.jpg (12,154 bytes)
FileName: AlbumArt_{F6AD3DD4-5656-40B6-8958-97EF179944DF}_Small.jpg (2,703 bytes)
FileName: AlbumArt_{F997B380-76DE-4DD3-9810-9B43CFCB1697}_Large.jpg (8,580 bytes)
FileName: AlbumArt_{F997B380-76DE-4DD3-9810-9B43CFCB1697}_Small.jpg (2,282 bytes)
FileName: Alice In Chains & Chris Cornell - Right Turn (2).mp3 (3,168,256 bytes)
FileName: Alice In Chains - 10 - Would.mp3 (5,405,660 bytes)
FileName: Alice In Chains - Angry Chair.mp3 (4,592,533 bytes)
FileName: Alice In Chains - Blue (rare).mp3 (5,243,715 bytes)
FileName: Alice In Chains - Brother.mp3 (4,280,320 bytes)
FileName: Alice In Chains - Down In A Hole.mp3 (5,411,317 bytes)
FileName: Alice in Chains - Fairy Tale Love Story (rare as hell).mp3 (3,060,330 bytes)
FileName: Alice in Chains - God Smack.mp3 (3,695,681 bytes)
FileName: Alice in Chains - Hate to Feel.mp3 (5,068,510 bytes)
FileName: Alice In Chains - Heaven Beside You.mp3 (5,251,528 bytes)
FileName: Alice In Chains - Heroin.mp3 (4,356,435 bytes)
FileName: alice in chains - i stay away (acoustic).mp3 (4,078,942 bytes)
FileName: Alice in Chains - i stay away.mp3 (3,562,185 bytes)
FileName: Alice in Chains - Jar of flies - 03 - I Stay Away.mp3 (6,104,886 bytes)
FileName: Alice In Chains - Jar Of Flies - 06 - Don't Follow.mp3 (5,580,090 bytes)
FileName: Alice In Chains - Jar Of Flies - Don't Follow.mp3 (4,205,048 bytes)
FileName: Alice in Chains - Jar of Flies - Rotten Apple (01).mp3 (10,055,680 bytes)
FileName: Alice In Chains - Jar Of Flies - Rotten Apple.mp3 (6,710,713 bytes)
FileName: Alice In Chains - Jar Of Flies - Swing On This.mp3 (3,920,000 bytes)
FileName: Alice in Chains - Jar of Flies - Whale & Wasp - 05.mp3 (2,521,207 bytes)
FileName: Alice In Chains - Man In The Box.mp3 (4,585,848 bytes)
FileName: Alice in Chains - Nutshell.mp3 (4,149,080 bytes)
FileName: Alice in Chains - Rain When I Die.mp3 (11,575,089 bytes)
FileName: Alice in Chains - Rooster.mp3 (12,003,079 bytes)
FileName: Alice In Chains - Rotten Apple.mp3 (6,702,897 bytes)
FileName: Alice In Chains - Sea Of Sorrow.mp3 (5,601,209 bytes)
FileName: Alice In Chains - Them Bones.mp3 (2,392,944 bytes)
FileName: Alice In Chains - Would.mp3 (3,316,216 bytes)
FileName: Alice in Chains with Pearl Jam - Alone (acoustic).mp3 (9,322,451 bytes)
FileName: Alice In Chains- No Excuses.mp3 (5,111,768 bytes)
FileName: Alice In Chains-Swing On This.mp3 (3,913,856 bytes)
FileName: American Idol - 4 - Constantine Maroulis - Crying.mp3 (1,786,350 bytes)
FileName: American Idol - 4 - Constantine Maroulis - Kiss From A Rose.mp3 (2,220,387 bytes)
FileName: American Idol - Constantine Maroulis - Every Little Thing She Does.mp3 (1,695,744 bytes)
FileName: American Idol 4 - Constantine Maroulis - Hard to Handle.mp3 (1,676,061 bytes)
FileName: Amerie ft. Jay-Z - One thing (remix) 1.mp3 (5,123,011 bytes)
FileName: Ani difranco & Maceo Parker - when you were mine {live}.mp3 (5,385,251

bytes)
FileName: Ani Difranco & Maceo Parker- I Loved You(live).mp3 (3,573,899 bytes)
FileName: ani difranco and maceo parker (live) - break it down .mp3 (2,269,664 bytes)
FileName: Apprentice Theme Song - For the Love of Money.mp3 (3,567,936 bytes)
FileName: Art Of Noise - Beatbox (Razormaid) (DJ Spinelli).mp3 (5,187,693 bytes)
FileName: Artist - Track 1.mp3 (5,130,240 bytes)
FileName: Artist - Track 10.mp3 (589,824 bytes)
FileName: Artist - Track 11.mp3 (1,280,000 bytes)
FileName: Artist - Track 2.mp3 (3,831,808 bytes)
FileName: Artist - Track 3.mp3 (3,231,744 bytes)
FileName: Artist - Track 4.mp3 (4,573,184 bytes)
FileName: Artist - Track 5.mp3 (3,346,432 bytes)
FileName: Artist - Track 6.mp3 (4,419,584 bytes)
FileName: Artist - Track 7.mp3 (2,732,032 bytes)
FileName: Artist - Track 8.mp3 (3,123,200 bytes)
FileName: Artist - Track 9.mp3 (1,925,120 bytes)
FileName: Audio Slave - Drive.mp3 (7,164,032 bytes)
FileName: Audio Slave - Lay Your Burden Down.mp3 (5,524,125 bytes)
FileName: Audio Slave - Shadow On The Sun.mp3 (8,292,480 bytes)
FileName: Audio Slave - We Got The Whip.mp3 (3,971,252 bytes)
FileName: Audio Slave - Your Saviour.mp3 (5,864,385 bytes)
FileName: Audio Slave -03- Gasoline.mp3 (6,707,964 bytes)
FileName: Audioslave - 08 - Man Or Animal.mp3 (7,072,309 bytes)
FileName: Audioslave - Be Yourself - New Single Album Out of Exile.mp3 (5,574,799 bytes)
FileName: Audioslave - Man or Animal.mp3 (5,423,148 bytes)
FileName: AudioSlave - Out of Exile - 00 - Be Yourself.mp3 (5,575,139 bytes)
FileName: Audioslave - Out of exile - 05 - drown me slowly.mp3 (7,218,772 bytes)
FileName: Audioslave - Out Of Exile - 06 - Heaven's Dead.mp3 (7,887,154 bytes)
FileName: Audioslave - Out of Exile - 07 - The Worm.mp3 (6,717,665 bytes)
FileName: Audioslave - Out of Exile - 10 - Dandelion.mp3 (8,228,276 bytes)
FileName: Audioslave - Out of exile - 12 - the curse.mp3 (9,381,664 bytes)
FileName: Audioslave - Out of Exile - Be Yourself.mp3 (2,252,062 bytes)
FileName: Audioslave - Out of Exile - Just Like Suicide.mp3 (6,014,772 bytes)
FileName: audioslave - out of exile - man_or_animal.mp3 (7,072,309 bytes)
FileName: Audioslave - Out of Exile - Monstereo.mp3 (3,926,395 bytes)
FileName: Audioslave - Out of Exile - Pushing Forward Back.mp3 (5,409,152 bytes)
FileName: audioslave - out of exile - yesterday to_tomorrow.mp3 (7,613,522 bytes)
FileName: Audioslave - Out of Exile - Your Savior.mp3 (5,868,609 bytes)
FileName: Backstreet Boys - Never Gone - 14 - Don't Disturb This Groove.mp3 (10,247,737 bytes)
FileName: Bad Company cover)-Jon Bon Jovi & Richie Sambora - Shooting Star (Live Acoustic.mp3 (2,422,969 bytes)
FileName: Barenaked Ladies - If I Had $1000000.mpg.xml (314 bytes)
FileName: Barenaked Ladies - Pinch Me.mp3 (6,908,550 bytes)
FileName: Barenaked Ladies - 03 - I Saw Three Ships.mp3 (1,620,392 bytes)
FileName: Barenaked Ladies - Alcohol.mp3 (3,572,282 bytes)
FileName: Barenaked Ladies - Brian Wilson.mp3 (4,561,259 bytes)
FileName: Barenaked Ladies - Grade 9.mp3 (2,809,758 bytes)
FileName: barenaked ladies - I've Seen Better Days.mp3 (4,653,184 bytes)
FileName: Barenaked Ladies - If I Had A Million Dollars.mp3 (4,270,799 bytes)
FileName: Barenaked Ladies - It's All Been Done.mp3 (3,302,258 bytes)
FileName: Barenaked Ladies - Jane.mp3 (3,911,680 bytes)
FileName: Barenaked Ladies - Old Appartment.mp3 (3,359,973 bytes)
FileName: Barenaked Ladies - One Week.mp3 (2,665,846 bytes)
FileName: Barenaked Ladies - Pinch Me.mp3 (4,473,025 bytes)
FileName: barenaked ladies - some fantastic.mp3 (4,100,223 bytes)
FileName: Barenaked Ladies-Maroon-05- Falling for the First Time.mp3 (3,602,688 bytes)
FileName: Barenaked_Ladies-One_Week.mp3 (2,876,234 bytes)
FileName: Barney & Friends - Happy birthday to you.mp3 (1,514,632 bytes)
FileName: barney & friends - sally the camel.mp3 (1,804,288 bytes)

FileName: Barney - Clean Up Song.mp3 (546,807 bytes)
FileName: Barney - Do Your Ears Hang Low.mp3 (1,179,519 bytes)
FileName: Barney - Elephant Show - End Theme.mp3 (983,040 bytes)
FileName: Barney - Happy Birthday To You.mp3 (1,514,504 bytes)
FileName: Barney - Mr. Sun.mp3 (1,285,642 bytes)
FileName: Barney - The clapping song.mp3 (1,982,464 bytes)
FileName: Barney Bentall - Do Ya.mp3 (3,430,163 bytes)
FileName: Barney Bentall - Oh Shelly.mp3 (4,734,284 bytes)
FileName: Barney Theme Song.mp3 (913,408 bytes)
FileName: Barney- If your happy and you know it.mp3 (2,576,684 bytes)
FileName: Barney- The Wheels On The Bus.mp3 (1,230,848 bytes)
FileName: Beastie Boys - Ch-Check it Out.mp3 (4,567,632 bytes)
FileName: beastie boys - alive.mp3 (3,661,868 bytes)
FileName: Beastie Boys - B-sides and Remixes (disc 1) - 12 - Light My Fire.mp3 (3,208,531 bytes)
FileName: beastie boys - body movin' (fatboy slim mix).mp3 (6,655,628 bytes)
FileName: Beastie Boys - Body Movin'.mp3 (2,942,560 bytes)
FileName: Beastie Boys - Brass Monkey.mp3 (2,505,247 bytes)
FileName: beastie boys - do it.mp3 (3,143,680 bytes)
FileName: Beastie Boys - Funky Boss.mp3 (1,930,413 bytes)
FileName: Beastie Boys - Girls.mp3 (2,143,968 bytes)
FileName: Beastie Boys - Hey Ladies.mp3 (3,647,152 bytes)
FileName: Beastie Boys - Intergalactic.mp3 (3,411,968 bytes)
FileName: beastie boys - paul revere.mp3 (3,534,680 bytes)
FileName: Beastie Boys - Professor Booty.mp3 (4,054,998 bytes)
FileName: Beastie Boys - Sabotage.mp3 (2,855,625 bytes)
FileName: Beastie Boys - So Watcha Want.mp3 (3,471,953 bytes)
FileName: Beastie Boys - Sure Shot.mp3 (4,794,624 bytes)
FileName: beastie boys - three mc's and one dj.mp3 (2,725,511 bytes)
FileName: Beastie Boys - Triple Trouble.mp3 (4,312,429 bytes)
FileName: Beastie Boys Fugees Eminem Wu-tang clan Jay Z TupacP. Diddy Eve DMX Ja Rule Snoop Dogg Dr Dre The Roots Common Mos Def The Pharcyde NER.mp3 (5,209,550 bytes)
FileName: Beastie Boys Instrumental - namaste.mp3 (7,667,983 bytes)
FileName: BIG AUDIO DYNAMITE - RUSH.MP3 (4,147,537 bytes)
FileName: Biggie Smalls - Big PaPa.mp3 (4,056,530 bytes)
FileName: billy idol - Baby Talk (Live).mp3 (3,129,514 bytes)
FileName: Billy Idol - Catch My Fall.mp3 (4,748,103 bytes)
FileName: Billy Idol - Cradle Of Love.mp3 (4,503,058 bytes)
FileName: Billy Idol - Dancing With Myself.mp3 (5,756,679 bytes)
FileName: billy idol - devil's playground - 02 - world comin' down.mp3 (5,969,773 bytes)
FileName: Billy Idol - Devil's Playground - 04 - Sherri.mp3 (5,742,244 bytes)
FileName: Billy Idol - Devil's Playground - 07 - Yellin At The Xmas Tree.mp3 (8,001,127 bytes)
FileName: billy idol - devil's playground - 09 - body snatcher.mp3 (6,806,053 bytes)
FileName: Billy Idol - Devil's Playground - 10 - Evil Eye.mp3 (6,547,596 bytes)
FileName: billy idol - devil's playground - 11 - lady do or die.mp3 (7,364,437 bytes)
FileName: Billy Idol - Devil's Playground - 12 - Summer Running.mp3 (7,092,710 bytes)
FileName: Billy Idol - Devil's Playground - Scream.mp3 (4,553,246 bytes)
FileName: Billy Idol - Devils Playground - 01 - Super Overdrive.mp3 (6,226,048 bytes)
FileName: Billy Idol - Devils Playground - 03-billy_idol-rat_race-kzt.mp3 (7,099,789 bytes)
FileName: Billy Idol - Devils Playground - 05 - Plastic Jesus.mp3 (8,099,990 bytes)
FileName: Billy Idol - Devils Playground - Rat Race.mp3 (7,099,833 bytes)
FileName: Billy Idol - Devils Playground - Romeos Waiting.mp3 (6,427,723 bytes)
FileName: Billy Idol - Eyes Without A Face.mp3 (4,066,034 bytes)
FileName: Billy Idol - Hey Little Sister.mp3 (3,991,058 bytes)
FileName: Billy Idol - In The Midnight Hour.mp3 (4,609,758 bytes)
FileName: Billy Idol - LA Woman.mp3 (5,148,672 bytes)

