AO 440 (Rev. 10/93) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF RHODE ISLAND

**CAPITOL RECORDS, INC., a Delaware corporation; PRIORITY RECORDS LLC, a California limited liability company; UMG RECORDINGS, INC., a Delaware corporation; SONY BMG MUSIC ENTERTAINMENT, a Delaware general partnership; BMG MUSIC, a New York general partnership; and INTERSCOPE RECORDS, a California general partnership,**

V.

**SCOTT BERUBE**

**SUMMONS IN A CIVIL CASE**

CASE NUMBER:

CA 06-249 S

TO:

**SCOTT BERUBE**
**12 High View Dr.**
**Smithfield, RI 02917-2308**

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFFS' ATTORNEY

**James E. O'Neil**
**The Meadows, Suite A103**
**1130 Ten Rod Road**
**North Kingstown, RI 02852**

**Phone (401) 667-7111**
**Fax (401) 667-7112**

an answer to the complaint which is herewith served upon you, within 20 days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

CLERK

DATE 6/28/06

(By) DEPUTY CLERK

AO 440 (Rev. 10/93) Summons in a Civil Action

## RETURN OF SERVICE

Service of Summons and Complaint was made by me[1] DATE: 10-28-06

NAME OF SERVER (*PRINT*) Natale Lapriore TITLE: Process Server

*Check one box below to indicate appropriate method of service.*

☒ Served personally upon the defendant. Place where served: 12 High View Dr, Smithfield, RI

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing there in.

Name of person with whom the summons and complaint were left: ______

☐ Returned unexecuted:

☐ Other (*specify*):

## STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL |
|---|---|---|
| | | |

## DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing Information Contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on: 10-28-06
Dated

Natale Lapriore
Signature of Server

ABC Legal Services, Inc.
633 Yesler Way
Seattle, Washington 98104
Address of Server

(1) As to who may serve a summons, see Rule 4 of the Federal Rules of Civil Procedure.

IN THE
UNITED STATES DISTRICT COURT FOR THE DISTRICT OF RHODE ISLAND

| | |
|---|---|
| **CAPITOL RECORDS, INC., A DELAWARE CORPORATION; ET AL.,**<br><br>Plaintiff/Petitioner<br><br>vs.<br>**SCOTT BERUBE**<br><br>Defendant/Respondent | Hearing Date:<br><br>CAUSE NO. **CA 06 249S**<br><br>DECLARATION OF SERVICE OF:<br>**NOTICE TO DEFENDANT; SUMMONS; CIVIL COVER SHEET; NOTICE OF RELATED ACTIONS OR PROCEEDINGS; COMPLAINT FOR COPYRIGHT INFRINGEMENT; EXHIBITS; CERTIFICATION OF INTERESTED PARTIES** |

The undersigned hereby declares: That s(he) is now and at all times herein mentioned was a citizen of the United States, over the age of eighteen, not an officer of a plaintiff corporation, not a party to nor interested in the above entitled action, and is competent to be a witness therein.

On the **28th day of October, 2006, at 11:13 AM**, at the address of **12 HIGH VIEW Drive , SMITHFIELD**, **Providence** County, **RI 02917**; this declarant served the above described documents upon **SCOTT BERUBE,** by then and there personally delivering **1** true and correct copy(ies) thereof, by then presenting to and leaving the same with **SCOTT BERUBE, White, Male, 35yrs, 5'8", 200lbs, Brown Hair, Glasses**.

No Information was provided or discovered that indicates that the subjects served are members of the U.S. military.

Declarant hereby states under penalty of perjury under the laws of the State of Rhode Island that the statement above is true and correct.

DATED this **30th day of October, 2006**.

Natale Lapriore

**Natale Lapriore**

ABC's Client Name
**Holme, Roberts & Owen**
**RIAA (PFI)**

ORIGINAL PROOF OF SERVICE

ABC Tracking #: **3859388**

IN THE
UNITED STATES DISTRICT COURT FOR THE DISTRICT OF RHODE ISLAND

| | |
|---|---|
| **CAPITOL RECORDS, INC., A DELAWARE CORPORATION; ET AL.,**<br><br>Plaintiff/Petitioner<br><br>vs.<br>**SCOTT BERUBE**<br><br>Defendant/Respondent | Hearing Date:<br><br>CAUSE NO. **CA 06 249S**<br><br>DECLARATION OF NON SERVICE:<br>**NOTICE TO DEFENDANT; SUMMONS; CIVIL COVER SHEET; NOTICE OF RELATED ACTIONS OR PROCEEDINGS; COMPLAINT FOR COPYRIGHT INFRINGEMENT; EXHIBITS; CERTIFICATION OF INTERESTED PARTIES** |

The undersigned hereby declares: That s(he) is now and at all times herein mentioned was a citizen of the United States, over the age of eighteen, not an officer of a plaintiff corporation, not a party to nor interested in the above entitled action, and is competent to be a witness therein.

Declarant states s(he) attempted to serve **SCOTT BERUBE** at the address of: **12 HIGH VIEW Drive , SMITHFIELD, Providence County, RI ,** and was unable effect service for the following reasons:

**Attempts on 8/03/06, 8/10/06 & 8/12/06. These people will not even answer their door. They are evading. We have sent 3 different servers to no avail. Will attempt one more time on Saturday. We have made 2 additional attempts on 8/18/06 & 8/19/06 and they absolutely will not come to the door. They are there and they sometimes will yell at us to go away or they'll send out the dogs(which we know they do have because you can hear them barking like crazy).**

Declarant hereby states under penalty of perjury under the laws of the State of Massachusetts that the statement above is true and correct.

DATED this **24th day of August, 2006**.

______________________________
**Gordon Moniz**

ABC's Client Name
**Holme, Roberts & Owen**
**RIAA (PFI)**

ORIGINAL PROOF OF SERVICE

ABC Tracking #: **3859388**

IN THE
UNITED STATES DISTRICT COURT FOR THE DISTRICT OF SOUTH DAKOTA, PROVIDENCE DIVISION

| | |
|---|---|
| **CAPITOL RECORDS, INC., A DELAWARE CORPORATION; ET AL.,**<br><br>Plaintiff/Petitioner<br><br>vs.<br>**SCOTT BERUBE**<br><br>Defendant/Respondent | Hearing Date:<br><br>CAUSE NO. **CA 06 249S**<br><br>DECLARATION OF NON SERVICE:<br>**NOTICE TO DEFENDANT; SUMMONS; CIVIL COVER SHEET; NOTICE OF RELATED ACTIONS OR PROCEEDINGS; COMPLAINT FOR COPYRIGHT INFRINGEMENT; EXHIBITS; CERTIFICATION OF INTERESTED PARTIES** |

The undersigned hereby declares: That s(he) is now and at all times herein mentioned was a citizen of the United States, over the age of eighteen, not an officer of a plaintiff corporation, not a party to nor interested in the above entitled action, and is competent to be a witness therein.

Declarant states s(he) attempted to serve **SCOTT BERUBE** at the address of: **12 HIGH VIEW Drive , SMITHFIELD, Providence County, RI ,** and was unable effect service for the following reasons:

**Cathy called- There is an adult male inside of the home. He is being evasive, have made 5 attempts and they can't confirm. He is totally evading. Returned per Jana**

Declarant hereby states under penalty of perjury under the laws of the State of Massachusetts that the statement above is true and correct.

DATED this **27th day of June, 2006**.

**Katherine Moniz**

| | | |
|---|---|---|
| ABC's Client Name<br>**Holme, Roberts & Owen LLP (PFI)** | ORIGINAL PROOF OF SERVICE | ABC Tracking #: **3859388** |