FileName: Billy Idol - Live USA - White wedding.mp3 (5,058,560 bytes)
FileName: Billy idol - Mony Mony (Remix).mp3 (6,087,039 bytes)
FileName: Billy Idol - Mony Mony.mp3 (4,843,857 bytes)
FileName: Billy Idol - Rebel Yell (Live Acoustic - awesome).mp3 (5,400,111 bytes)
FileName: Billy Idol - Rebel Yell.mp3 (4,032,512 bytes)
FileName: Billy Idol - Rebell Yell.mp3 (4,590,155 bytes)
FileName: Billy Idol - Scream.mp3 (6,820,637 bytes)
FileName: Billy Idol - Tainted Love.mp3 (2,529,408 bytes)
FileName: Billy Idol - White Wedding (1).mp3 (8,056,581 bytes)
FileName: Billy Idol - White Wedding.mp3 (3,990,802 bytes)
FileName: Billy Idol -1- Devil's Playground - Super Overdrive.mp3 (6,199,442 bytes)
FileName: Billy idol Rebel Yell (Live).mp3 (8,037,342 bytes)
FileName: Billy Idol-Rebel Yell-01-Rebel Yell.mp3 (4,607,887 bytes)
FileName: Billy.mp3 (7,564,229 bytes)
FileName: Bjork - ArmyOfMe (Beastie Boys Remix 2).mp3 (3,262,921 bytes)
FileName: black eyed peas - Shut up.mp3 (7,109,613 bytes)
FileName: Blink 182 - 03 - I Miss You.mp3 (5,458,141 bytes)
FileName: Blink 182 - I Miss You.mp3 (5,457,885 bytes)
FileName: Bohemian Rhapsody.mp3 (2,769,483 bytes)
FileName: Bon Jovi & Tom Waits - Suspicious Minds (Live).mp3 (2,832,512 bytes)
FileName: Bon Jovi - 100.000 Bon Jovi Fans Cant Be Wrong - 2004 [Contra].jpg (244,897 bytes)
FileName: Bon Jovi - Always (live acoustic).mp3 (4,554,501 bytes)
FileName: bon jovi - bed of roses (live-acoustic).mp3 (3,674,632 bytes)
FileName: Bon Jovi - Bed of Roses.mp3 (6,293,452 bytes)
FileName: Bon Jovi - Blaze Of Glory (Acoustic Live).mp3 (5,506,104 bytes)
FileName: Bon Jovi - Blood on blood.mp3 (6,402,176 bytes)
FileName: Bon Jovi - I'd Die For You.mp3 (4,352,250 bytes)
FileName: Bon Jovi - I'll Be There For You (Live Acoustic).mp3 (2,485,185 bytes)
FileName: Bon Jovi - I'm a Cowboy.mp3 (4,911,522 bytes)
FileName: Bon Jovi - Ill Be There For You.mp3 (4,790,985 bytes)
FileName: Bon Jovi - It's My Life.mp3 (3,597,084 bytes)
FileName: Bon Jovi - Livingon a Prayer (live acoustic).mp3 (5,059,824 bytes)
FileName: bon jovi - midnight in chelsea (live).mp3 (5,478,480 bytes)
FileName: Bon Jovi - Mrs. Robinson (Acoustic Live).mp3 (2,390,282 bytes)
FileName: Bon Jovi - One wild night.mp3 (6,780,968 bytes)
FileName: Bon Jovi - Open All Night (100,000,000 Fans Can't Be Wrong).mp3 (5,562,854 bytes)
FileName: BON JOVI - SOMEDAY I'LL BE SATURDAY NIGHT (live).wma (7,859,895 bytes)
FileName: Bon Jovi-100,000,000 Bon Jovi Fans Can't Be Wrong-01-Why Aren't You Dead.mp3 (5,988,510 bytes)
FileName: Bon Jovi-100,000,000 Bon Jovi Fans Can't Be Wrong-05-Miss Fourth Of July.mp3 (8,710,297 bytes)
FileName: Bon Jovi-100,000,000 Bon Jovi Fans Can't Be Wrong-09-Someday Just Might Be Tonight.mp3 (6,342,819 bytes)
FileName: Bon Jovi-100,000,000 Bon Jovi Fans Can't Be Wrong-12-I Just Want To Be Your Man.mp3 (5,474,464 bytes)
FileName: Bon Jovi-100,000,000 Bon Jovi Fans Can't Be Wrong-45-Letter To A Friend.mp3 (6,559,896 bytes)
FileName: Bon Jovi-100,000,000 Bon Jovi Fans Can't Be Wrong-47-Gotta Have A Reason.mp3 (7,721,113 bytes)
FileName: Bon Jovi-Jersey Girl (live Cover) (3).mp3 (4,038,775 bytes)
FileName: Boston - More Than A Feeling - - 80's Rock.mp3 (4,571,136 bytes)
FileName: BPS SpyWare-Adware Remover v7.1+Trackware, Thiefware, Big Brotherware, Key loggers, Trojans, Browser Hijackers, Dialers, Mal ware-FULL.zip (11,072,222 bytes)
FileName: Brandy ft Kanye West-Talk About Our Love.mp3 (5,169,152 bytes)
FileName: Breakdance...Old School Megamix - Early 80's Dance.mp3 (4,548,188 bytes)
FileName: brittney_live.wmv (109,306 bytes)
FileName: Bruce Springsteen & Bon Jovi - Hungry Heart (rare & Live)(1).mp3 (7,866,819 bytes)
FileName: Butler for Treo600.650 v2.55 PalmOS5 Cracked by CSCPDA.zip (408,608 bytes)
FileName: Canyon__Mansion_On_The_Mountain.mp3 (4,579,328 bytes)
FileName: Cashflow - Party Freak (DJ Spinelli).mp3 (4,134,000 bytes)

FileName: Chaka Kahn -80's - I Feel For You.mp3 (5,579,047 bytes)
FileName: Children - Barney - Apples and Bannas.mp3 (1,769,600 bytes)
FileName: Childrens Songs - Barney Clean Up.mp3 (1,092,558 bytes)
FileName: Childrens songs - Barney Theme Song - I Love You.mp3 (996,414 bytes)
FileName: CHILDRENS SONGS Barney - Patty Cake.mp3 (1,434,226 bytes)
FileName: Christina Aguilera feat. Missy Elliott - Carwash.mp3 (3,547,138 bytes)
FileName: Chuck_Prophet__What_Makes_the_Monkey_Dance.mp3 (3,002,803 bytes)
FileName: Ciara - 1,2 Step (with Missy Elliott).mp3 (4,029,056 bytes)
FileName: Ciara feat. Missy - 1 2 Step.mp3 (4,028,481 bytes)
FileName: Ciara Ft. Missy Elliot- 1, 2 Step.mp3 (4,030,464 bytes)
FileName: Cinderella - Long Cold Winter.mp3 (5,189,632 bytes)
FileName: cinderella - night songs.mp3 (3,861,792 bytes)
FileName: Cinderella - Nobody's Fool.mp3 (4,615,873 bytes)
FileName: Cinderella - Shake Me.mp3 (3,596,288 bytes)
FileName: Club Mixes - R&B Megamix 2002 Vol.mp3 (74,287,245 bytes)
FileName: Comedy - Jerky Boys - The WEED man.mp3 (1,558,656 bytes)
FileName: Comedy - Jerky Boys - You Kicked My Dog.mp3 (2,375,912 bytes)
FileName: comedy-The New Jerky Boys - Mexicans Attacked at McDonald's.mp3 (1,607,333 bytes)
FileName: Constantine Maroulis - Bohemian Rhapsody.wmv (5,627,497 bytes)
FileName: Constantine Maroulis - Every Little Thing She Does is Magic.wmv (5,209,468 bytes)
FileName: Constantine Maroulis - I Think I Love You.wmv (8,084,236 bytes)
FileName: Constantine Maroulis_I Can't Make You Love Me.mp3 (1,595,392 bytes)
FileName: Constantine Maroulis_I Think I Love You.mp3 (1,370,112 bytes)
FileName: Constantine Maroulis_You Made Me So Very Happy.mp3 (1,562,624 bytes)
FileName: Copy of 2Pac - Tupac - Makaveli - In The Air Tonight (Phill Collins) (Unreleased).mp3 (7,690,742 bytes)
FileName: Copy of 50 Cent - Just a Little Bit.mp3 (6,027,022 bytes)
FileName: Copy of Alice In Chains - Rooster.mp3 (5,987,904 bytes)
FileName: Copy of God smack-immune.mp3 (9,279,534 bytes)
FileName: Copy of Tupac - How Long Will They Mourn Me.mp3 (3,727,750 bytes)
FileName: Copy of Tupac - Nigger Nature Remix.mp3 (4,868,096 bytes)
FileName: Cordero__Vamos_Nenas.mp3 (1,783,808 bytes)
FileName: cover girls - show me.mp3 (4,503,894 bytes)
FileName: Cradle 2 the Grave Soundtrack - 02 - Go to Sleep - Eminem Feat.DMX & Obie Trice.mp3 (6,770,068 bytes)
FileName: D12 Ft. Eminem - How Come.mp3 (5,714,224 bytes)
FileName: D12 Ft. Eminem - World - 09 - How Come.mp3 (5,710,128 bytes)
FileName: Dave Matthews & Tim Reynolds - Stay Or Leave (live 2003).mp3 (4,237,654 bytes)
FileName: Dave Matthews - What Would You Say (Live @ Luther College).mp3 (4,921,610 bytes)
FileName: Dave Matthews Band - #41 (Live At Woodstock '99).wma (4,409,904 bytes)
FileName: Dave Matthews Band - Crash Into Me.mp3 (5,061,067 bytes)
FileName: Dave Matthews Band - Everyday.mp3 (4,579,328 bytes)
FileName: Dave Matthews Band - Go The Fuck Home (Live).mp3 (483,328 bytes)
FileName: Dave Matthews Band - Halloween.mp3 (4,927,739 bytes)
FileName: Dave Matthews Band - Live at Red Rocks - Lover Lay Down.mp3 (3,064,233 bytes)
FileName: Dave Matthews Band - Lover Lay Down (live).wma (3,025,115 bytes)
FileName: Dave Matthews Band - Say Good Bye.mp3 (5,936,402 bytes)
FileName: Dave Matthews Band - Stay (live 6-2-98 with Poi Dog Pondering).mp3 (7,695,563 bytes)
FileName: Dave Matthews Band - The Space Between.mp3 (2,926,592 bytes)
FileName: Dave Matthews Band And Blues Traveler - Say Goodbye (live).mp3 (1,843,200 bytes)
FileName: Dave Matthews Band-Live At Soldier Field-6-30-00-12-Stay.wma (7,194,751 bytes)
FileName: Destiny's Child- Solider.mp3 (7,450,624 bytes)
FileName: Devils Playground.wmv (125,330 bytes)
FileName: Dispatch & Pat McGee Band - Piano Man (Billy Joel Cover Live).mp3 (6,708,497 bytes)

FileName: Disturbed - Down With The Sickness.mp3 (4,460,672 bytes)
FileName: Disturbed - Prayer.mp3 (5,265,980 bytes)
FileName: Disturbed - Stupified.mp3 (4,381,536 bytes)
FileName: Disturbed - Stupify.mp3 (3,289,088 bytes)
FileName: Disturbed - The Game.mp3 (3,633,152 bytes)
FileName: disturbed - voices.mp3 (3,050,266 bytes)
FileName: DMX & Sisco - what these bitches want .mp3 (6,065,527 bytes)
FileName: DMX - (Grand Champ) - Fuck Yall Niggaz(1).mp3 (4,148,581 bytes)
FileName: DMX - (Grand Champ) - Right Wrong.mp3 (5,430,044 bytes)
FileName: DMX - 04 - Stop Being Greedy - simplemp3s.mp3 (5,232,777 bytes)
FileName: DMX - Ayo Kato.mp3 (2,892,453 bytes)
FileName: DMX - Bring Your whole Crew.mp3 (4,404,242 bytes)
FileName: DMX - Dogs Out.mp3 (5,858,462 bytes)
FileName: Dmx - ft Eve and Jadakiss - were back 12.mp3 (6,394,735 bytes)
FileName: DMX - Fuck all day Fuck all Night.mp3 (4,120,576 bytes)
FileName: DMX - Fuck All Day.mp3 (4,116,897 bytes)
FileName: DMX - Fuck That Nigga Pac(Unreleased 2Pac Diss)(1).mp3 (5,800,563 bytes)
FileName: DMX - Gangsta Tears.mp3 (2,400,619 bytes)
FileName: DMX - Get It On The Floor.mp3 (6,293,210 bytes)
FileName: Dmx - Go to sleep.mp3 (6,770,068 bytes)
FileName: DMX - Good Girls, Bad Guys.mp3 (5,642,778 bytes)
FileName: DMX - In The Air Tonight (Phil Collins Cover).mp3 (5,597,184 bytes)
FileName: DMX - My Niggas.mp3 (4,616,278 bytes)
FileName: DMX - Nelly, Outcast, Eminem - All About the Money .mp3 (3,508,394 bytes)
FileName: DMX - One More Road to Cross.mp3 (3,193,147 bytes)
FileName: DMX - Party Up In Here.mp3 (4,302,181 bytes)
FileName: DMX - Party Up.mp3 (3,686,410 bytes)
FileName: DMX - Ruff Riders Anthem.mp3 (3,430,191 bytes)
FileName: DMX - Slippin (Dirty Version).mp3 (4,902,912 bytes)
FileName: DMX - Slippin'.mp3 (4,881,567 bytes)
FileName: DMX - The Fast And The Furious (1).mp3 (2,848,768 bytes)
FileName: DMX - Up In Here .mp3 (6,444,798 bytes)
FileName: DMX - Up In Here.mp3 (6,448,894 bytes)
FileName: DMX - We Go Hard feat. Cam'Ron.mp3 (3,472,073 bytes)
FileName: DMX - What's My Name.mp3 (6,602,752 bytes)
FileName: Dmx - Whats My Name .mp3 (6,584,320 bytes)
FileName: DMX - Where da hood at.mp3 (7,020,544 bytes)
FileName: DMX - Who We Be.mp3 (4,075,230 bytes)
FileName: DMX - X Gon' Give It To Ya - Cradle 2 The Grave [Original Soundtrack] (2003).mp3 (5,380,106 bytes)
FileName: DMX - X Gonna Give It To Ya (clean).mp3 (5,367,808 bytes)
FileName: DMX - X Gonna Give It To Ya.mp3 (5,195,200 bytes)
FileName: DMX - Ya'll Gonna Make Me Lose My Mind Up In Here - Clean Ver.mp3 (5,480,599 bytes)
FileName: DMX -the rain.mp3 (4,984,175 bytes)
FileName: DMX feat. The Lox - Used To Be My Dog.mp3 (3,965,009 bytes)
FileName: DMX, Jadakiss, Styles, Drag-on & Eve - Ruff Ryders Anthem Remix.mp3 (3,719,000 bytes)
FileName: dmx-08-damien_iii-rns.mp3 (4,862,884 bytes)
FileName: DMX-Shot Down feat. 50 Cent & Styles P.mp3 (5,341,184 bytes)
FileName: DMX-Slippin.mp3 (6,103,352 bytes)
FileName: Donald Trump - put your money where your mouth is.mp3 (1,019,992 bytes)
FileName: Dr. Dre - Forgot About Dre (with Eminem, Method Man, Nas, Ice Cube, DMX, ODB, Redman, LL Cool J) (Beebz Remix).mp3 (3,741,058 bytes)
FileName: Dr. Dre and Eminem - Forgot About Dre.mp3 (5,335,126 bytes)
FileName: Dr. Feelgood.mp3 (4,647,029 bytes)
FileName: Drive_by_Truckers__My_Sweet_Annette.mp3 (2,775,197 bytes)
FileName: Eminem & 50 Cent - Hail Mary (Remix) Feat. Busta Rhymes(Ja Rule Diss).mp3 (5,066,501 bytes)
FileName: Eminem & D12 - My Band.mp3 (6,292,313 bytes)
FileName: Eminem & Dr. Dre - Guilty Conscience.mp3 (4,972,379 bytes)
FileName: Eminem - Ass Like That.mp3 (5,902,593 bytes)
FileName: Eminem - Bully .mp3 (3,628,722 bytes)

FileName: Eminem - Encore - 05 - Like Toy Soldiers.mp3 (3,568,569 bytes)
FileName: Eminem - Encore - 10 - Rain Man.mp3 (6,273,024 bytes)
FileName: Eminem - Encore - 11 - Big Weenie.mp3 (6,633,472 bytes)
FileName: Eminem - Encore - 18 - One Last Time (feat. Dr. Dre & 50 Cent) (Produced by Dr. Dre)(1).mp3 (6,231,403 bytes)
FileName: Eminem - Encore - 18 - One Last Time (feat. Dr. Dre & 50 Cent) (Produced by Dr. Dre).mp3 (6,229,287 bytes)
FileName: Eminem - Encore - Mocking Bird.mp3 (5,408,768 bytes)
FileName: Eminem - Encore - tight .mp3 (5,218,786 bytes)
FileName: Eminem - I'm Retarded (unreleased).mp3 (4,616,504 bytes)
FileName: Eminem - Loose Yourself.mp3 (7,831,988 bytes)
FileName: Eminem - My Dads Gone Crazy.mp3 (4,275,807 bytes)
FileName: Eminem - Rainman.mp3 (6,273,024 bytes)
FileName: Eminem - Superman.mp3 (8,409,398 bytes)
FileName: Eminem - Till I Collapse.mp3 (5,957,632 bytes)
FileName: Eminem - White America.mp3 (7,794,450 bytes)
FileName: Eminem and Kidrock - Fuckoff.mp3 (5,949,724 bytes)
FileName: Eminem feat. Dr. Dre & 50 Cent - Encore.mp3 (7,468,961 bytes)
FileName: Eminem, 50 Cent - Till I Collapse (remix).mp3 (5,145,749 bytes)
FileName: Eminem, 50 Cent, 2 Pac - Till I Collapse (remix).mp3 (6,996,219 bytes)
FileName: Eminem- Encore- 07 Husseinizm.mp3 (3,769,242 bytes)
FileName: Eminem-Encore-03-never enough (ft.50cent and nate dogg)(produced by dr.dre)-rns.mp3 (3,434,496 bytes)
FileName: Eve ft DMX - Dog Match.mp3 (4,146,957 bytes)
FileName: Fabolous & P Diddy - Trade It All (Part 2) (DJ Spinelli)(1).mp3 (6,854,668 bytes)
FileName: Fabolous Ft. 50 Cent & Jadakiss - Forgive Me Father.mp3 (6,245,569 bytes)
FileName: Fall Out Boy - Sugar Wer'e Going Down.mp3 (6,245,541 bytes)
FileName: Fall Out Boy - 7 Minutes In Heaven.mp3 (3,143,720 bytes)
FileName: Fall Out Boy - Calm Before the Storm.mp3 (6,420,214 bytes)
FileName: Fall Out Boy - Chicago Is So Two Years Ago.mp3 (4,800,857 bytes)
FileName: Fall Out Boy - Dance Dance.mp3 (3,516,544 bytes)
FileName: Fall Out Boy - Dead On Arrival.mp3 (3,167,841 bytes)
FileName: Fall Out Boy - Grand Theft Autumn.mp3 (4,598,407 bytes)
FileName: Fall Out Boy - Growing Up.mp3 (2,831,395 bytes)
FileName: Fall Out Boy - Hallucination.mp3 (6,539,517 bytes)
FileName: Fall Out Boy - I Slept With Someone In Fall Out Boy And All I Got Was This Stupid Song Written About Me.mp3 (6,110,270 bytes)
FileName: Fall Out Boy - My Heart Is The Worst Kind Of Weapon.mp3 (3,317,819 bytes)
FileName: Fall Out Boy - Nobody Puts Baby In The Corner.mp3 (3,334,862 bytes)
FileName: Fall Out Boy - Our Lawyers Made Us Change The Title Of This.mp3 (4,639,209 bytes)
FileName: Fall Out Boy - Pretty In Punk.mp3 (5,216,872 bytes)
FileName: Fall Out Boy - Saturday.mp3 (3,583,250 bytes)
FileName: Fall Out Boy - Sugar we're going down.wmv (15,179,983 bytes)
FileName: Fall Out Boy - Sugar Were Going Down (video).wmv (15,179,983 bytes)
FileName: Fall Out Boy - Sugar, Were Going Down (Video).wmv (15,179,983 bytes)
FileName: Fall Out Boy - Tell That Mick He Just Made My List Of Things To Do Today.mp3 (4,212,139 bytes)
FileName: Fall Out Boy - The Pros And Cons Of Breathing.mp3 (4,033,434 bytes)
FileName: Fall Out Boy - The World's Not Waiting ( For Five Tired Boys In A Broken Down Van).mp3 (3,835,915 bytes)
FileName: Fall out Boys - Saturday.mp3 (3,466,520 bytes)
FileName: Fall Out Boys - Where Is Your Boy Tonight.mp3 (4,574,900 bytes)
FileName: Fall Out_Boy-Love Will Tear Us Apart.mp3 (4,868,349 bytes)
FileName: Fallout Boy- Yule Shoot Your Eye Out.mp3 (3,528,122 bytes)
FileName: fall_out_boy-sophomore_slump_or_comeback_of_the_year-kzt.mp3 (6,189,558 bytes)
FileName: Fat Joe feat. Mase, Eminem, Lil' Jon - Lean Back (remix).mp3 (4,579,328 bytes)
FileName: Fat Joe Ft. Terror Squad - Lean Back.mp3 (3,489,618 bytes)
FileName: Flesh And Bone.mp3 (8,634,215 bytes)
FileName: FREESTYLE KINGS- swishahouse - let your nuts hang freestyle paul wall

chamillionaire 1.mp3 (3,870,980 bytes)
FileName: Fuel - Bad Day.mp3 (4,685,068 bytes)
FileName: Fuel - Falls On Me .mp3 (6,133,760 bytes)
FileName: Fuel - Hemorrhage (In My Hands).mp3 (3,850,240 bytes)
FileName: Fuel - Innocence.mp3 (5,277,259 bytes)
FileName: Fuel - Innocent.mp3 (3,522,560 bytes)
FileName: Fuel - Shimmer.mp3 (3,419,890 bytes)
FileName: Fuel - So Far Away.mp3 (3,340,288 bytes)
FileName: Fuel - Won't Back Down.mp3 (4,884,480 bytes)
FileName: Funklab - Bad Ass Mutha (dj spinelli).mp3 (4,410,666 bytes)
FileName: FunkyMix 83 - Game 50 cent - This is how we Do It (dj Santarosa Remix).mp3 (4,556,148 bytes)
FileName: Funkymix 84 - 50 Cent - CandyShop (dj Santarosa Remix).mp3 (3,572,342 bytes)
FileName: G-Unit feat The Game & Lil Flip - Stunt 101 Remix.mp3 (4,092,937 bytes)
FileName: Game - Put You On The Game.mp3 (4,068,543 bytes)
FileName: George Clinton - Maceo Parker with Bootsy Collins.mp3 (4,601,349 bytes)
FileName: Get More with Jukebox Plus.mp3 (264,654 bytes)
FileName: Get Naked.mp3 (523,556 bytes)
FileName: Getto Boys - Gota Let Your Nuts Hang.mp3 (4,020,224 bytes)
FileName: Ghetto Boys - Damn it Feels Good To Be a Gangsta (Office Space Soundtrack).mp3 (4,949,472 bytes)
FileName: Ghetto Boys - Gangster of Love.mp3 (5,171,253 bytes)
FileName: Ghetto Boys - Scarface.mp3 (4,897,424 bytes)
FileName: Ghetto Boys - Six Feet Deep.mp3 (5,190,345 bytes)
FileName: Ghetto Boys- My Mind Is Playing Tricks On Me.mp3 (4,976,768 bytes)
FileName: Ghetto Boys-Yes Yes Y'all.mp3 (4,584,671 bytes)
FileName: God Smack - Vodoo.mp3 (4,172,745 bytes)
FileName: God Smack - Alive.mp3 (4,908,094 bytes)
FileName: God Smack - Bad Religion.mp3 (3,503,043 bytes)
FileName: god smack - I Fucking Hate You.mp3 (5,929,970 bytes)
FileName: God Smack - I Stand Alone.mp3 (5,915,551 bytes)
FileName: God Smack - Im Doing The Best I Ever Did.mp3 (3,342,336 bytes)
FileName: God Smack - Keep Away.mp3 (4,652,694 bytes)
FileName: God Smack - Serenity.mp3 (6,588,000 bytes)
FileName: God Smack - Snake Bite.mp3 (4,447,548 bytes)
FileName: God Smack - Straight out of Line.mp3 (5,592,420 bytes)
FileName: God Smack - Vodoo.mp3 (4,177,353 bytes)
FileName: God Smack- I Stand Alone.mp3 (5,915,551 bytes)
FileName: Goo Goo Dolls - Everything You Are.mp3 (2,608,484 bytes)
FileName: Goo Goo Dolls - Slide.mp3 (3,399,403 bytes)
FileName: goo goo dolls - Think About Me.mp3 (3,826,963 bytes)
FileName: Good Charlotte - I Just Wanna Live.mp3 (4,968,686 bytes)
FileName: Good Charlotte - A New Begining.mp3 (1,794,048 bytes)
FileName: Good Charlotte - Boys And Girls.mp3 (2,195,610 bytes)
FileName: Good Charlotte - Christmas by the Phone.mp3 (2,594,816 bytes)
FileName: Good Charlotte - Hold On.mp3 (3,989,504 bytes)
FileName: Good Charlotte - I Just Want to Live(1).mp3 (4,968,576 bytes)
FileName: Good Charlotte - I Want Candy.mp3 (1,486,646 bytes)
FileName: Good Charlotte - Lifestyles Of The Rich And Famous.mp3 (3,057,040 bytes)
FileName: Good Charlotte - Predictable.mp3 (2,790,004 bytes)
FileName: Good Charlotte - Put Your Hands On My Shoulder.mp3 (1,321,296 bytes)
FileName: Good Charlotte - The Anthem.mp3 (2,779,433 bytes)
FileName: Good Charlotte - The Story of My Old Man.mp3 (2,654,208 bytes)
FileName: Good Charlotte - WaldorfWorldwide.mp3 (3,201,152 bytes)
FileName: Googoo Dolls - I won't tell your Name.mp3 (4,325,504 bytes)
FileName: gorilla black f 50 cent - compton remix.mp3 (6,292,584 bytes)
FileName: Gotta Have A Reason.mp3 (7,783,375 bytes)
FileName: guys - Constantine Maroulis - Hard to Handle.wmv (9,279,052 bytes)
FileName: guys - Constantine Maroulis - Kiss From a Rose.wmv (8,504,776 bytes)
FileName: Gwen Stefani - Holla Back Girl (Video).mpg (44,209,304 bytes)
FileName: Gwen Stefani - Hollaback Girl (WZ).mpeg (78,393,168 bytes)
FileName: Gwen Stefani - Hollaback Girl [Kobra].mpg (48,032,432 bytes)

FileName: Gwen Stefani - Holler Back Girl.mp3 (4,803,440 bytes)
FileName: Gwen Stefani Ft Eve - Rich Girl (Music Video).mpg (51,838,328 bytes)
FileName: Gwen Stefani ft Neptunes - Holla Back Girl.ram (819,004 bytes)
FileName: gwen stefani hollaback girl full VCD.mpg (35,940,660 bytes)
FileName: Gwen Stefani-Holla Back Girl.mp3 (4,803,440 bytes)
FileName: Gwen Stefanie - holla back girl.wmv (33,238,674 bytes)
FileName: Gypsy Road.mp3 (9,458,533 bytes)
FileName: Hair Bands 80's -Cinderella-Nobodysfool.mp3 (4,614,392 bytes)
FileName: Hank Williams Jr - The F-Word (with Kid Rock) .mp3 (6,445,056 bytes)
FileName: Hardline - Live At The Gods - 02 - Hot Cherie (live).mp3 (9,010,032 bytes)
FileName: Harold Melvin & The Blue Notes - Bad Luck (DJ Spinelli).mp3 (6,194,663 bytes)
FileName: HIP HOP -Tupac & Jon B ~R U Still Down (acapella).mp3 (4,987,264 bytes)
FileName: HipHop-R&B-80's - Sybil - Don't Make Me Over.mp3 (6,065,264 bytes)
FileName: Hold Ya Head.mp3 (2,864,611 bytes)
FileName: Honey Soundtrack - Missy Elliot (Hurt Sumthin).mp3 (3,374,568 bytes)
FileName: I Get A Rush.mp3 (4,242,023 bytes)
FileName: Imperial_Teen__Sugar.mp3 (2,555,904 bytes)
FileName: Insane Clown Possy Ol Dirty Bastard & Jerky Boys - Bitches.mp3 (3,714,736 bytes)
FileName: Instrumental - Tupac - All Eyez On Me.mp3 (4,948,764 bytes)
FileName: Iron Madien - 03-Iron Maiden-The Prisoner.mp3 (7,239,680 bytes)
FileName: Iron Madien - Aces High.mp3 (3,269,799 bytes)
FileName: Iron Madien - Fear of the Dark.mp3 (3,190,912 bytes)
FileName: Iron Madien - Hallowed Be Thy Name.mp3 (6,001,499 bytes)
FileName: Iron Madien - The Trooper.mp3 (4,035,651 bytes)
FileName: Iron Madien - Wasted Years.mp3 (4,856,074 bytes)
FileName: Iron Madien Run to The Hills.mp3 (3,737,152 bytes)
FileName: Iron Madien The Number Of The Beast.mp3 (4,618,362 bytes)
FileName: Iron Maiden - 666 Number of the beast.mp3 (4,618,362 bytes)
FileName: Iron Maiden - Aces High.mp3 (4,374,915 bytes)
FileName: Iron Maiden - Be Quick Or Be Dead.mp3 (3,271,784 bytes)
FileName: Iron Maiden - Bohemian Rhapsody (Queen cover).mp3 (4,799,084 bytes)
FileName: Iron Maiden - Can I Play With Madness.mp3 (3,404,808 bytes)
FileName: Iron Maiden - Children Of The Damned.mp3 (4,406,366 bytes)
FileName: Iron Maiden - Doctor Doctor (Cover of UFO).mp3 (4,612,066 bytes)
FileName: Iron Maiden - Hallowed be Thy Name(1).mp3 (6,941,641 bytes)
FileName: Iron Maiden - Prowler.mp3 (3,755,084 bytes)
FileName: Iron Maiden - Run To The Hills.mp3 (3,358,848 bytes)
FileName: Iron Maiden - The Trooper.mp3 (4,035,267 bytes)
FileName: Iron Maiden - We Will Rock You & Smoke On The Water (LIVE - Queen & Deep Purple covers).mp3 (9,424,003 bytes)
FileName: iron maiden The Ides Of March.mp3 (1,684,759 bytes)
FileName: Iron Maiden[ - Fear of the Dark.mp3 (6,897,144 bytes)
FileName: J-Kwon feat. Chingy & Murphy Lee - Tipsy (Remix).mp3 (6,453,323 bytes)
FileName: Jadakiss - New York, New York (feat. 50 Cent and Nas) (Remix).mp3 (4,050,944 bytes)
FileName: Jay Z - Big Pimpin'.mp3 (6,784,786 bytes)
FileName: Jay Z and Linkin Park - 99 Problems Remix.mp3 (3,694,001 bytes)
FileName: Jay Z and Linkin Park - 99 Steps Closer.mp3 (4,491,342 bytes)
FileName: Jay Z and Linkin Park - Big Pimpin and Paper Cut.mp3 (4,379,356 bytes)
FileName: jay z and linkin park-collision course-dirt off your shoulders(lying from you).mp3 (4,066,769 bytes)
FileName: Jay Z- 99 Problems.mp3 (5,634,048 bytes)
FileName: Jay-Z - Change Clothes and Go.mp3 (6,275,785 bytes)
FileName: Jay-Z and Linkin Park - Big Pimpin.mp3 (4,378,770 bytes)
FileName: Jay-Z and Linkin Park - Izzo vs. In the End.mp3 (2,922,643 bytes)
FileName: Jay-Z and Linkin Park- Encore vs. Numb.mp3 (5,055,135 bytes)
FileName: Jay-Z feat Linkin Park - Numb (Encore).mp3 (8,134,617 bytes)
FileName: Jay-Z feat. DMX - Money, Cash, Hoes.mp3 (4,577,967 bytes)
FileName: Jay-Z ft Linkin Park -NumbEncore.mp3 (3,253,420 bytes)
FileName: JC Spyware and Adware Remover v1.1 by iPA.zip (783,843 bytes)
FileName: Jeff Buckley - Last Goodbye.mp3 (4,417,536 bytes)

FileName: Jennifer Lopez feat. Lox- Jenny From The Block ( Dj Spinelli Remix ).mp3 (7,716,819 bytes)
FileName: Jerky Boys - Arnold Schwarzenegger - Pizza Delivery.mp3 (1,547,811 bytes)
FileName: Jerky Boys - Arnold Schwarzenegger Calls Hooters.MP3 (562,533 bytes)
FileName: Jerky Boys - Ass Massage.mp3 (3,775,403 bytes)
FileName: Jerky Boys - Chickity China Chinese Chicken Prank Phone Calls.mp3 (2,345,168 bytes)
FileName: Jerky Boys - Fat Muffin Man.mp3 (1,405,800 bytes)
FileName: Jerky Boys - Frank Rizzo - Fuckface.mp3 (1,454,080 bytes)
FileName: Jerky Boys - Frank Rizzo - Hairy Balls.mp3 (1,198,289 bytes)
FileName: Jerky Boys - Frank Rizzo Sparky The Clown.mp3 (1,878,130 bytes)
FileName: Jerky Boys - Gay Gangsters.mp3 (1,437,696 bytes)
FileName: Jerky Boys - Gay Lobster.mp3 (1,095,808 bytes)
FileName: Jerky Boys - Jet Ski Rental.mp3 (2,998,962 bytes)
FileName: Jerky Boys - McDonalds - I Want A McPenis Fillet.mp3 (222,008 bytes)
FileName: Jerky Boys - McDonalds, I Want a McPenis Filet.mp3 (230,328 bytes)
FileName: Jerky Boys - My Pussy is Burning.mp3 (1,284,688 bytes)
FileName: jerky boys - pissing off a stupid high school girl (bitch shut the fuck up).mp3 (2,092,223 bytes)
FileName: Jerky Boys - Poop In My Car.mp3 (3,625,793 bytes)
FileName: Jerky Boys - prank calls - you stole my crack.mp3 (2,594,826 bytes)
FileName: Jerky Boys - Prank Phone Calls - Eminem's Cell Phone.mp3 (2,652,251 bytes)
FileName: Jerky Boys - shipping cocaine, frank rizzo.mp3 (1,842,492 bytes)
FileName: Jerky Boys - Sol Rosenburg - Nude Beach.mp3 (2,324,696 bytes)
FileName: Jerky Boys - Sol's Warts.mp3 (1,713,384 bytes)
FileName: Jerky Boys - The Gay Model.mp3 (3,090,432 bytes)
FileName: Jerky Boys - The Jerky Boys - Roofing.mp3 (6,429,108 bytes)
FileName: Jerky Boys - The Jerky Boys 2 - 06 - Roofing.mp3 (6,432,948 bytes)
FileName: Jerky Boys - Unemployed Painter.mp3 (1,874,304 bytes)
FileName: Jerky Boys - You kicked my dog (prank call).mp3 (3,160,443 bytes)
FileName: Jerky Boys - You Kicked My Kick Dog.mp3 (1,327,104 bytes)
FileName: Jerky Boys Answering Machine Messages (1).mp3 (580,152 bytes)
FileName: Jerky Boys- Mcdonalds drive-thru.mp3 (1,768,722 bytes)
FileName: Jessica Simpson - Take My Breath Away (Regis & Kelly)-sweetkisses.net.mpg (29,373,036 bytes)
FileName: Jet - Are You Gonna Be My Girl.mp3 (4,606,041 bytes)
FileName: Joe Perry - 01 - Shakin' My Cage.mp3 (6,156,288 bytes)
FileName: Joe Perry - 03 - Pray for Me.mp3 (5,931,140 bytes)
FileName: Joe Perry - 12 - Dying to be Free.mp3 (5,283,978 bytes)
FileName: Joe Perry - Hold On Me.mp3 (6,762,368 bytes)
FileName: Jon Bon Jovi & Richie Sambora - Shooting Star (Live Acoustic Bad Company cover).mp3 (2,422,969 bytes)
FileName: Jon_Dee_Graham__One_Moment.mp3 (2,438,722 bytes)
FileName: Journey-Seperate Ways.mp3 (5,189,771 bytes)
FileName: Jurassic 5 -The Game.mp3 (6,201,344 bytes)
FileName: Kanye West ft Mase - Jesus Walks Remix.mp3 (4,701,518 bytes)
FileName: Kanye West Ft. Scarface, 50 Cent & G-Unit - In Cold Blood.mp3 (3,802,954 bytes)
FileName: Keris Blue Toy Show This Teen Cutie Just Loves Her New Found Love - Porn Movie -nasty paris hilton pics dvd porn hot porn.wmv (8,181,529 bytes)
FileName: Keziah Jones Maceo Parker vs Marvin Gaye - Let's get it on (rare live New York mix).mp3 (5,835,200 bytes)
FileName: Kid Rock - Back in Black (remix).mp3 (3,361,748 bytes)
FileName: Kid Rock - Cats in the Cradle.mp3 (3,869,169 bytes)
FileName: Kid Rock - Cowboy.mp3 (4,126,646 bytes)
FileName: Kid Rock - Forever.mp3 (5,408,032 bytes)
FileName: kid rock - i am the bull god.mp3 (4,859,242 bytes)
FileName: Kid Rock - If I Was President (live toledo oh. 02-22-01).mp3 (6,283,684 bytes)
FileName: Kid Rock - Jackson, Mississippi.MP3 (5,426,539 bytes)
FileName: Kid Rock - Only God Knows Why.mp3 (5,234,688 bytes)
FileName: Kid Rock - Prodigal Son.mp3 (8,006,392 bytes)
FileName: Kid Rock - Single Father.mp3 (6,420,607 bytes)

Berube.Scott - userlog - 69615899.txt
FileName: kid rock - Sweet Home Alabama (Live RIP 2001).mp3 (4,985,835 bytes)
FileName: Kid Rock and Sheryl Crow - Pictures.mp3 (4,782,802 bytes)
FileName: Kid Rock Roving Gangster - Rollin' 1 1.mp3 (795,096 bytes)
FileName: kidrock - cowboy.mp3 (4,131,247 bytes)
FileName: KidRock - Only God Knows Why.mp3 (5,234,688 bytes)
FileName: Kidrock - SmokinDrinkin.mp3 (3,873,611 bytes)
FileName: KidRock- Smokin Drinkin.mp3 (3,873,355 bytes)
FileName: Kidrock- My Name Is Kid Rock.mp3 (6,471,680 bytes)
FileName: KIDROCK-AMERICAN BAD ASS.mp3 (6,552,195 bytes)
FileName: KidRock-FeelLikeMakingLove.mp3 (7,380,216 bytes)
FileName: Kids songs - Barney & Friends - The Baby Bop Hop.mp3 (1,361,920 bytes)
FileName: Kids Songs - Barney - Where Is Thumbkin.mp3 (1,800,320 bytes)
FileName: Kids' songs - Barney - If You're Happy and You Know It.mp3 (2,576,300 bytes)
FileName: Kieth Sweat & LSG - My Body.mp3 (3,959,008 bytes)
FileName: Kieth Sweat - How Deep Is Your Love.mp3 (4,655,104 bytes)
FileName: Kieth Sweat - i wanna love you down.mp3 (6,182,266 bytes)
FileName: Kieth Sweat - In The Rain (1).mp3 (5,548,032 bytes)
FileName: kieth sweat - let me love you down.mp3 (2,621,440 bytes)
FileName: Kieth Sweat - Make It Last Forever.mp3 (4,736,284 bytes)
FileName: Kieth Sweat - Nobody.mp3 (4,243,456 bytes)
FileName: Kieth Sweat - Twisted.mp3 (4,304,896 bytes)
FileName: KISS~COVERS - SKIDROW - ROOM SERVICE.mp3 (3,047,398 bytes)
FileName: KL-KidRock-BikerBoyz.jpg (23,539 bytes)
FileName: Lets Get It On.mp3 (4,329,596 bytes)
FileName: Library.xml (1,473,184 bytes)
FileName: Lil Kim & Missy Elliot - Ladies Night.mp3 (3,673,484 bytes)
FileName: Lil Kim ft. 50 cent - Magic Stick.mp3 (7,203,132 bytes)
FileName: Lil Scrappy & Trillville - Some Cut.mp3 (6,804,146 bytes)
FileName: Lil Troy f. Big Pun, 2Pac, Dr. Dre, DMX, Trick Daddy - Wanna Be A Balla (DJ Kragen clean remix).mp3 (5,133,419 bytes)
FileName: Lil' Jon feat Ludacris & Usher - Lovers And Friends.mp3 (6,289,408 bytes)
FileName: Limp Bizkit - The Unquestionable Truth (Part 1) - 02 The Truth.MP3 (7,890,152 bytes)
FileName: Limp Bizkit- Unquestionable Truth - 03 - The Priest.mp3 (8,370,235 bytes)
FileName: limp bizkit-the story-the unquestionable truth-lb.mp3 (6,200,072 bytes)
FileName: Limp Bizkit-The Unquestionable Truth-The Propaganda.mp3 (4,796,918 bytes)
FileName: Limp Bizkit-The Unquestionable Truth-The Surrender.mp3 (4,948,440 bytes)
FileName: Limp_Bizkit_-_The_Unquestionable_Truth_Part_1_-_01_-_The_Propaganda.mp3 (10,201,436 bytes)
FileName: Limp_Bizkit_-_The_Unquestionable_Truth_Part_1_-_07_-_The_Surrender.mp3 (6,178,983 bytes)
FileName: Linkin Park - Hit the Floor.mp3 (3,941,147 bytes)
FileName: Linkin Park & Jay-Z - Collision Course - One Step Closer[]99 Problems.mp3 (3,694,001 bytes)
FileName: Linkin Park - Breaking the Habit.mp3 (4,707,090 bytes)
FileName: Linkin Park - Numb.mp3 (4,499,832 bytes)
FileName: Linkin Park - Paper Cut.mp3 (4,445,379 bytes)
FileName: Linkin Park - Points Of Authority.mp3 (3,316,088 bytes)
FileName: Linkin Park ft Jay-Z - Lying From You-Dirt Off Your Shoulder.mp3 (4,070,967 bytes)
FileName: Linkin Park Ft. Jay-Z - Big Pimpin Vs. Papercut.mp3 (4,378,776 bytes)
FileName: Linkin Park vs Jay-Z - Jigga What and Faint.mp3 (3,926,098 bytes)
FileName: Linkin Park& Jay-Z-Jigga What-Faint.mp3 (6,156,328 bytes)
FileName: Lisa Lisa and Cult Jam - Let the Beat Hit 'Em.mp3 (4,464,261 bytes)
FileName: Lisa Lisa and The Cult Jam - I Wonder If I Take You Home (feat. Full Force).mp3 (6,449,278 bytes)
FileName: Live - Constantine Maroulis - Hard To Handle.mp3 (1,673,340 bytes)
FileName: LL Cool J & Boys II Men - Hey Lover.mp3 (4,545,386 bytes)
FileName: LL Cool J - Doing It Well.mp3 (4,718,720 bytes)
FileName: LL Cool J - Hush.mp3 (5,261,440 bytes)
FileName: LL Cool J - Mama Said Knock You Out.mp3 (4,624,718 bytes)
FileName: LL Cool J - Phenomenon.mp3 (3,906,839 bytes)

FileName: LL Cool J ft. Timbaland - Head Sprung.mp3 (5,514,445 bytes)
FileName: Lloyd Banks - Warrior Part 2 (ft. 50 Cent, Nate Dogg, Eminem).mp3 (5,224,588 bytes)
FileName: Lonely At The Top.mp3 (5,027,692 bytes)
FileName: Looks that kill.mp3 (4,821,691 bytes)
FileName: Love Ain't Nothing But A Four Letter Word (Demo).mp3 (7,400,440 bytes)
FileName: Love Ain't Nothing But A Four Letter Word.mp3 (7,153,591 bytes)
FileName: Loyal To The Game.mp3 (4,342,400 bytes)
FileName: Ludacris - Get Back.mp3 (4,422,845 bytes)
FileName: Ludacris - Red Light District - 16 - Virgo ft. Nas & Doug E Fresh.mp3 (4,687,872 bytes)
FileName: Ludacris-Get_Back-(dirty).mp3 (4,422,837 bytes)
FileName: LUdacriss - STAND UP.mp3 (3,608,626 bytes)
FileName: Maceo Parker - Funkoverload - 01 - Maceo's Groove.mp3 (10,385,025 bytes)
FileName: Maceo Parker - Going In Circles.mp3 (6,619,347 bytes)
FileName: Maceo Parker - Chicken.mp3 (5,998,592 bytes)
FileName: maceo parker - dial M-A-C-E-O - 10 - Closer I Get To You.mp3 (5,252,414 bytes)
FileName: Maceo Parker - Funk w Bootsy Collins.MP3 (6,584,957 bytes)
FileName: maceo parker - sing a simple song.mp3 (3,494,177 bytes)
FileName: Maceo Parker - Tell Me Something Good.mp3 (3,522,129 bytes)
FileName: maceo parker - Tighten Up Live).mp3 (6,975,446 bytes)
FileName: Maceo-Parker-Pass The Peas.mp3 (10,993,792 bytes)
FileName: maceo_parker_and_the_horny_horns.asf (957,991 bytes)
FileName: Makaveli & Snoop Doggy Dog - Pop This Shit.mp3 (4,137,216 bytes)
FileName: Makaveli & Tupac - They Trying to Murder Me (Unreleased).mp3 (3,190,305 bytes)
FileName: Makaveli - Life Of An Outlaw.mp3 (4,743,556 bytes)
FileName: Mary J. Blige - You Remind Me (Remix).mp3 (4,984,832 bytes)
FileName: Mary J. Blige feat. P. Diddy & Mariah Carey - No More Drama (Remix).mp3 (5,622,775 bytes)
FileName: Mary J. Blige ft. P. Diddy - Hooked (50 cent beat).mp3 (7,045,258 bytes)
FileName: Mase Ft Jay-Z & Beenie Man - Welcome Back 2005 (Remix) 89 BPM.mp3 (15,351,641 bytes)
FileName: Maxi Priest - Just A Little Bit Longer.mp3 (3,511,241 bytes)
FileName: Megamix - Dance Club Remixes - House Mix 2004.mp3 (10,535,008 bytes)
FileName: megamix - funky 80's.mp3 (16,797,327 bytes)
FileName: Metallica - Enter_Sandman.mp3 (5,305,283 bytes)
FileName: Metallica - Fade To Black.mp3 (6,607,805 bytes)
FileName: Metallica - Frantic.mp3 (8,410,562 bytes)
FileName: Metallica - Fuel.mp3 (4,264,147 bytes)
FileName: Metallica - Kill Em All .mp3 (4,117,733 bytes)
FileName: Metallica - Master Of Puppets.mp3 (8,287,004 bytes)
FileName: Metallica - Nothing Else Matters.mp3 (6,220,486 bytes)
FileName: Metallica - One.mp3 (7,119,226 bytes)
FileName: Metallica - Sad But True.mp3 (5,167,820 bytes)
FileName: Metallica - Sanitarium.mp3 (6,159,522 bytes)
FileName: Metallica - St. Anger.MP3 (8,065,024 bytes)
FileName: Metallica - Turn The Page.mp3 (5,862,841 bytes)
FileName: Metallica - Wherever I May Roam.mp3 (6,468,882 bytes)
FileName: Metallica and Kidrock - Turn the Page.mp3 (5,447,902 bytes)
FileName: Method Man , Redman & 50 Cent - Da Rockwilder Remix.mp3 (2,818,048 bytes)
FileName: Method Man - Judgement Day.mp3 (5,892,934 bytes)
FileName: Method Man - whats happenin - feat busta rhymes dirty.mp3 (5,591,288 bytes)
FileName: method man and red man - How High.mp3 (1,957,120 bytes)
FileName: method man and redman - da rockwilder.mp3 (3,262,932 bytes)
FileName: Method Man- Whats Happening.mp3 (5,611,520 bytes)
FileName: Methods of Mayhem - Get Naked [Feat. Crystal Method, Fred Durst, George Clinton, Lil Kim, Tommy Lee, TiLo, MixMaster Mik.mp3 (4,834,726 bytes)
FileName: Methods Of Mayhem- Get Naked (W-Tommy Lee, Fred Durst, Lil' Kim, Crystal Method, George Clinton).mp3 (4,833,263 bytes)
FileName: Missy Elliot f. NaS, Eve, Q-Tip-Hot Boys DMX.mp3 (5,474,428 bytes)

FileName: Missy Elliot feat. Eminem - Funky White Boy.mp3 (6,600,704 bytes)
FileName: Missy Elliot, Da Brat & Lil' Kim - Sock It To Me(1).mp3 (4,120,241 bytes)
FileName: Missy Elliott - For My People.mp3 (6,947,176 bytes)
FileName: Missy Elliott - Get Your Freak On (Remix) feat Nelly Furtado.mp3 (3,082,339 bytes)
FileName: Missy Elliott - Hot Boyz (Dirty Remix F Nas, Eve & Q-Tip).mp3 (5,470,822 bytes)
FileName: missy elliott - work it.mp3 (6,323,432 bytes)
FileName: Missy Elliott- Gossip Folks (featuring Ludacris).mp3 (5,629,655 bytes)
FileName: Motley Crue - 20 Dr. Feelgood.mp3 (4,646,870 bytes)
FileName: Motley Crue - Afraid.mp3 (3,972,077 bytes)
FileName: Motley Crue - Anarchy In The UK(1).mp3 (2,672,200 bytes)
FileName: Motley Crue - Don't Go Away Mad.mp3 (4,456,826 bytes)
FileName: Motley Crue - Don't go away man (just go away).mp3 (5,601,707 bytes)
FileName: Motley Crue - Fight For Your Rights.mp3 (3,680,256 bytes)
FileName: Motley Crue - Girls Girls Girls.mp3 (4,113,264 bytes)
FileName: Motley Crue - Girls, Girls, Girls.mp3 (4,306,944 bytes)
FileName: Motley Crue - Hell On High Heels.mp3 (4,034,270 bytes)
FileName: Motley Crue - Helter Skelter.mp3 (3,055,616 bytes)
FileName: Motley Crue - Home Sweet Home.Mp3 (3,862,528 bytes)
FileName: Motley Crue - If I Die Tomorrow - NEW SINGLE.mp3 (8,593,327 bytes)
FileName: Motley Crue - If I Die Tomorrow - No AOL Ads.mp3 (3,668,581 bytes)
FileName: Motley Crue - If I Die Tomorrow.mp3 (3,668,581 bytes)
FileName: Motley Crue - Kickstart My Heart.mp3 (4,522,318 bytes)
FileName: Motley Crue - Live Wire.mp3 (3,150,149 bytes)
FileName: motley crue - looks that kill.mp3 (3,979,264 bytes)
FileName: Motley Crue - Piece Of Your Action.mp3 (4,458,189 bytes)
FileName: Motley Crue - Primal Scream.mp3 (4,574,984 bytes)
FileName: Motley Crue - Rock N Roll Junkie.mp3 (4,833,176 bytes)
FileName: Motley Crue - Same Ol Situation.mp3 (4,032,486 bytes)
FileName: Motley Crue - Same Ol' Situation(1).mp3 (4,032,738 bytes)
FileName: Motley Crue - She Goes Down.mp3 (4,445,703 bytes)
FileName: Motley Crue - Shout At The Devil.mp3 (3,109,208 bytes)
FileName: Motley Crue - Theatre Of Pain - Keep Your Eye On The Money.mp3 (4,459,109 bytes)
FileName: Motley Crue - Vince Neil - Skylar's Song.mp3 (4,782,159 bytes)
FileName: Motley Crue -13 Wild Side.mp3 (4,478,432 bytes)
FileName: Movie Clips - Scarface (1983) - Al Pacino (as Tony Montana) - Power.mp3 (168,821 bytes)
FileName: Murphy Lee - Murphys Law - 08 - This Goes Out (feat. Nelly Roscoe Cardin Lil Jon And Lil Wayne).mp3 (7,075,884 bytes)
FileName: Murphy Lee - Wat Da Hook Gon Be.mp3 (5,423,826 bytes)
FileName: Murphy Lee ft. Nelly - Hold Up.mp3 (6,271,076 bytes)
FileName: Nas feat. Ludacris & Doug E. Fresh - Virgo.mp3 (5,021,905 bytes)
FileName: Nelly & Tim McGraw - Over and Over Again.mp3 (6,218,495 bytes)
FileName: Nelly - Country Grammar.mp3 (4,146,991 bytes)
FileName: Nelly - Dilemma.mp3 (4,633,880 bytes)
FileName: Nelly - Drop Down and Get Your Eagle On.mp3 (3,785,840 bytes)
FileName: Nelly - Hot In Here.mp3 (5,489,823 bytes)
FileName: Nelly - Must Be The Money.mp3 (5,835,379 bytes)
FileName: Nelly - Over And Over (Feat. Tim McGraw).mp3 (6,219,776 bytes)
FileName: Nelly - Pimp Juice.mp3 (7,012,694 bytes)
FileName: Nelly - Ride With Me.mp3 (4,668,238 bytes)
FileName: Nelly - Suit - 04 - Paradise.mp3 (7,712,353 bytes)
FileName: Nelly - Sweat - 02 - Na Nana Na featuring Jazze Pha.mp3 (5,526,733 bytes)
FileName: Nelly and Jagged Edge - Where Da Party At.mp3 (4,653,179 bytes)
FileName: nelly feat. christina aguilera - tilt your head back.mp3 (4,112,450 bytes)
FileName: Nelly feat. Jaheim - My Place.mp3 (5,404,966 bytes)
FileName: Nelly ft. Justin Timberlake - Work It (ACDC remix).mp3 (5,650,560 bytes)
FileName: NEW (Real) Paris Hilton Sex Tape (Part 2).WMV (1,138,370 bytes)
FileName: new DJ Spy - Hip Hop R&B Mix - 2002-2003 - New Megamix - HO.mp3 (73,486,379 bytes)
FileName: Nickelback - How you remind me!!s.mp3 (3,646,920 bytes)

FileName: Nickle Back- Figured You Out.mp3 (5,485,202 bytes)
FileName: Nicole's Cheerleading Mixes - Chic - Chic Cheer (Remix) (DJ Spinelli) (1).mp3 (2,427,348 bytes)
FileName: Nu Shooz - Point Of No Return (Ultimix) (DJ Spinelli)(1).mp3 (6,743,722 bytes)
FileName: NWA & Ice Cube & Eazy E - Fuck The Police.mp3 (5,494,491 bytes)
FileName: NWA - Boys In The Hood.mp3 (3,911,712 bytes)
FileName: NWA - Dopeman.mp3 (5,988,477 bytes)
FileName: NWA - Eazy E- Gimme That Nut.mp3 (2,847,426 bytes)
FileName: NWA - EazyE - Put It In Your Mouth.mp3 (3,240,192 bytes)
FileName: NWA - Express Yourself.mp3 (4,182,645 bytes)
FileName: Nwa - Fuck The Police.mp3 (5,495,387 bytes)
FileName: NWA - Gangsta Gangsta.mp3 (5,387,493 bytes)
FileName: NWA - Straight Outta Compton (feat. Dr. Dre, Ice Cube, DJ Yella, MC Ren, , the Arabian Prince, the D.O.C., & Eazy-E).mp3 (4,281,684 bytes)
FileName: NWA Eazy E - 8 ball.mp3 (4,691,700 bytes)
FileName: NWA TNA - Raven vs Sandman.wmv (107,197 bytes)
FileName: NWA-Automobile.mp3 (3,136,783 bytes)
FileName: old school - Sugar Hill Gang rappers delight instrumental.mp3 (8,783,967 bytes)
FileName: Old School Rap - Digital Underground - The Humpty Dance.mp3 (6,322,053 bytes)
FileName: Old School Rap - LL Cool J - Going Back To Cali.mp3 (3,998,615 bytes)
FileName: oldschool rap CHUBB ROCK - TREAT EM RIGHT- HIP HOP REMIX.mp3 (7,398,390 bytes)
FileName: OLDSCHOOL-breakdance-Man Parish - Boogie Down Bronx.mp3 (5,097,558 bytes)
FileName: One Night Alone Prince.wmv (109,312 bytes)
FileName: Open All Night.mp3 (9,278,764 bytes)
FileName: P Diddy - Victory 2004 Remix feat. 50 Cent, Loyd Banks, and Noorious B.I.G.mp3 (6,309,929 bytes)
FileName: P Diddy f. Usher - I Need a Girl.mp3 (4,362,240 bytes)
FileName: P Diddy, Nelly, & Murphy Lee - Shake Ya Tailfeather - Bad Boys 2 Soundtrack.mp3 (6,386,752 bytes)
FileName: Palmary Photo Frame v1.0.1 for Treo 600.650 PalmOS Cracked by TBEPDA.zip (783,843 bytes)
FileName: Pamela Anderson & Tommy Clips 5.wmv (107,645 bytes)
FileName: Pamela Anderson Tommy Lee sex video2 (1).wmv (107,727 bytes)
FileName: Paris Hilton - One night in Paris.WMV (5,416,749 bytes)
FileName: Paris Hilton Sex Tape (WITH SOUND!!).mpg (22,356,880 bytes)
FileName: paris hilton sex video_THE REAL DEAL.mpg (30,038,020 bytes)
FileName: paris hilton-37 min Sex Tape FULL color sexvideo (new feb12 04).wmv (42,023,796 bytes)
FileName: Pat Magee Band - Who Stole Her from Heaven.mp3 (3,507,488 bytes)
FileName: Pat Magee Band - Sweet Melissa (1).mp3 (5,201,572 bytes)
FileName: Pat Magee Band- Passion.mp3 (4,227,641 bytes)
FileName: Pat Mcgee Band (Allmans Cover)- Melissa.mp3 (5,193,232 bytes)
FileName: Pat McGee Band - Carolina on My Mind.mp3 (4,782,375 bytes)
FileName: Pat McGee Band - 09 - Wonderful.mp3 (3,109,285 bytes)
FileName: Pat McGee Band - Beautiful Ways.mp3 (4,667,392 bytes)
FileName: Pat Mcgee Band - Blue Sky (live).mp3 (2,296,160 bytes)
FileName: pat mcgee band - blue sky.mp3 (2,296,160 bytes)
FileName: Pat Mcgee Band - Fire and Rain.mp3 (5,556,059 bytes)
FileName: Pat Mcgee Band - Flooding The Both Of Us.mp3 (6,576,971 bytes)
FileName: Pat McGee Band - Franklins Tower.mp3 (14,319,687 bytes)
FileName: Pat Mcgee Band - General Admission - 03 - Who Stole Her from Heaven.mp3 (3,507,488 bytes)
FileName: Pat Mcgee Band - Girl from Athens.mp3 (4,643,875 bytes)
FileName: pat mcgee band - Haven't Seen For a While (acoustic).mp3 (4,874,240 bytes)
FileName: pat mcgee band - haven't seen for a while.mp3 (4,908,173 bytes)
FileName: Pat Mcgee Band - In Your Eyes (Peter Gabriel Cover).mp3 (5,036,160 bytes)
FileName: Pat Mcgee Band - In Your Eyes.mp3 (2,543,744 bytes)
FileName: Pat Mcgee Band - Lay Here in Bed.mp3 (4,876,295 bytes)
FileName: Pat McGee Band - Minute.mp3 (2,994,842 bytes)

FileName: Pat Mcgee Band - Must Have Been Love.mp3 (4,330,518 bytes)
FileName: Pat Mcgee Band - Pride (live).mp3 (5,774,072 bytes)
FileName: Pat Mcgee Band - Rebecca.mp3 (4,587,589 bytes)
FileName: Pat Mcgee Band - Redemption Song .mp3 (3,901,552 bytes)
FileName: pat mcgee band - runaway.mp3 (2,853,859 bytes)
FileName: Pat Mcgee Band - Shine.mp3 (4,558,308 bytes)
FileName: Pat Mcgee Band - Southern Cross (live).mp3 (4,704,317 bytes)
FileName: pat mcgee band - southern cross.mp3 (4,454,666 bytes)
FileName: Pat Mcgee Band - Straight Curve.mp3 (5,236,158 bytes)
FileName: Pat McGee Band - Stuck In The Middle (Live).mp3 (6,430,712 bytes)
FileName: Pat Mcgee Band - The Story.mp3 (4,448,467 bytes)
FileName: Pat Mcgee Band - Walking in Memphis (live).mp3 (4,241,321 bytes)
FileName: Pat Mcgee Band - Walking in Memphis.mp3 (4,646,452 bytes)
FileName: pat mcgee band - who stole her from heaven.mp3 (5,391,524 bytes)
FileName: Pat Mcgee Band--0 - Hero (live).mp3 (4,194,303 bytes)
FileName: Pat McGee Band--Rocketman (Live).mp3 (5,523,621 bytes)
FileName: Pinch - Barenaked Ladies.mp3 (6,908,047 bytes)
FileName: Pitbull and Lil Jon-Culo.mp3 (4,085,558 bytes)
FileName: Poison - I Want Action Tonight.mp3 (2,965,504 bytes)
FileName: Poison - Talk Dirty To Me.mp3 (3,579,402 bytes)
FileName: Poison - Your Mama Dont Dance And Your Daddy Dont Rock N Roll.mp3 (2,860,244 bytes)
FileName: Porno - Paris Hilton 37 min Sex Tape FULL (awesome totally works!!!!!).wmv (42,023,796 bytes)
FileName: Prank Calls - Jerky Boys - The WEED man.mp3 (1,562,752 bytes)
FileName: PRANK PHONE CALLS-Jerky Boys-Furby.mp3 (2,200,137 bytes)
FileName: Prince & Maceo Parker & Jonny Lang - Red House (Live).mp3 (10,047,488 bytes)
FileName: Prince & Madonna - Love Song (Rare).mp3 (4,673,281 bytes)
FileName: Prince - 01 - Musicology.mp3 (5,986,808 bytes)
FileName: Prince - Adore.mp3 (5,634,176 bytes)
FileName: Prince - Cream.mp3 (4,055,424 bytes)
FileName: prince - darling nikki (unreleased version).mp3 (4,092,869 bytes)
FileName: prince - erotic city.mp3 (3,775,134 bytes)
FileName: Prince - If I Was Your Girlfriend.mp3 (9,655,813 bytes)
FileName: Prince - Kiss.mp3 (3,620,841 bytes)
FileName: Prince - Little Red Corvette.mp3 (4,751,914 bytes)
FileName: Prince - Purple Rain.mp3 (8,332,980 bytes)
FileName: Prince - Pussy Control.mp3 (5,733,798 bytes)
FileName: Prince - Raspberry Beret.mp3 (3,403,151 bytes)
FileName: prince - Seven (acoustic-version).mp3 (3,747,711 bytes)
FileName: Prince - When Doves Cry.mp3 (4,962,377 bytes)
FileName: Prince - You Sexy Mother Fucker.mp3 (5,190,564 bytes)
FileName: Puddle Of Mudd - 01 Control.mp3 (3,696,976 bytes)
FileName: Rage Against The Machine & Beastie Boys - Bulls On Parade Vs. The New Style (By Dj Anthrax).mp3 (6,430,265 bytes)
FileName: Rappers Delight (Instrumental).mp3 (3,315,336 bytes)
FileName: rebel yell instrumental.jpg (35,702 bytes)
FileName: Rebel Yell(live) - Billy Idol.mp3 (4,025,623 bytes)
FileName: Rebel_Yell_Instrumental.wmv (93,294 bytes)
FileName: Red Hot Chilli Peppers - All Around the World.mp3 (3,821,568 bytes)
FileName: Red Hot Chilli Peppers - Breaking the Girl.mp3 (4,735,518 bytes)
FileName: Red Hot Chilli Peppers - By The Way.mp3 (4,121,621 bytes)
FileName: Red Hot Chilli Peppers - Californiacation.mp3 (7,708,066 bytes)
FileName: Red Hot Chilli Peppers - Can't Stop.mp3 (4,304,000 bytes)
FileName: Red Hot Chilli Peppers - Cant Stop.mp3 (6,620,025 bytes)
FileName: Red Hot Chilli Peppers - City of Angels.mp3 (4,229,039 bytes)
FileName: Red Hot chilli peppers - Coffee Shop.mp3 (3,016,178 bytes)
FileName: Red Hot Chilli Peppers - Fortune Faded.mp3 (3,203,200 bytes)
FileName: Red Hot Chilli Peppers - Give It Away Now.mp3 (4,513,920 bytes)
FileName: Red Hot Chilli Peppers - Higher Ground.mp3 (3,268,722 bytes)
FileName: Red Hot Chilli Peppers - Love Rollercoaster.MP3 (4,409,853 bytes)
FileName: red hot chilli peppers - Soul To Squeeze.mp3 (4,688,794 bytes)

FileName: Red Hot Chilli Peppers - The Zephyr Song.mp3 (5,606,265 bytes)
FileName: Red Hot Chilli Peppers - This Velvet Glove.mp3 (3,609,536 bytes)
FileName: Red Hot Chillie Peppers - Other Side.mp3 (6,134,302 bytes)
FileName: Red Hot Chillie Peppers - Suck My Kiss.mp3 (3,483,312 bytes)
FileName: Red Hot Chillie Peppers- Scar Tissue.mp3 (5,210,952 bytes)
FileName: Redman & Method Man - How High.mp3 (3,932,160 bytes)
FileName: reggeaton remix( LL Cool J featuring Zion - Hush).mp3 (5,141,026 bytes)
FileName: regis and kelly sebastian.jpg (41,650 bytes)
FileName: REGIS AND KELLY SEBASTIAN.WMV (125,336 bytes)
FileName: Remixes - We all in da club - 50 Cent, P. Diddy, Mary J. Blige, Bounty Killer, Beyonce (Gee Money Remix) (Clean).mp3 (12,763,136 bytes)
FileName: Rent - Your Eyes - Constantine Maroulis.mp3 (2,193,875 bytes)
FileName: Ringo Pro 4.29 for Treo 600 650 Palm Devices.zip (209,939 bytes)
FileName: River Runs Dry.mp3 (6,046,817 bytes)
FileName: Rock Bottom.mp3 (1,298,538 bytes)
FileName: Rose Royce - Do Your Dance (DJ Spinelli).mp3 (8,904,971 bytes)
FileName: Rush - 2112 - Entire Album CD.mp3 (49,513,488 bytes)
FileName: Rush - Closer To The Heart.mp3 (2,777,756 bytes)
FileName: Rush - Fly By Night.mp3 (3,216,613 bytes)
FileName: Rush - Free Will.mp3 (5,204,137 bytes)
FileName: rush - Geddy Lee Getting Pissed Off At Crowd (LIVE).mp3 (545,527 bytes)
FileName: Rush - Moving Pictures - {Entire Cd}.mp3 (38,436,780 bytes)
FileName: Rush - Neil Pert Drum Solo (Live) BEST DRUMMER OUT THERE.mp3 (7,868,416 bytes)
FileName: Rush - New World Man.mp3 (3,556,542 bytes)
FileName: Rush - Red Barchetta (live,rare,bootleg) Boston,vanhalen,pinkfloyd,queensryche,ledzeppelin,dream theater.mp3 (6,388,077 bytes)
FileName: Rush - Roll The Bones.mp3 (5,274,772 bytes)
FileName: Rush - Subdivisions.mp3 (5,359,616 bytes)
FileName: Rush - Summertime Blues.mp3 (3,731,154 bytes)
FileName: Rush - The Spirit Of Radio.mp3 (4,752,741 bytes)
FileName: rush - the trees (live bootleg).mp3 (7,002,112 bytes)
FileName: Rush - The Trees.mp3 (4,560,475 bytes)
FileName: Rush - Time Stands Still.MP3 (4,942,492 bytes)
FileName: Rush - Tom Sawyer.mp3 (4,393,586 bytes)
FileName: Rush - Working Man.mp3 (6,887,677 bytes)
FileName: Rush - You Can't Fight It.mp3 (2,801,190 bytes)
FileName: Rush - YYZ.mp3 (4,224,300 bytes)
FileName: Rush [Hemispheres (Live Ft. Worth 80)].mp3 (13,242,368 bytes)
FileName: S Nicole Sheridan & Gwen Summers.mpg (26,523,924 bytes)
FileName: Scarface Soundtrack - Tony Montana Theme .mp3 (2,645,572 bytes)
FileName: SCARFACE tony montana.mp3 (3,471,360 bytes)
FileName: sebastian bach - This is the Moment (Live).mp3 (3,538,944 bytes)
FileName: Sebastian Bach Of Skid Row - Children of the Damned (Iron Maiden Cover) (1).mp3 (4,421,183 bytes)
FileName: Sebastian Bach Of Skid Row - Children of the Damned (Iron Maiden Cover).mp3 (4,421,183 bytes)
FileName: Secondhand_Jive__San_Francisco96.mp3 (2,804,443 bytes)
FileName: Shake Everything You Got.mp3 (8,673,280 bytes)
FileName: skidrow Quicksand Jesus.mp3 (7,829,504 bytes)
FileName: SkidRow - Get The Fuck Out.mp3 (3,900,570 bytes)
FileName: Skidrow - In A Darkened Room.mp3 (3,679,671 bytes)
FileName: Skidrow - Psycho love.mp3 (3,803,264 bytes)
FileName: SkidRow - RememberYesterday.mp3 (5,076,785 bytes)
FileName: Skidrow - Sweet Little Sister.mp3 (3,037,355 bytes)
FileName: Skidrow - Wasted time.mp3 (5,567,586 bytes)
FileName: SkidRow - Youth Gone Wild.mp3 (2,803,693 bytes)
FileName: Skidrow- Monkey Business.mp3 (5,168,813 bytes)
FileName: Slim Thug ft. 50 Cent, Young Buck, Paul Wall, and Mike Jones - Still Tippin' (remix).mp3 (8,267,776 bytes)
FileName: Slobberbone__Sister_Beams.mp3 (3,355,108 bytes)
FileName: Snoop Dog ft. Pharrell - Drop it like its hot.mp3 (6,480,066 bytes)

FileName: Snoop Dogg ft. Pharrell - Lets Get Blown.mp3 (6,317,026 bytes)
FileName: Snoop Dogg ft. Tupac & Nate Dogg -all about u.mp3 (4,431,356 bytes)
FileName: Snoop ft. Slim Thug, The Game & Pharrell - Drop It Like It's Hot Again.mp3 (5,765,580 bytes)
FileName: Soul to squeeze.mp3 (5,811,731 bytes)
FileName: Soundtrack - Spiderman - 19 - Aerosmith - Theme From Spider Man(2).mp3 (4,256,299 bytes)
FileName: Spybot-spyware-search-and-destroy.zip (4,502,068 bytes)
FileName: Spyware-Adware Remover v.8.2.0.9 Full-version fr + crack.zip (5,861,514 bytes)
FileName: SpywareNuker.zip (949 bytes)
FileName: Steve Miller Band - Keep On Rocking Me Baby.mp3 (2,624,932 bytes)
FileName: strip_college_video.asf (685,937 bytes)
FileName: Sugar Hill Gang - Rapper's Delight (Instrumental) (1).mp3 (3,284,992 bytes)
FileName: Sugar Hill Gang - Rapper's Delight (Instrumental).mp3 (3,319,176 bytes)
FileName: Summer Time Remix f_Beyonce, P.Diddy & Ghost Face.mp3 (5,190,652 bytes)
FileName: System of a down - Fuck The System.mp3 (2,168,918 bytes)
FileName: System Of The Down - Chop Suey.mp3 (5,056,330 bytes)
FileName: System Of The Down - Toxicity.mp3 (3,470,315 bytes)
FileName: System of the Down- BYOB.mp3 (5,204,262 bytes)
FileName: S_A_Y _G_O_O_D_B_Y_E _L_I_V_E.WMV (101,300 bytes)
FileName: T.i - You Dont Know Me.mp3 (5,216,709 bytes)
FileName: Tequila ( twista kanye west snoop ludacris jayz cassidy r kelly wu tang redman eminem nate dogg 50 cent g unit b2k beyonce britney spears christina aguilera missy elliott outka.mp3 (2,583,116 bytes)
FileName: The Apprentice Theme - O'Jays - For the love of money.mp3 (3,567,938 bytes)
FileName: The Cult - Firewoman.mp3 (4,966,181 bytes)
FileName: The Cult - Love Removal Machine.mp3 (4,120,369 bytes)
FileName: The Cult - Rain.mp3 (3,787,632 bytes)
FileName: The Cult - She Sells Sanctuary.mp3 (4,237,405 bytes)
FileName: The Cult - Sweet Soul Sister.mp3 (4,980,864 bytes)
FileName: The Donnas - Too Fast for Love - Motley Crue cover.mp3 (4,198,400 bytes)
FileName: The Dream Is Over.mp3 (3,831,936 bytes)
FileName: The Game - 04 - Hate It Or Love It ft. 50 Cent.mp3 (5,104,632 bytes)
FileName: The Game - Envy Me (ft. 50 Cent).mp3 (4,012,034 bytes)
FileName: The Game - How We Do feat. 50 Cent.mp3 (5,835,962 bytes)
FileName: The Game - New York New York (remix).mp3 (8,343,552 bytes)
FileName: The Game - The Documentary - 07 - Don't Need Your Love ft. Faith Evans.mp3 (6,634,931 bytes)
FileName: The Game - The Documentary - 08 - Church For Thugs.mp3 (5,882,206 bytes)
FileName: The Game - The Documentary - 08 - Envy Me ft. 50 Cent.mp3 (4,008,084 bytes)
FileName: The Game - The Documentary - 13 - No More Fun And Games.mp3 (3,780,919 bytes)
FileName: The Game - The Documentary - 15 - Where I'm From ft. Nate Dogg.mp3 (4,559,793 bytes)
FileName: The Game - The Documentary - 16 - Special (ft. Nate Dogg).mp3 (5,117,102 bytes)
FileName: The Game - The Documentary - 16 - Special ft. Nate Dogg.mp3 (5,117,102 bytes)
FileName: The Game - The Documentary - Can t Figure It Out.mp3 (7,829,716 bytes)
FileName: The Game - The Documentary - Dreams.mp3 (7,177,518 bytes)
FileName: The Game - The Documentary - Envy Me (Feat 50 Cent).mp3 (2,716,988 bytes)
FileName: The Game - The Documentary - I'm Running ft Tony Yayo.mp3 (3,949,842 bytes)
FileName: The Game - The Documentary - My Confession (Feat. Lil Eazy).mp3 (2,394,489 bytes)
FileName: The Game feat 50 Cent - Envy Me.mp3 (4,007,936 bytes)
FileName: The Game feat 50 Cent - Westside Story.mp3 (6,410,112 bytes)
FileName: the game feat 50 cent, mary j blige - hate it or love it (remix).mp3 (3,931,059 bytes)

FileName: the game feat fat joe & jadakiss - the documentary (bonus track) - new york (extended remix).mp3 (7,225,344 bytes)
FileName: The Game feat. Jay Z & Dr. Dre - Gotta Get It.mp3 (4,717,203 bytes)
FileName: The Game Featuring 50 Cent - How We Do.mp3 (3,223,552 bytes)
FileName: The Game ft 50 Cent & G-Unit - We Don't Play No Games.mp3 (4,501,671 bytes)
FileName: The Game Ft. 50 Cent - West Side Story.mp3 (6,410,112 bytes)
FileName: The Game- Higher.mp3 (4,434,762 bytes)
FileName: The Jerky Boys - Husband Beating.mp3 (1,337,123 bytes)
FileName: The Jerky Boys - Stop That.mp3 (2,511,576 bytes)
FileName: The Jerky Boys Show18 - Donald Duck Blow Job.wmv (107,233 bytes)
FileName: The Lox feat. Lil Kim & DMX - Money, Power, Respect.mp3 (4,413,567 bytes)
FileName: Theme - Fall Guy.mp3 (2,525,222 bytes)
FileName: The_Flatlanders__Julia.mp3 (3,108,733 bytes)
FileName: this is how we do remix - the game ft 50 cent & biggie & 2pac(2).mp3 (8,130,977 bytes)
FileName: This Is How We Do Remix - The Game Ft. 50 Cent & Biggie & 2Pac.mp3 (8,133,163 bytes)
FileName: Three Doors Down The Road I'm On.mp3 (5,756,052 bytes)
FileName: Three Doors Down - Be Like That.mp3 (3,192,500 bytes)
FileName: Three Doors Down - Behind Those Eyes.mp3 (7,154,558 bytes)
FileName: Three Doors Down - Changes.mp3 (5,685,835 bytes)
FileName: three doors down - Here Without You (Acoustic)(1).mp3 (5,571,410 bytes)
FileName: Three Doors Down - Here Without You.mp3 (3,843,179 bytes)
FileName: Three Doors Down - If I Could Be Like That.mp3 (4,255,825 bytes)
FileName: Three Doors Down - Kryptonite.mp3 (3,813,536 bytes)
FileName: Three Doors Down - Let Me Go.mp3 (5,781,632 bytes)
FileName: Three Doors Down - Life of My Own.mp3 (3,817,472 bytes)
FileName: Three Doors Down - So far down.mp3 (5,598,691 bytes)
FileName: Three Doors Down - The Road I'm On.mp3 (3,838,627 bytes)
FileName: Three Doors Down - When I'm Gone.mp3 (6,129,081 bytes)
FileName: Three Doors Down- Be Somebody.mp3 (5,504,878 bytes)
FileName: Tommy Lee - Hold Me Down.mp3 (3,134,241 bytes)
FileName: Trick Daddy - Sugar On My Tounge ft Ludacris Lil Kim.mp3 (3,862,656 bytes)
FileName: Trick Daddy ft. Lil Jon & Twista - Let's Go.mp3 (3,641,388 bytes)
FileName: TUPAC & BIGGIE TRIBUTE (Unreleased) FEAT. Eminem - City Clay - Stagga Lee - 50 Cent - Jay-Z - Linkin Park - 2pac - Nelly - P. Diddy - Sarai - Fabolous - Notorious B.I.G. - 24's.mp3 (4,743,923 bytes)
FileName: Tupac & Busta Rhymes - Thug Nigga (Unreleased).mp3 (3,777,080 bytes)
FileName: Tupac & Too Short - 4 Tha Hustlaz (Unreleased).mp3 (4,659,200 bytes)
FileName: Tupac - All Eyes On Me.mp3 (4,926,136 bytes)
FileName: Tupac - Changes.mp3 (4,309,705 bytes)
FileName: tupac - cold as ice (ultra rare 2pac unreleased its krazy)!!.mp3 (4,019,892 bytes)
FileName: Tupac - Cold Az Ice.mp3 (4,019,892 bytes)
FileName: Tupac - Fright Night (Unreleased).mp3 (3,803,264 bytes)
FileName: Tupac - Loyal To The Game - 16 - Crooked Nigga Too (prod. by Raphael Saadiq).mp3 (5,837,287 bytes)
FileName: Tupac - Loyal To The Game - Gangsta Team.mp3 (5,709,952 bytes)
FileName: Tupac - Loyal To The Game - Hennesay Produced by Red Spyda.mp3 (4,075,625 bytes)
FileName: Tupac - Loyal To The Game -13- Thug 4 Life.mp3 (4,416,335 bytes)
FileName: Tupac - Makaveli - Big Daddy Kane - Where ever U Are - Unreleased.mp3 (3,166,842 bytes)
FileName: Tupac - Only God Can Judge Me.mp3 (4,739,298 bytes)
FileName: Tupac - So Much Pain (unreleased).mp3 (4,466,540 bytes)
FileName: Tupac - The don Makaveli (unreleased).mp3 (6,254,720 bytes)
FileName: Tupac - Thug immortal last interview-08 -2Pac - -Makaveli Records.mp3 (3,504,715 bytes)
FileName: Tupac - Thugz Mansion.mp3 (3,946,789 bytes)
FileName: Tupac - Unreleased - Die Slow.mp3 (2,308,096 bytes)
FileName: Tupac - Weed Got Me Crazy (Unreleased).mp3 (5,060,618 bytes)
FileName: TuPac and Eminem - Murder Murder.mp3 (4,489,376 bytes)

FileName: Tupac and Mac Dre - Gotta Survive (Unreleased).mp3 (6,300,032 bytes)
FileName: Tupac feat. Mya- Fair Exchange (Remix).mp3 (5,673,069 bytes)
FileName: Tupac ft. eminem - Loyal To The Game - Soldier Like Me.mp3 (5,537,712 bytes)
FileName: TuPac Ft. G-Unit - Loyal To The Game.mp3 (4,847,744 bytes)
FileName: Tupac ft. Trick Daddy - Still Ballin.mp3 (4,017,188 bytes)
FileName: Tupac Interviews - Nas Diss.mp3 (970,752 bytes)
FileName: tupac makaveli - unreleased #3 - play your cards w jodeci.mp3 (3,626,968 bytes)
FileName: Tupac Shakur - In His Own Words - 04 - No Peace Treaty (Interview).MP3 (6,758,703 bytes)
FileName: tupac shakur ~ the last interview.mp3 (11,681,920 bytes)
FileName: Tupac-- Makaveli 2 - Im Back (unreleased).mp3 (3,566,784 bytes)
FileName: tupac-makaveli - Livin in jamaca (i'm coming back in 2003).mp3 (1,071,488 bytes)
FileName: Tupac-Makaveli - Unreleased -4 - 15 - Raise up off these Nuts.mp3 (2,882,479 bytes)
FileName: Tupac-Makaveli - Unreleased -5 - 13 - Happy Home -w Faith Evans.mp3 (1,945,999 bytes)
FileName: TV Themes - Fall Guy.mp3 (2,591,347 bytes)
FileName: TV Themes - NBC's The Apprentice.mp3 (229,579 bytes)
FileName: TV Themes - The Fall Guy (The Unknown Stuntman).mp3 (1,714,176 bytes)
FileName: U2 - All I Want Is You.mp3 (6,235,248 bytes)
FileName: U2 - Desire.mp3 (2,870,133 bytes)
FileName: U2 - Elevation.mp3 (3,471,413 bytes)
FileName: U2 - Even Better Than The Real Thing.mp3 (3,543,034 bytes)
FileName: U2 - Hold Me, Thrill Me, Kiss Me, Kill Me (from Batman Forever Soundtrack).mp3 (4,591,616 bytes)
FileName: u2 - i still haven't found what i'm looking for (acoustic).mp3 (6,555,586 bytes)
FileName: U2 - In A Little While.mp3 (3,529,213 bytes)
FileName: U2 - In The Name Of Love.mp3 (3,215,360 bytes)
FileName: U2 - ONE (BEST LIVE ACOUSTIC EVER).mp3 (5,122,892 bytes)
FileName: u2 - one love.mp3 (3,869,257 bytes)
FileName: U2 - One.mp3 (4,418,664 bytes)
FileName: U2 - Sunday Bloody Sunday.mp3 (4,466,180 bytes)
FileName: U2 - Vertigo.mp3 (6,064,740 bytes)
FileName: U2 - Walk On.mp3 (4,761,723 bytes)
FileName: U2 - Where The Streets Have No Name.mp3 (4,432,178 bytes)
FileName: U2 - With Or Without You.mp3 (4,741,467 bytes)
FileName: U2- The Sweetest Thing.mp3 (2,911,631 bytes)
FileName: U2-With or Without You.mp3 (4,737,080 bytes)
FileName: Usher - 05 - Confessions part 2.mp3 (5,450,972 bytes)
FileName: Usher - 07 - Caught Up.mp3 (5,393,682 bytes)
FileName: Usher - 8701 - 11 - Can You Help Me_.mp3 (3,373,320 bytes)
FileName: Usher - Confessions part 1.mp3 (7,248,111 bytes)
FileName: Usher - You Got It Bad.mp3 (5,949,150 bytes)
FileName: Usher - You Make Me Wanna.mp3 (3,540,200 bytes)
FileName: Usher - You Remind Me Of A Girl.mp3 (5,960,320 bytes)
FileName: Usher feat .Freeway, Lil' Jon and Ludacris - Yeah (remix)-fua.mp3 (6,750,295 bytes)
FileName: Usher feat Alicia Keys - My Boo.mp3 (5,071,307 bytes)
FileName: Usher feat. Beyonce and Alicia Keys - My Boo.wma (1,335,694 bytes)
FileName: Usher feat. Nina Sky - Burn (Move Your Body Funkymix 78 Megamix DJ Twaty Remix).mp3 (13,786,141 bytes)
FileName: Usher ft Lil Jon & Ludacris - Yeah.mp3 (5,970,533 bytes)
FileName: Usher Ft. Nelly - My Boo Remix.mp3 (4,256,496 bytes)
FileName: Usher- Let it Burn.mp3 (5,167,926 bytes)
FileName: Van Halen - And The Cradle Will Rock.mp3 (4,522,534 bytes)
FileName: Van Halen - Dreams.mp3 (4,647,543 bytes)
FileName: Van Halen - Hot For Teacher.mp3 (4,557,844 bytes)
FileName: Van Halen - I Can't Stop Loving You.mp3 (3,951,203 bytes)
FileName: Van Halen - Little Wing (Rare Bootleg).mp3 (9,658,559 bytes)

Berube.Scott - userlog - 69615899.txt

FileName: Van Halen - Love Walks In.mp3 (4,976,640 bytes)
FileName: Van Halen - Poundcake.mp3 (4,951,976 bytes)
FileName: Van Halen - Right Now.mp3 (5,149,675 bytes)
FileName: Van Halen - Running With The Devil.mp3 (3,428,122 bytes)
FileName: Van Halen - When It's Love.mp3 (5,423,438 bytes)
FileName: Van Halen - Why Can't This Be Love.mp3 (3,644,186 bytes)
FileName: VanHalen - Dreams.mp3 (3,503,461 bytes)
FileName: Vic_Chestnut__Im_Through.mp3 (4,833,093 bytes)
FileName: Vince Neil & Nikki Sixx with friends - Rock N' Roll.mp3 (3,639,520 bytes)
FileName: We Gon' Make It Funky (Live).mp3 (4,606,080 bytes)
FileName: Whale & Wasp.mp3 (2,519,698 bytes)
FileName: Without You.mp3 (4,304,271 bytes)
FileName: Ying Yang Twins - Salt Shaker.mp3 (6,061,112 bytes)
FileName: Ying Yang Twins - Wisper (Dirty).mp3 (2,662,366 bytes)
FileName: You Got Served Soundtrack - DMX - Let's Get It On.mp3 (6,349,763 bytes)
FileName: You Hot (New Shit Unreleased from MIX TAPE) Snoop Dogg Pharell Usher Destiny's Child Ciara Mario Ashanti N.O.R.E. Pitbull lloyd banks akon ll cool j T.I Outkast Nelly, Diplomat.mp3 (3,295,389 bytes)
FileName: ie6setup-internet-explorer-6.exe (484,864 bytes)
FileName: setup-freewire-file-sharing-app-no-ads-or-banners.exe (447,172 bytes)
FileName: spybotsd12.exe (3,662,787 bytes)
FileName: This file requires Internet Explorer to be updated before the Microsoft Shared Files can be downloaded and installed.doc (25,600 bytes)
FileName: Dave Matthews Band - Stay (Wasting Time).mp3 (5,351,018 bytes)
FileName: Dave Mattews Band - Stay.mp3 (5,351,018 bytes)